# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, a Wyoming limited liability company, MARK FERRIS, an individual, MATT FERRIS, an individual, and AMBER PAUL, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KROMTECH ALLIANCE CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO Media, Inc., a Massachusetts corporation, INTERNATIONAL DATA GROUP, INC., a Massachusetts corporation, and STEVE RAGAN, an individual, and DOES 1-50,<br><br>　　　　　　　　Defendants. | Case No. 2:17-cv-105<br><br>**PLAINTIFF RIVER CITY MEDIA, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to FRCP 7.1(a), Plaintiff River City Media, LLC states as follows:

1. Plaintiff River City Media, LLC has no parent corporation.

2. No public corporation owns a 10% or more interest in Plaintiff River City Media, LLC.

---

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - 1
[2:17-CV-105]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Respectfully submitted March 21, 2017.

**NEWMAN DU WORS LLP**

_____
Keith Scully, WSBA #28677
*keith@newmanlaw.com*
Jason E. Bernstein, WSBA #39362
*jake@newmanlaw.com*
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
(206) 274-2800

Attorneys for Plaintiffs

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - 2
[2:17-CV-105]

**NEWMAN DU WORS LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800