1 | Kevin J. Curtis, WSBA No. 12085
2 | WINSTON & CASHATT, LAWYERS, a Professional Service Corporation
3 | 601 W. Riverside, Ste. 1900
  | Spokane, WA 99201
4 | Telephone: (509) 838-6131
5 |
6 | Charles L. Babcock IV (*pro hac vice application to be filed*)
  | cbabcock@jw.com
7 | Texas Bar No. 01479500
  | William J. Stowe (*pro hac vice application to be filed*)
8 | wstowe@jw.com
  | Texas Bar No. 24075124
9 | JACKSON WALKER L.L.P.
10 | 1401 McKinney Street
   | Suite 1900
11 | Houston, Texas 77010
   | (713) 752-4360 (telephone)
12 | (713) 308-4116 (facsimile)
13 |
14 | Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan
15 |
16 | UNITED STATES DISTRICT COURT
17 | EASTERN DISTRICT OF WASHINGTON
18 |
19 | RIVER CITY MEDIA, LLC, a Wyoming limited liability company, MARK
20 | FERRIS, an individual, MATT FERRIS, an individual, and AMBER PAUL, an
21 | individual,                               | No. 2:17-cv-105-SAB
22 |                              Plaintiffs,  | DECLARATION OF STEVE RAGAN IN SUPPORT OF CXO MEDIA, INC.'S
23 | vs.                                       | AND STEVE RAGAN'S MOTION TO
24 |

DECLARATION OF STEVE RAGAN IN SUPPORT OF
CXO MEDIA, INC.'S AND STEVE RAGAN'S
MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION, OR ALTERNATIVELY, MOTION TO
DISMISS FOR FAILURE TO STATE A CLAIM
PAGE 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

| | |
|---|---|
| KROMTECH ALLIANCE CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO MEDIA, INC., a Massachusetts corporation, INTERNATIONAL DATA GROUP, INC., a Massachusetts corporation, and STEVE RAGAN, an individual, and DOES 1-50,<br><br>Defendants. | DISMISS FOR LACK OF PERSONAL JURISDICTION, OR ALTERNATIVELY, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM |

## DECLARATION OF STEVE RAGAN

I, Steve Ragan, declare:

1. My name is Steve Ragan. I am over 21 years of age and competent in all respects to execute this declaration. All of the matters stated herein are true and correct and within my personal knowledge. If called as a witness, I could and would testify competently to the following facts:

2. I am a Senior Staff Writer for www.csoonline.com ("CSO Online") published by CXO Media, Inc. ("CXO").

3. I reside and work in Indianapolis, Indiana. I have never anticipated being subject to litigation in Washington because I have no business dealings in Washington, own no real or personal property in Washington, have not committed any tortious acts in Washington, nor have I purposefully directed any conduct alleged in Plaintiffs' Complaint toward Washington.

DECLARATION OF STEVE RAGAN IN SUPPORT OF
CXO MEDIA, INC.'S AND STEVE RAGAN'S
MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION, OR ALTERNATIVELY, MOTION TO
DISMISS FOR FAILURE TO STATE A CLAIM
PAGE 2



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

4. Neither Chris Vickery ("Vickery"), Kromtech Alliance Corporation, International Data Group, Inc. ("IDG"), nor the fictitiously-named Defendants (collectively, "Other Defendants") is an agent of mine or ever been an agent of mine. I do not control the operations of the Other Defendants, and none of the Other Defendants are authorized to act on my behalf. None of the Other Defendants control me, and I am not authorized to act on behalf of any of the Other Defendants. I have never been an agent of the Other Defendants.

5. I did not assist, contribute to, facilitate, or otherwise aid and abet the actions of any Defendant, including Vickery, in obtaining any materials (electronic or otherwise) unlawfully from Plaintiffs. On January 17, 2017, I was contacted via social media and email by Vickery, who informed me that he had information regarding a data breach. Vickery has been a source of mine for a number of stories over the years. Vickery sent me several emails with attachments relating to his discovery of the data breach at Plaintiff River City Media, LLC ("RCM"). At no time during Vickery's transmission of the material did Vickery indicate to me that he had obtained the material unlawfully. I used the information I received in publishing an article titled "Spammers expose their entire operation through bad backups" on CSO Online. However, I absolutely did not infiltrate RCM's computer networks or other facilities – or facilitate, assist, approve, or contribute

DECLARATION OF STEVE RAGAN IN SUPPORT OF
CXO MEDIA, INC.'S AND STEVE RAGAN'S
MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION, OR ALTERNATIVELY, MOTION TO
DISMISS FOR FAILURE TO STATE A CLAIM
PAGE 3

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

to anyone else (including Vickery) in doing so – and I never approved of Vickery or any other Defendant in doing so.

6. Prior to the filing of this lawsuit, I was unaware that RCM claimed to have its principal place of business in Washington.

7. The burden imposed on me in defending this lawsuit in Washington would be substantial. As noted, I live and work in Indiana. Travelling to Washington would be financially burdensome and would substantially interfere with my work.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 13__, 2017

*Steve Ragan*
Steve Ragan

DECLARATION OF STEVE RAGAN IN SUPPORT OF
CXO MEDIA, INC.'S AND STEVE RAGAN'S
MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION, OR ALTERNATIVELY, MOTION TO
DISMISS FOR FAILURE TO STATE A CLAIM
PAGE 4
18135093v 4

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

I hereby certify that on April 14, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Keith P. Scully
keith@newmanlaw.com

Jason E. Bernstein
jake@newmanlaw.com

Attorney for Plaintiffs

                         s/Kevin J. Curtis, WSBA No. 12085
                         WINSTON & CASHATT, LAWYERS
                         Attorney for Defendants International Data
                         Group, Inc., CXO Media, Inc. and Steve Ragan
                         601 W. Riverside, Ste. 1900
                         Spokane, WA 99201
                         (509) 838-6131
                         Facsimile: (509) 838-1416
                         E-mail Address: kjc@winstoncashatt.com

DECLARATION OF STEVE RAGAN IN SUPPORT OF
CXO MEDIA, INC.'S AND STEVE RAGAN'S
MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION, OR ALTERNATIVELY, MOTION TO
DISMISS FOR FAILURE TO STATE A CLAIM
PAGE 5

18135093v.3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131