1  Kevin J. Curtis, WSBA No. 12085
   WINSTON & CASHATT, LAWYERS, a
2  Professional Service Corporation
3  601 W. Riverside, Ste. 1900
   Spokane, WA 99201
4  Telephone: (509) 838-6131

5
   Charles L. Babcock IV (*pro hac vice application filed*)
6  cbabcock@jw.com
7  Texas Bar No. 01479500
   William J. Stowe (*pro hac vice application filed*)
8  wstowe@jw.com
9  Texas Bar No. 24075124
   JACKSON WALKER L.L.P.
10 1401 McKinney Street
   Suite 1900
11 Houston, Texas 77010
12 (713) 752-4360 (telephone)
   (713) 308-4116 (facsimile)
13
   Attorneys for Defendants International Data
14 Group, Inc., CXO Media, Inc. and Steve Ragan

15

16            UNITED STATES DISTRICT COURT
17            EASTERN DISTRICT OF WASHINGTON

18 | RIVER CITY MEDIA, LLC, a Wyoming | No. 2:17-cv-105-SAB
   | limited liability company, MARK |
19 | FERRIS, an individual, MATT FERRIS, | SUPPLEMENTAL DECLARATION OF
20 | an individual, and AMBER PAUL, an | EDWARD BLOOM IN SUPPORT OF
   | individual, | IDG'S MOTION TO DISMISS FOR
21 | | LACK OF PERSONAL JURISDICTION,
22 | Plaintiffs, | OR ALTERNATIVELY, MOTION TO
   | | DISMISS FOR FAILURE TO STATE A
23 | vs. | CLAIM

24 SUPPLEMENTAL DECLARATION OF EDWARD
   BLOOM IN SUPPORT OF INTERNATIONAL DATA
   GROUP, INC.'S MOTION TO DISMISS FOR LACK
   OF PERSONAL JURISDICTION, OR
   ALTERNATIVELY, MOTION TO DISMISS FOR
   FAILURE TO STATE A CLAIM
   PAGE 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

KROMTECH ALLIANCE CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO MEDIA, INC., a Massachusetts corporation, INTERNATIONAL DATA GROUP, INC., a Massachusetts corporation, and STEVE RAGAN, an individual, and DOES 1-50,

Defendants.

# DECLARATION OF EDWARD BLOOM

I, Edward Bloom, declare:

1. My name is Edward Bloom. I am over 21 years of age and competent in all respects to execute this declaration. All of the matters stated herein are true and correct and within my personal knowledge. If called as a witness, I could and would testify competently to the following facts:

2. In my declaration dated April 14, 2017 (ECF No. 13), I indicated I was the President, Chief Financial Officer, and Treasurer of International Data Group, Inc. ("IDG"). While I am still CFO and Treasurer, I no longer hold the title of President as of March 29, 2017. In all other respects, my original declaration was accurate.

SUPPLEMENTAL DECLARATION OF EDWARD BLOOM IN SUPPORT OF INTERNATIONAL DATA GROUP, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR ALTERNATIVELY, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
PAGE 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2017.

_____
Edward Bloom



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

I hereby certify that on April 18, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Keith P. Scully
keith@newmanlaw.com

Jason E. Bernstein
jake@newmanlaw.com

Leeor Neta, *Pro Hac Vice Appearance*
leeor@newmanlaw.com

Attorney for Plaintiffs

s/Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS
Attorneys for Defendants International Data
Group, Inc., CXO Media, Inc. and Steve Ragan
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com

SUPPLEMENTAL DECLARATION OF EDWARD BLOOM IN SUPPORT OF INTERNATIONAL DATA GROUP, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR ALTERNATIVELY, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
PAGE 4
18192081v.2

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131