# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, et al.,<br>Plaintiffs,<br>v.<br>KROMTECH ALLIANCE CORPORATION, et al.,<br>Defendants. | Case No. 2:17-cv-00105-SAB<br><br>**DECLARATION OF AMBER PAUL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

I, Amber Paul, make the following declaration based upon my own personal knowledge and information provided to me by others at River City Media, LLC ("River City"):

1. I am the Chief Marketing Officer of River City Media, LLC. I reside in Idaho.

2. I have worked in the marketing industry as a marketing executive for 11 years and am intimately familiar with the theory, practices, and concepts of effective marketing, which necessarily includes an understanding of the importance of a company's reputation and the reputations of its business partners.

3. I have also worked in the technology industry for 11 years and have a sophisticated understanding of this market.

NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

4. As home to technology industry giants such as Microsoft, Amazon.com, and Expedia.com—and offices for Google, Facebook, and Apple—Washington houses substantial numbers of the country's information security professionals, many of whom read CSOonline.com.

5. River City's business partners—many of whom reside in Washington—also read or get information from news stories published on CSOonline.com.

6. From my perspective as a marketing professional and as Chief Marketing Officer for River City Media, CSOonline.com has a wide reach with respect to Plaintiffs' customers and business partners in this District.

7. I researched CSOonline.com's market reach and popularity, as well as its executive and corporate structure by visiting CSOonline.com, IDG.com, and IDGenterprise.com. IDG, Inc., IDG Enterprise, Inc., and CXO Media, Inc. all share executives and appear to be part of a single media conglomerate. There are multiple executives who serve roles in all three entities.

8. Brian Glynn is Chief Revenue Officer for both CXO and IDG Enterprise according to their websites.

9. Bob Bragdon servces as SVP / Publisher, CSO for IDG Enterprise, and appears as Publisher for CXO.

10. Greg Pinsky is the SVP/General Manager, Digital Media Group for IDG Enterprise and the SVP/GM of Digital Operations for CXO. Pinsky's biography page at IDGenterprise.com explains that he "oversees the media website development, and online account services and advertising operations for multiple brands, including…CSO…".

11. IDG Enterprise's website states simply that "IDG Enterprise is a division of IDG." CSOonline.com states on the About Us page that "CSOonline.com is published by IDG Enterprise, which is an IDG (International Data Group) company."

NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

12. I also researched Chris Vickery online and discovered that he has discussed his methodologies and his philosophy for finding data breaches extensively. For example, on Reddit, at https://www.reddit.com/r/apple/comments/3wq9fc/massive_data_breach/, Vickery described how he discovered the MacKeeper.com data breach. Even then, commenters questioned the legality of his actions. Vickery also extensively discussed his activities in a video webinar hosted on YouTube.com at https://www.youtube.com/watch?v=VhSDkUvyKZ8. In this video, Vickery lays out his personal legal theory for why his actions are legal.

13. The negative effects of the articles published by Vickery and Ragan were swift and brutal—almost overnight River City Media became an unviable business due to the reputational damage caused by these articles and the defamatory statements within them.

14. CXO and Ragan would know that an article about a Spokane-based business would be most interesting to Washington readers and deliberately exploited Washington markets by publishing the Ragan Article on CSOonline.com where it was certain to be read by people in Washington's large technology industry.

15. This reputational damage spread to River City's landlord and ISP, both of which ceased doing business with River City within days of the Vickery and Ragan articles being published.

16. Accordingly, the majority of the reputation injury suffered by Plaintiffs occurred in Washington *because* CXO and Ragan published the Ragan Article on CSOonline.com, a widely-read news source for Washington's technology industry.

//

//

NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2017.

Amber Paul

NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of filing (NEF) to the following:

**Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan**

Kevin J. Curtis
WINSTON & CASHATT, LAWYERS, a Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA 99201
*kjc@winstoncashatt.com*

Charles L. Babcock
William J. Stowe
Jackson Walker L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010
*cbabcock@jw.com*
*wstowe@jw.com*

**Attorneys for Defendant Chris Vickery**

Aaron Rocke
101 Yesler Way, Suite 603
Seattle, WA 98104
*aaron@rockelaw.com*

Additionally, I caused true and correct copies of the foregoing to be served via first-class U.S. Mail, postage prepaid, with a courtesy copy by email to:

**Attorneys for Kromtech Alliance Corp.**
Matthew D. Brown
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111
*brownmd@cooley.com*

I declare under penalty of perjury that the foregoing is true and correct.

s/ Rachel Horvitz
Rachel Horvitz
Paralegal