# Exhibit 4

CSO
FROM IDG
MEDIA KIT
Digital • Events • Custom • Community



# Business Risk Leadership

Organizations continue to face security risks and obstacles threatening their success and prosperity. Security departments need products and services to address these challenging times. CSO continues to be the single resource that connects security buyers and sellers, helping to make them both successful.

Identifying and gaining access to the person with the authority and budget to purchase your products or services can be a difficult task. Addressing customers' needs and closing the sale can be even more challenging. Security purchases almost always require the CSO's buy-in, and many layers of security decision-makers are involved in the recommendation process. CSO's marketing channels provide access to this wide group of end-users in an effective way to help accelerate the sales cycle.



**BOB BRAGDON**
PUBLISHER, *CSO*

**"Risk and compliance have become a constant force driving security practices and spending within the enterprise. As the security role continues to evolve and become more of a business requirement, CSO is there to share best practices and insight.**

**Since our launch in 2002, CSO has evolved with the demands of the role to remain the primary resource for this highly influential audience through a highly valued website, award-winning editorial, industry leading events and timely research, creating a community of knowledge and best practices."**





# Table of Contents

| | |
|---|---|
| CSO Role | 4 |
| Snapshot of the CSO Audience | 5 |
| *CSO* Editorial Mission | 6 |
| Converged Media and Marketing | 8 |
| CSO Marketing Channels | 9 |
| CSOonline.com | 10 |
| CSO Strategic Marketing Services | 12 |
| CSO Executive Programs | 13 |
| CSO Direct Marketing | 14 |
| Sales Contacts | 15 |



# CSO Role

## CSOs Primary Responsibilities

- **93%** Information security
- **90%** Business continuity/disaster recovery
- **85%** Security related audit
- **85%** Enterprise risk assessments
- **84%** Privacy

SOURCE: STATE OF THE CSO SURVEY, CSO, 2015

## Involvement in Security Purchases

- **92%** Involved in IT security decisions
- **57%** Involved in both IT security and physical security decisions

SOURCE: STATE OF THE CSO SURVEY, CSO, 2015

## Top Information Resources for CSOs

CSO provides access to the information CSOs need in the resource type they rely most on.

1. Peers
2. Security/technology content sites
3. Analyst firms
4. Whitepapers

SOURCE: STATE OF THE CSO SURVEY, CSO, 2015

## ROLE INVOLVEMENT

Involved in IT security decisions only
Involved in BOTH IT and physical security decisions
34%
57%
9%
Involved in physical security decisions only

SOURCE: STATE OF THE CSO SURVEY, CSO 2015





# Snapshot of the CSO Audience

## CSOonline.com Audience

Trusted digital resources for security decision-makers...

- **786,000** average page views per month
- **395,000** monthly unique visitors
- **$128 million** average security budget[1]
- **$6.7 billion** average company revenue[1]

SOURCE: OMNITURE, 6 MONTH AVERAGE, JULY-DECEMBER 2016; [1]CSOONLINE.COM SITE PROFILE SURVEY, 2017

## CSO Event Attendees

The preferred venue for networking with security decision-makers...

- **Hundreds of CSO and security decision-maker attendees** across the national conferences, regional seminars, Pipeline Dinner Programs and executive roundtables.
- **$29.2 million** average annual security budget
- **$9.1 billion** average company revenue
- **23,000** average number of employees

SOURCE: CSO50 EXECUTIVE SUMMARY, 2016

**For more information about the CSO audience, please visit: www.IDGEnterprise.com.**

## SECURITY BUDGET

During the next 12 months, **94%** of survey participants **expect their security budget to increase or remain the same**, showcasing the importance of security.

SOURCE: STATE OF THE CSO SURVEY, CSO 2015





# CSO Editorial Mission

**JOAN GOODCHILD**
EDITOR IN CHIEF, *CSO*

*CSO* targets all of its information resources (digital, conferences and more) at keeping security decision-makers ahead of the evolving threats and challenges to their businesses. *CSO* equips security end-users confronting all operational risk management disciplines—corporate and IT security, fraud and loss prevention, privacy, business continuity and more—with information of unparalleled depth and insight in support of their decisions and investments. *CSO* helps its audience create safer and more profitable enterprises. We continually invest in that audience and the security market by conducting original research, providing tools for benchmarking and creating the most effective security strategies.

## TIMELY CONTENT

**“The levels of articles indicate a direct pulse of the struggles of CSO and CISO people in the work place.”**

**CSOONLINE VISITOR**
CSOONLINE.COM SITE PROFILE SURVEY, 2012

## BEST RESOURCE

**“[I read *CSO*] to keep tabs on the CSO ‘industry’ and to use articles to persuade executives to invest in new technology/ methodology. Succinct articles that seem to have less personal opinion rather than just the facts.”**

**EVP, SR. VP, VP**
SECURITY, HIGH TECH, TELECOM & UTILITIES

## INNOVATIVE SITE

**“Structure of articles are business, but with sufficient technical content to help in meeting/addressing issues presented by non-tech business executives.”**

**CSOONLINE VISITOR**
CSOONLINE.COM SITE PROFILE SURVEY, 2012







# Thought Leadership & Actionable Insights

Backed by an award-winning, dedicated editorial team with deep knowledge of security issues, CSO provides security decision-makers (from CSOs to security managers) and business leaders with high-level information, best practices and strategic insight, helping them balance the security of their enterprise with the pursuit of business opportunity.

We continually recommit ourselves to unearthing pressing IT and corporate/physical security topics and trends for top security decision-makers. Since our launch in 2002, CSO continues to explore changes in the security world through research and strategic partnerships, including the CSO/CIO/PwC Global Information Security Survey and the CSO Role and Influence study. CSO is able to provide tools to benchmark security spending; strategies to help CSOs do their job better, smarter and safer; and market intelligence for security marketers.

Our thought leadership, long-standing commitment to educating security-focused decision-makers about the importance of security and access to security experts, uniquely positions us to understand the challenges facing security decision-makers and create information resources for them. The CSO portfolio reaches all influencers throughout the security buying cycle, allowing our readers the opportunity to create the vendor short list, demo products or sign-off on new initiatives as well as research their peers' best practices.

SECURITY Smart™ NEWSLETTER

SAFEGUARDING YOUR SECURITY AND PRIVACY AT WORK AND AT HOME

Don't Get Hooked by a Phishing Attempt

Knowing what to look for can prevent you from taking the bait.

Recently, the editors of a magazine in Framingham, Mass., received via email what appeared at first glance to be a poorly written news pitch from a company called Fiserv, offering information about its email security products. The magazine staff receives email from known and unknown sources on a daily basis, and a fair number of them contain obvious grammatical errors and mistakes. Most just get deleted. However, this email looked especially treacherous for several reasons:

1. **The tone was overly formal.** A note addressed to "Dear Business Associate," or something along those lines, as this one was, should either be deleted or treated with skepticism.
2. **The list of addressees was questionable.** The "To:" field included the editorial team plus two other employees; one of those two had left his position several months prior, and the other never existed. Those bogus email addresses caught the other recipients' attention.
3. **The body of the email included a request for information.** If an email asks you for details that you'd normally hesitate to share with an unknown entity, take a step back and look more carefully at the message.
4. **The message had a ZIP file as an attachment.** An attachment from an unknown sender should always be considered a red flag.
5. **The email specifically asked that the attachment be opened,** and that the included password be used to decrypt its contents.

The magazine staff agreed that the email was extremely suspicious and was most likely a phishing email, or an email designed to elicit proprietary information by masquerading as a note sent from a trustworthy entity. This email somehow managed to get past both the company's email gateway and its anti-spam service.

The staff told the company's IT department that a malicious email had made it past its filters, and then deleted the message itself (it's a bad idea to forward suspicious messages with unknown attachments). Later, the staff looked up Fiserv, the company that allegedly sent the email, and learned that it's a financial services organization in Wisconsin that has nothing to do with secure email products. Unfortunately, its brand was hijacked by scammers in order to make it seem legitimate when people Googled the company.

It can be easy to fall for a phishing email if you're in a hurry, and most times you might not give it a second thought if the content of the message is a familiar topic. To avoid being the victim of a phishing attack, slow down, read and analyze the entire message, and think critically.

PHISH FEUD

If you receive a phishing email, send a report to the **Anti-Phishing Working Group**, a consortium of ISPs, security vendors, financial institutions and law enforcement agencies that fight phishing, at *reportphishing@antiphishing.org*. For more information about phishing, go to the group's website at *education.apwg.org/*.

To purchase an individual subscription, email cso_marketing@cxo.com for more information.

FALL 2013 **Security Smart** 1

## Security Smart

From the editors of CSO, Security Smart is a quarterly newsletter that provides personal and organizational security awareness tips that all employees can learn from and implement.

**To read a sample issue and learn more, visit: www.securitysmartnewsletter.com**





# Converged Media and Marketing

## Explore marketing opportunities with the world's most trusted security brand.

Marketing tools and distribution channels may evolve, but a strong and integrated marketing strategy still starts with building campaigns and promotions that promote key messaging through converged media channels–paid, earned and owned.

Our brand portfolio offers many options for engaging your prospects and customers through converged marketing, an approach that leverages your integrated marketing efforts through content, community, conversation and commerce, across converged media channels to showcase your solutions and accelerate your marketing results. This portfolio supplies you with the tools you need to connect with your target audiences no matter where those audiences are, and what platform or device they are using.

Explore our diverse product offerings. Or go directly to the product library (http://www.idgenterprise.com/product-library/).



**Integrated Media**  Align your message with our must read content through digital advertising, native and topical deep dive sponsorships.



**Targeting**  Target customers, and create new leads strategically, and scale appropriately, using our unparalleled 1st party data and branded sites.



**Marketing Services**  We are here to help you elevate your content, craft thoughtful assets and scale your reach across our media channels and beyond.



**Events**  Foster peer relationships and join the conversation by sponsoring an event, or create your own custom event.



**Alliance Marketing**  Together, let's bridge your messaging with unified content, social engagement, events and training.



**Sales Enablement**  Marketing and sales alignment is critical to ensure a smooth transition from "lead" to customer. We can help you enable sales for success.



# CSO Marketing Channels

CSO surrounds North America's top security decision-makers with the information resources they rely on. Our loyal visitors access information through CSOonline.com regularly, CSO e-mail newsletters, face-to-face conferences and custom media vehicles.

With CSO you reach and influence the most important executive security decision-makers controlling enterprise-wide corporate/ physical and IT security policies, standards, business practices and vendor selections. Let CSO customize an integrated program for you to reach our audience of influential security executives in the public and private sectors.



## SPEED UP YOUR SALES CYCLE WITH CSO

The average enterprise large security purchase, from a familiar vendor or a vendor that security executives have experience with, takes an average of **3 MONTHS LESS** to finalize than the same enterprise security purchase, when made from a vendor that security executives are not familiar with or do not have experience with.

Dramatically improve your sales cycle by reaching out to the security executives that make purchase decisions with CSO.

SOURCE: ROLE AND INFLUENCE OF THE CSO, MAY 2012



# CSOonline.com

CSOonline.com reaches a large community of security decision-makers that search for answers to security issues and concerns through articles, peer experiences, White Papers, webcasts, video, vendor content and more. These security end-users are regular visitors to the website because of the continuous upload of thought-provoking, web-exclusive content.

## Content Channels

- Business Continuity
- Data Protection
- Identity & Access
- Physical Security
- Security Leadership
- Tools & Templates

## Columns & Departments

- **Industry View:** Thought leaders from security product and service companies share their expertise.
- **CSO Wanted:** The latest job postings for security leaders.
- **Events:** Educational and networking opportunities for CSOs.
- **Movers & Shakers:** A who's who guide to security executives moving up the ladder.
- **Salted Hash blog:** IT security news analysis, fresh every morning.
- **Risk's Rewards blog:** Cutting-edge thinking in Enterprise Risk Management and business value.
- **Leading Edge blog:** Change management, staff development and more leadership topics.







# Branding & Lead Generation Opportunities

CSOonline.com delivers a variety of digital opportunities for marketers to reach security decision-makers, who regularly visit CSOonline.com because it is a trusted resource for security, risk and management strategy.



**Banner Advertisements:** Banner advertisements on CSOonline.com are an excellent way to surround CSO content with your promotions.

**Sponsorship of Co-Branded E-Mails:** CSOonline.com's co-branded e-mails are a highly effective and consistent way to introduce the benefits of your products and services to a targeted audience delivered to their inbox.

**Webcasts:** CSO's custom webcasts, delivered on-demand or live, allow you to associate your products and services with the CSO brand and turn the CSO audience into leads through a robust lead generation program.



**Focus Guide Sponsorship:** Educate security decision-makers and obtain leads by sponsoring a CSO Focus Guide—editorially driven manuals downloadable off of CSOonline.com—by providing the content they are requesting in an accessible medium.

**White Papers:** On CSOonline.com your White Paper will get the notice it deserves, as we help you drive traffic and get it read. The White Paper library is an active visitor destination, with security categories for easy navigation and threaded content.

**CSO Digital Spotlights:** Developed by the same editorial staff that produces CSO magazine, the CSO Digital Spotlight allows subscribers to consume our award-winning content in a modern format readable from their PCs. With 12 pages of 100% original content, Digital Spotlights provide a more in-depth look at technologies that are transformational in nature and remain critical to enterprise security.



**Online Integrated Programs:** Implementing CSOonline.com's Online Integrated Program allows you to gain brand awareness with our audience of security decision-makers. Reach this audience through a combination of White Papers, banners, e-newsletters and text links.



**Native Advertising - BrandPost:** Showcase your thought leadership on a selected topic through the organic experience of a CSO blog with the native advertising approach of BrandPost.

**Daily Dashboard:** As the Daily Dashboard sponsor, you will receive daily visibility to the security decision-makers as they bookmark this site to keep up to date with potential threats.



**Additional Branding Opportunities:** Contact your CSO sales executive for more information on additional online branding and lead generation opportunities on CSOonline.com.





CSO
FROM IDG

# CSO Strategic Marketing Services

## Converged Marketing Programs and Services Integrating Content ▪ Design ▪ Digital/Social Platforms ▪ User Experience ▪ Audience ▪ Data Optimization

Grow your content library, enhance your engagement across multiple platforms and expand your reach to enterprise security decision-makers through programs built and executed by CSO's Strategic Marketing Services (SMS) group. The SMS team specializes in converged marketing solutions and services with expertise ranging from the creation of individual content assets, to a full portfolio of editorial services and end-to-end integrated marketing programs and services. SMS continues to explore and cultivate the next-generation of marketing tools bringing additional focus on design, digital transformation and scale to marketers' initiatives.

## USE SMS FOR:

**Content:** Position your company and its executives as thought leaders through custom produced content from social media engagement to video interviews, white papers and beyond. Incorporate research and best practices with your brands positioning to build customer engagement and demand generation.

**Design:** Build engaging user experiences through highly innovative design across multiple platforms.

**Digital/Social Platforms:** Accelerate the growth of your social media footprint and engagement by leveraging our social media expertise and advertising best practices in reaching your customers.

**User Experience:** Drive maximum performance and engagement across multiple media platforms with innovative design and functionality.

**Audience:** Reach enterprise security decision-makers and scale your programs to their fullest capacity with our premium audiences, data targeting capabilities and extended reach.

**Data Optimization:** Elevate program performance through data analysis.

Mitigating Security Risk
The Changing Face of Identity Management
InfoSecurity PROFESSIONAL
The Need for NEW TOOLS

**66%**

**of ITDMS say association with a known familiar source increases trust in online information.**

SOURCE: 2017 IDG ENTERPRISE CUSTOMER ENGAGEMENT

## CONTENT IS CRUCIAL, LET CSO'S SMS HELP YOU TELL YOUR STORY

Pieces of Content Consumed
38%
33%
13%
3%
2%
5%
LESS THAN 5
5-9
10-14
15-19
20-24
25+
On average, IT decision-makers download 7 pieces of content during the purchase process.
MAJOR ENTERPRISE IT PURCHASE

SOURCE: IDG ENTERPRISE CUSTOMER ENGAGEMENT RESEARCH, 2017

For more information please contact your CSO sales executive or Strategic Marketing Services program director: www.IDGEnterprise.com/contact-us



# CSO Executive Programs

CSOs consider their peers a top resource when they are faced with planning and implementing a new strategy. *CSO*'s executive conferences attract the nation's leading CSOs from the private, public and government sectors by providing a platform of unmatched education and peer networking opportunities. Program content is delivered by the foremost industry visionaries in an environment that fosters an open exchange of ideas, issues, challenges and best practices.

## 2017 Programs

**CSO50 Conference + Awards**
**May 1-3, 2017 | Scottsdale, Arizona**

CSO's premier security event for security and business decision-makers returns in 2016 with an expanded line-up due to popularity. CSO50, brought to you by CSO—the leading authority in the security community. Conference attendees will exchange ideas during presentations—in 18-minute rapid-fire sessions and keynote sessions—as well as during networking time. The CSO50 Conference + Awards, the 13th annual national CSO event, plans to drive more innovative presentations and spark additional discussions.

As a security solution provider, the CSO50 Conference + Awards offers you the opportunity to educate and network with security decision-makers. Your company's representatives will have daily opportunities to engage attendees during breaks, meals and evening receptions. In addition, you will have the opportunity to participate as a presenter—based on your sponsorship level—to share your thought-leadership on a specific topic.

For many attendees, this is the only event that they attend all year, so don't miss the opportunity to build and strengthen relationships with these executives in an environment built for discussion and education.

### TOP NETWORKING

"For someone that is trying to build a security program for a relatively young and fast growing company, I could not think of a better learning opportunity."

CONFERENCE ATTENDEE
AMELIA ISLAND, FL
FEBRUARY 2015





# Additional CSO Executive Programs

## SecurIT

**June 21, 2017 | Washington DC**

Joining the CIO/CSO SecurIT event in Washington, D.C., IDG global brands are launching a market-first for IT Security, a truly global program which at its heart will be a series of events taking place simultaneously across many time zones on a single day.

The program delivers an unparalleled opportunity for vendors to amplify their security messaging on a global scale and be part of a series which is determining the key security issues facing IT and business leaders and assessing the latest services and tools to protect their organizations.

The events ‘follow the sun’, beginning with an event in Australia and ending in North America. There will be an esteemed advisory board determining the key topics and themes for the program, but with fully localized event agendas and customized content programs pre, during and post-event.

## CSO Pipeline Dinner Program

The CSO Pipeline Dinner Program combines a face-to-face experience with ongoing lead nurturing. This is an opportunity to engage with leading security executives in an informal setting over dinner, and join the discussion that you have crafted in partnership with CSO. This dinner, hosted by CSO’s publisher, includes: content planning and delivery, logistics, a speaking opportunity, attendee acquisition of the highest caliber security executives in the region, and additional follow up through two post-dinner emails to attendees. These emails can contain topical questions, additional pieces of your collateral and article links; keeping attendees engaged in the topic and with your company after the dinner.

## CSO Executive Roundtables

CSO Executive Roundtables are an opportunity to build stronger relationships with security and IT decision-makers in the region of your choice. Gain valuable insights on attendee’s technical and organizational goals and challenges while engaging them in a dialogue. Sponsors have an opportunity to work with CSO Executive Programs to select a topic and recruit attendees to participate in a roundtable discussion.

## CSO Custom Events

Work with CSO to create an event that best fits your marketing goals. Our executive programs team creates an agenda based on the topic(s) of your choice and invites our targeted audience so that you can lead discussions with the security and IT decision-makers you want to reach.

**For more information about CSO Executive Programs, please visit: www.csoonline.com/events**







# CSO Direct Marketing

Tap into our direct marketing and research resources to enhance
your marketing programs and increase your customer base and profits.

## List Services

*CSO's* carefully defined database of subscribers is the only source that lets you deliver customized messages to key decision-makers with top-level purchasing authority. For more information on *CSO* subscriber lists, contact IDG List Services at 888.IDG.LIST.

## Reprints (Print and Online)

Editorial reprints of *CSO* articles that feature your organizations' executives or highlight your security solutions provides a credible endorsement that augments your organizations' in-house marketing literature. Online reprints offer instant web access to *CSO* articles that put you in the best light. For more information on reprints contact The YGS Group at 800.290.5460.

## Security Smart Subscription Scholarship

Order an annual subscription to the Security Smart newsletter on behalf of your client and receive quarterly exposure and goodwill with the security executive and their entire organization. Each quarter, the selected recipient(s) will receive a pdf version of the security awareness newsletter from CSO—highlighting personal and organizational security tips useful to all employees—including your logo, which they will distribute to their employees.





# 10 Steps to Sell to the CSO

Based on feedback from executive-level security decision-makers, these are 10 recommendations on how to reach, communicate and sell to this powerful audience.

1. **Understand the CSO's industry and needs**, including whether he/she is responsible for corporate security, IT security, compliance issues or all three.
2. **Identify what drives security assessment** within the CSO's organization and the time constraints on purchase decisions.
3. **Reach the CSO through the information sources** he uses in order to generate brand awareness, prior to a face-to-face meeting and to support your positioning during the sales process.
4. **Understand how your product and technology work.** If the CSO asks you a question that you do not know the answer to, be up front and call them back with the correct answer: Never guess.
5. **Explain the business value and ROI of your product**, not just its benefits, including customer case studies and success stories.
6. **Explain the benefits of your solution** instead of downgrading the competition.
7. **Speak the same language** as the CSO: Business.
8. **Create a mutual understanding** of how to measure success.
9. **Follow up** in order to address any issues that may occur after implementation.
10. **Sell the CSO what he needs**—not what you want to sell—so that the CSO can be a star.

**For more information on how to access, communicate with, and sell to this important and growing group of security executives, contact Bob Bragdon, CSO VP/Publisher, at 508.935.4443 or bbragdon@idgenterprise.com or any member of the CSO team.**

# Sales Contacts

**HEADQUARTERS/EASTERN**
492 Old Connecticut Path
P.O. Box 9208
Framingham, MA 01701-9208
Phone: 508.872.0080
Fax: 508.879.6063

**WESTERN**
501 Second Street
Suite 500
San Francisco, CA 94107
Phone: 415.243.8585
Fax: 415.543.2358

For more information on your CSO sales representatives and executives, please visit: **www.CSOonline.com/marketing.**