1 | Keith Scully, WSBA No. 28677
2 | Jason E. Bernstein, WSBA No. 39362
3 | Leeor Neta, *pro hac vice*
  | NEWMAN DU WORS LLP
4 | 2101 Fourth Avenue, Suite 1500
  | Seattle, WA  98121
5 | Phone: (206) 274-2800
6 |
  | Counsel for Plaintiffs
7 |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, et al., | Case No. 2:17-cv-00105-SAB |
| Plaintiffs, | **STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |
| v. | |
| KROMTECH ALLIANCE CORPORATION, et al. | Current Hearing Date: July 13, 2017<br>Time: 11:00 a.m.<br>Courtroom No. 755 |
| Defendants. | |

1  Plaintiffs River City Media, LLC, Mark Ferris, Matt Ferris, and Amber Paul ("Plaintiffs") and defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan ("Defendants"), by and through their respective counsel, hereby stipulate and respectfully request that the Court so order, that the hearing on the Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan's Motions to Dismiss (docket nos. 12 and 14), currently set for July 13, 2017 at 11:00 a.m., be continued to August 16, 2017 at 1:30 p.m., in order to accommodate scheduling conflicts of Plaintiffs' counsel. In doing so, International Data Group, Inc., CXO Media, Inc., and Steve Ragan do not waive their claim that the Court lacks personal jurisdiction over them.

Dated: June 5, 2017

NEWMAN DU WORS LLP

s/Keith Scully
Keith Scully, WSBA No. 28677
*keith@newmanlaw.com*
Jason E. Bernstein, WSBA No. 39362
*jake@newmanlaw.com*
Leeor Neta, *pro hac vice*
*leeor@newmanlaw.com*

Counsel for Plaintiffs
River City Media, LLC, Mark Ferris, Matt Ferris and Amber Paul

WINSTON & CASHATT - SPO

s/Kevin James Curtis
Kevin James Curtis, WSBA No. 12085
kjc@winstoncashatt.com
JACKSON WALKER LLP
Charles L. Babcock, *pro hac vice*
*cbabcock@jw.com*

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS—1
[2:17-cv-00105]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

|     |     |
| --- | --- |
| 1   | William J. Stowe, *pro hac vice* |
| 2   | wstowe@jw.com |
| 3   | Counsel for Defendants |
| 4   | International Data Group, Inc., CXO Media Inc. and Steven Ragan |

### SIGNATURE ATTESTATION

I, Leeor Neta, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of June, 2017 in San Francisco, California.

s/Leeor Neta
Leeor Neta

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS—2
[2:17-cv-00105]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the county of King, State of Washington, and not a party to the above-entitled cause; my business address is Newman Du Wors LLP, 2101 Fourth Avenue, Suite 1500, Seattle, Washington 98121.

On June 5, 2017, I served a true copy of foregoing by personally delivering it to the person(s) indicated below in the manner as provided in Fed. R. Civ. P. 5(b); by electronic transmittal using the CM/ECF system which will send a notification of such filing to the following:

COOLEY LLP
Matthew D. Brown, *pro hac vice*
*brownmd@cooley.com*
Christopher B. Durbin
*cdurbin@cooley.com*

Counsel for Defendant
Kromtech Alliance Corporation

WINSTON & CASHATT - SPO
Kevin James Curtis
*kjc@winstoncashatt.com*

JACKSON WALKER LLP
Charles L. Babcock, *pro hac vice*
*cbabcock@jw.com*
William J. Stowe, pro hac vice
*wstowe@jw.com*

Counsel for Defendants
International Data Group Inc.,
CXO Media Inc. and Steven Ragan

ROCKE LAW GROUP, PLLC
Aaron Vincent Rocke
*aaron@rockelaw.com*

Counsel for Defendant
Chris Vickery

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2017 at Seattle, Washington.

s/Chy Eaton
Chy Eaton, Paralegal

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS—3
[2:17-cv-00105]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800