Keith Scully, WSBA No. 28677
Jason E. Bernstein, WSBA No. 39362
Leeor Neta, *pro hac vice*
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Phone: (206) 274-2800

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KROMTECH ALLIANCE CORPORATION, et al. <br><br> Defendants. | Case No. 2:17-cv-00105-SAB <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE OF WITHDRAWAL OF COUNSEL
[2:17-cv-00105]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

TO: The Clerk of the Court

AND TO: All Counsel of Record

PLEASE TAKE NOTICE that Keith Scully, of the law firm of Newman Du Wors LLP, hereby withdraws as counsel of record for Plaintiffs River City Media, LLC, Mark Ferris, Matt Ferris and Amber Paul. Plaintiffs will continue to represented by their remaining counsel of record.

Pursuant to L.R. 83.2(d)(3), this withdrawal shall be effective without order of court unless an objection to the withdrawal is served prior to effective date.

Withdrawal of counsel will be effective the 12th day of June, 2016.

Dated: June 13, 2017

NEWMAN DU WORS LLP

Keith Scully, WSBA No. 28677
*keith@newmanlaw.com*

Counsel for Plaintiffs
River City Media, LLC, Mark Ferris, Matt Ferris and Amber Paul

NOTICE OF WITHDRAWAL OF COUNSEL —1
[2:17-cv-00105]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, the undersigned, certify and declare that I am over the age of 18 years, |
| 3 | employed in the county of King, State of Washington, and not a party to the above- |
| 4 | entitled cause; my business address is Newman Du Wors LLP, 2101 Fourth |
| 5 | Avenue, Suite 1500, Seattle, Washington 98121. |

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the county of King, State of Washington, and not a party to the above-entitled cause; my business address is Newman Du Wors LLP, 2101 Fourth Avenue, Suite 1500, Seattle, Washington 98121.

On June 13, 2017, I served a true copy of foregoing by personally delivering it to the person(s) indicated below in the manner as provided in Fed. R. Civ. P. 5(b); by electronic transmittal using the CM/ECF system which will send a notification of such filing to the following:

Cooley LLP
Matthew D. Brown, *pro hac vice*
brownmd@cooley.com
Christopher B. Durbin
cdurbin@cooley.com

Counsel for Defendant
Kromtech Alliance Corporation

Winston & Cashatt - SPO
Kevin James Curtis
kjc@winstoncashatt.com

Jackson Walker LLP
Charles L. Babcock, *pro hac vice*
cbabcock@jw.com
William J. Stowe, pro hac vice
wstowe@jw.com

Counsel for Defendants
International Data Group Inc.,
CXO Media Inc. and Steven Ragan

Rocke Law Group, PLLC
Aaron Vincent Rocke
aaron@rockelaw.com

Counsel for Defendant
Chris Vickery

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2017 at San Antonio, Texas.

s/Chy Eaton
Chy Eaton, Paralegal

NOTICE OF WITHDRAWAL OF COUNSEL —2
[2:17-cv-00105]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800