Jake Bernstein, WSBA #39362
*jake@newmanlaw.com*
Leeor Neta, *admitted pro hac vice*
*leeor@newmanlaw.com*
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, et al., <br><br>Plaintiffs, <br><br>v. <br><br>KROMTECH ALLIANCE CORPORATION, et al., <br><br>Defendants. | Case No. 2:17-cv-00105-SAB <br><br>**DECLARATION OF JASON BERNSTEIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT KROMTECH ALLIANCE CORPORATION'S MOTION TO DISMISS PLAINTIFFS' CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** <br><br>With Oral Argument <br>Hearing Date: <br>August 16, 2017 @ 1:30 p.m. <br>Spokane, Washington |

DECLARATION OF JASON BERNSTEIN
[2:17-cv-00105]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

I, Jason E. Bernstein, make the following declaration based upon my own personal knowledge:

1. I am an attorney representing Plaintiffs in this matter and am personally familiar with the facts of the case.

2. Based on publicly available information, until approximately one month ago, Defendant Kromtech hosted its websites, www.mackeeper.com and www.kromtech.com, on an Amazon Web Services server located in Washington.

3. Based on publicly available WHOIS and hosting data, Kromtech continues to use Amazon Web Services to host its websites. This necessarily requires Kromtech to have entered into contracts with Amazon Web Services, Inc., a corporation with its principal place of business in Washington.

4. Kromtech advertises its products and services in Washington newspapers, including paying for advertising space on www.seattlepi.com.

5. Kromtech has also published advertisements in the form of a press release on a Spokane, Washington news station website. *See* "Chargeberry - ute App to Extend MacBook Battery Life," available at www.khq.com/story/35606845/chargeberry-ute-app-to-extend-macbook-battery-life, last visited July 6, 2017.

6. MacKeeper.com, located at www.mackeeper.com, contains interactive elements. Users may (i) leave comments on individual articles, (ii) "recommend" articles via social media, (iii) enter an email address to join Kromtech's mailing list and obtain a discount on Kromtech's products, and (iv) purchase Kromtech's products.

I declare under penalty of perjury that the foregoing is true and correct. Executed the 6th day of July, 2017 at Seattle, Washington.

_____
Jason E. Bernstein

DECLARATION OF JASON BERNSTEIN- 1
[2:17-cv-00105]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800