Jason Bernstein, WSBA No. 39362
*jake@newmanlaw.com*
Leeor Neta, *pro hac vice*
*leeor@newmanlaw.com*
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle WA  98121
Telephone:     (206) 274-2800
Facsimile:      (206) 274-2801

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, et al., | Case No. 2:17-cv-00105-SAB |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| KROMTECH ALLIANCE CORPORATION, et al., | |
| Defendants. | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the county of King, State of Washington, and not a party to the above-entitled cause; my business address is Newman Du Wors LLP, 2101 Fourth Avenue, Suite 1500, Seattle, Washington 98121.

On July 6, 2017, I served a true copy of DECLARATION OF JASON BERNSTEIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT KROMTECH ALLIANCE CORPORATION'S MOTION TO DISMISS PLAINTIFFS' CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF by personally delivering it to the person(s) indicated below in the manner as provided in Fed. R. Civ. P. 5(b); by electronic transmittal through CM/ECF to the following:

| | |
|---|---|
| **Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan** | **Attorneys for Defendant Chris Vickery** |
| Kevin J. Curtis<br>WINSTON & CASHATT, SPO<br>601 W. Riverside, Ste. 1900<br>Spokane, WA 99201<br>*kjc@winstoncashatt.com* | Aaron Rocke<br>ROCKE LAW GROUP, PLLC<br>101 Yesler Way, Suite 603<br>Seattle, WA 98104<br>*aaron@rockelaw.com* |
| Charles L. Babcock<br>William J. Stowe<br>JACKSON WALKER LLP<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010<br>*cbabcock@jw.com*<br>*wstowe@jw.com* | **Attorneys for Kromtech Alliance Corp.**<br><br>Matthew D. Brown<br>COOLEY LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111<br>*brownmd@cooley.com* |

Signed under the penalty of perjury of the laws of State of Washington, executed on July 7, 2017 at Seattle, Washington.

*[signature]*

Jason Bernstein