1  Kevin J. Curtis, WSBA No. 12085
2  WINSTON & CASHATT, LAWYERS, a
   Professional Service Corporation
3  601 W. Riverside, Ste. 1900
   Spokane, WA  99201
4  Telephone:  (509) 838-6131

5
   Charles L. Babcock IV (*admitted pro hac vice*)
6  cbabcock@jw.com
   Texas Bar No. 01479500
7  William J. Stowe (*admitted pro hac vice*)
8  wstowe@jw.com
   Texas Bar No. 24075124
9  JACKSON WALKER L.L.P.
   1401 McKinney Street
10 Suite 1900
11 Houston, Texas  77010
   (713) 752-4360 (telephone)
12 (713) 308-4116 (facsimile)
13
   Attorneys for Defendants International Data
14 Group, Inc., CXO Media, Inc. and Steve Ragan

15
                   UNITED STATES DISTRICT COURT
16                 EASTERN DISTRICT OF WASHINGTON

17

| 18 | RIVER CITY MEDIA, LLC, a Wyoming limited liability company, MARK FERRIS, an individual, MATT FERRIS, an individual, and AMBER PAUL, an individual, | No. 2:17-cv-105-SAB |
|---|---|---|
| | | DEFENDANTS INTERNATIONAL DATA GROUP, INC.'S, CXO MEDIA, INC.'S, STEVE RAGAN'S, AND KROMTECH ALLIANCE CORPORATION'S RESPONSE TO PLAINTIFFS AND DEFENDANT CHRIS VICKERY'S "RULE 26(f) DISCOVERY SCHEDULING AND PLANNING CONFERENCE REPORT" |
| | Plaintiffs, | |
| | vs. | |

24 IDG'S, CXO MEDIA, INC.'S, STEVE RAGAN'S, AND
   KROMTECH ALLIANCE CORPORATION'S
   RESPONSE TO PLAINTIFFS AND DEFENDANT
   CHRIS VICKERY'S "RULE 26(f) DISCOVERY
   SCHEDULING AND PLANNING CONFERENCE
   REPORT"
   PAGE 1

   18667454v.3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

| | |
|---|---|
| 1 | KROMTECH ALLIANCE CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO MEDIA, INC., a Massachusetts corporation, INTERNATIONAL DATA GROUP, INC., a Massachusetts corporation, and STEVE RAGAN, an individual, and DOES 1-50, |
| | Defendants. |

Defendants International Data Group, Inc. ("IDG"), CXO Media, Inc. ("CXO"), Steve Ragan ("Ragan"), and Kromtech Alliance Corporation ("Kromtech") respectfully submit this response to the "Rule 26(f) Discovery Scheduling and Planning Conference Report" (ECF 48) filed by Plaintiffs River City Media, LLC, Mark Ferris, Matt Ferris, and Amber Paul, and Defendant Chris Vickery on July 3, 2017.

Kromtech, CXO, Ragan, and IDG have filed motions to dismiss (ECF 12, 14, 41), which are set to be heard August 16, 2017 (IDG's and CXO's and Ragan's Motions were initially scheduled for July 13, 2017 but continued for convenience of Plaintiffs' counsel). Defendant Vickery has not filed any motions in response to the Complaint, but instead filed his Answer on June 12, 2017 (ECF 46).

Kromtech, CXO, Ragan, and IDG believed it was likely the Clerk had not yet sent the Notice of Court's Scheduling Conference pursuant to Local Rule 16.1(a) because the Court may first want to rule on the pending motions to dismiss. Accordingly, they

IDG'S, CXO MEDIA, INC.'S, STEVE RAGAN'S, AND KROMTECH ALLIANCE CORPORATION'S RESPONSE TO PLAINTIFFS AND DEFENDANT CHRIS VICKERY'S "RULE 26(f) DISCOVERY SCHEDULING AND PLANNING CONFERENCE REPORT"
PAGE 2

18667454v.3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

suggested to Plaintiffs' counsel that all parties wait to conduct the Rule 26(f) conference until the Court's issuance of a LR 16.1(a) Notice, and to confer promptly thereafter. Consistent with this position, Kromtech, CXO, Ragan, and IDG have not yet conducted their respective Rule 26(f) conferences with Plaintiffs' counsel.

Defendant Vickery conducted his Rule 26(f) conference with Plaintiffs on June 19, 2017—one week after filing his Answer to the Complaint. As explained above, Kromtech, CXO, Ragan, and IDG did not participate in that conference. Accordingly, Kromtech, CXO, Ragan, and IDG have not yet conferred with Plaintiffs—nor reached any agreement—regarding the subjects and proposed deadlines set forth in Plaintiffs' Rule 26(f) Report.

In response to Plaintiffs' and Defendant Vickery's request that the Court issue a Scheduling Order (ECF 48 at 2:20-21), Kromtech, CXO, Ragan, and IDG respectfully request that the Court not issue a Scheduling Order at this time on the basis of less than all the parties' input, and instead provide clarification regarding (1) whether the Court will defer issuing a LR 16.1(a) Notice until after the Court has heard and ruled on the pending dispositive motions; or (2) whether the Court wishes to have all parties confer and submit a Rule 26(f) Report prior to the Court's rulings on the pending dispositive motions.

IDG'S, CXO MEDIA, INC.'S, STEVE RAGAN'S, AND KROMTECH ALLIANCE CORPORATION'S RESPONSE TO PLAINTIFFS AND DEFENDANT CHRIS VICKERY'S "RULE 26(f) DISCOVERY SCHEDULING AND PLANNING CONFERENCE REPORT"
PAGE 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18667454v.3

Respectfully submitted this 14th day of July, 2017.

s/Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan

– AND –

s/Matthew D. Brown
Christopher B. Durbin, WSBA No. 41159
cdurbin@cooley.com
Cooley LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone: (206) 452-8700
Facsimile: (206) 452-8800

IDG'S, CXO MEDIA, INC.'S, STEVE RAGAN'S, AND KROMTECH ALLIANCE CORPORATION'S RESPONSE TO PLAINTIFFS AND DEFENDANT CHRIS VICKERY'S "RULE 26(f) DISCOVERY SCHEDULING AND PLANNING CONFERENCE REPORT"
PAGE 4

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18667454v.3

| | |
|---|---|
| 1 | |
| 2 | Matthew D. Brown (Cal. Bar No. 196972) |
| 3 | (*admitted pro hac vice*) |
| | brownmd@cooley.com |
| 4 | Amy M. Smith (Cal. Bar No. 287813) |
| 5 | (*admitted pro hac vice*) |
| | amsmith@cooley.com |
| 6 | Cooley LLP |
| | 101 California Street, 5th Floor |
| 7 | San Francisco, CA 94111-5800 |
| | Telephone: (415) 693-2000 |
| 8 | Facsimile: (415) 693-2222 |
| 9 | |
| | Attorneys for Defendant Kromtech Alliance |
| 10 | Corporation |

IDG'S, CXO MEDIA, INC.'S, STEVE RAGAN'S, AND KROMTECH ALLIANCE CORPORATION'S RESPONSE TO PLAINTIFFS AND DEFENDANT CHRIS VICKERY'S "RULE 26(f) DISCOVERY SCHEDULING AND PLANNING CONFERENCE REPORT"
PAGE 5

18667454v.3

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

I hereby certify that on July 14, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Jason E. Bernstein - jake@newmanlaw.com
Leeor Neta *(admitted pro hac vice)* - leeor@newmanlaw.com
Attorneys for Plaintiffs

Christopher B. Durbin - cdurbin@cooley.com
Matthew D. Brown *(admitted pro hac vice)* - brownmd@cooley.com
Amy M. Smith *(admitted pro hac vice)* - amsmith@cooley.com
Attorneys for Defendant Kromtech Alliance Corporation

Aaron Rocke - aaron@rockelaw.com
Attorney for Defendant Chris Vickery

> s/Kevin J. Curtis, WSBA No. 12085
> WINSTON & CASHATT, LAWYERS
> Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan
> 601 W. Riverside, Ste. 1900
> Spokane, WA 99201
> (509) 838-6131
> Facsimile: (509) 838-1416
> E-mail Address: kjc@winstoncashatt.com

IDG'S, CXO MEDIA, INC.'S, STEVE RAGAN'S, AND KROMTECH ALLIANCE CORPORATION'S RESPONSE TO PLAINTIFFS AND DEFENDANT CHRIS VICKERY'S "RULE 26(f) DISCOVERY SCHEDULING AND PLANNING CONFERENCE REPORT"
PAGE 6

18667454v.3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131