1  COOLEY LLP
   MATTHEW D. BROWN (Cal. Bar No. 196972)
2  (brownmd@cooley.com) (*admitted pro hac vice*)
   AMY M. SMITH (Cal. Bar No. 287813)
3  (amsmith@cooley.com) (*admitted pro hac vice*)
   101 California Street, 5th Floor
4  San Francisco, CA  94111-5800
   Telephone: (415) 693-2000
5  Facsimile:  (415) 693-2222

6  CHRISTOPHER DURBIN (WSBA No. 41159)
   (cdurbin@cooley.com)
7  1700 Seventh Avenue
   Suite 1900
8  Seattle, WA  98101-1355
   Telephone: (206) 452-8700
9  Facsimile:  (206) 452-8800

10 Attorneys for Defendant
   KROMTECH ALLIANCE CORPORATION

11

12            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF WASHINGTON
13

14 RIVER CITY MEDIA, LLC, a            Case No.  2:17-cv-00105-SAB
   Wyoming limited liability company,
15 MARK FERRIS, an individual,         **SUPPLEMENTAL DECLARATION OF**
   MATT FERRIS, an individual, and     **SERGII SOSNIAK IN SUPPORT OF**
16 AMBER PAUL, an individual,          **DEFENDANT KROMTECH ALLIANCE**
                                       **CORPORATION'S MOTION TO DISMISS**
17              Plaintiffs,            **PLAINTIFFS' CLAIMS**

18      v.

19 KROMTECH ALLIANCE
   CORPORATION, a German
20 corporation, CHRIS VICKERY, an
   individual, CXO MEDIA, INC., a
21 Massachusetts corporation,
   INTERNATIONAL DATA
22 GROUP, a Massachusetts
   corporation, and STEVE RAGAN,
23 an individual, and DOES 1-50,

24              Defendants.

25

26

27

28

SUPPL. DECL. OF SERGII SOSNIAK ISO DEF.                              1700 Seventh Avenue, Ste. 1900
KROMTECH'S MOTION TO DISMISS - 1        COOLEY LLP                   Seattle, WA 98101-1355
148085522                                                           (206) 452-8700

1    I, Sergii Sosniak, hereby declare as follows:

2    **1.**    I am the Chief Executive Officer of Defendant Kromtech Alliance

3    Corporation ("Kromtech"), where I have worked for more than three (3) years.

4    Except as otherwise noted, I have personal knowledge of the following facts and if

5    called to testify could and would testify competently thereto.

6    **2.**    Paragraph 4 of the Declaration of Jason Bernstein in Support of

7    Plaintiffs' Opposition to Kromtech's Motion to Dismiss ("Bernstein Decl.") states

8    that "Kromtech advertises its products and services in Washington newspapers,

9    including paying for advertising space on www.seattlepi.com." (Bernstein Decl. ¶ 4

10    (ECF No. 50 at 1).)  Plaintiffs did not attach a copy or screenshot of the advertisement

11    they claim appeared on www.seattlepi.com, or provide any description of what the

12    advertisement contained or when it allegedly appeared.

13    **3.**    Kromtech advertises its products through Yahoo.  Yahoo determines

14    which websites will display Kromtech's advertising.  Seattle Post-Intelligencer

15    ("Seattle PI") uses Yahoo to place ads on its website.  (*See* Seattle PI, "About Our

16    Ads," http://www.seattlepi.com/advertising/ ("Yahoo! is an ad network partner that

17    displays ads on our Web Site.") (last visited August 1, 2017).)  A true and correct

18    copy of Seattle PI's "About Our Ads" webpage is attached as **Exhibit C** to this

19    declaration.  Kromtech did not directly contract with Seattle PI or any Washington

20    newspapers to buy advertising space, and did not direct Yahoo to display any

21    advertisements on SeattlePI.com, or in any other Washington newspaper.  Any ads

22    that may have appeared on SeattlePI.com would have been placed by Yahoo, not

23    Kromtech.

24    **4.**    Paragraph 5 of the Bernstein Declaration states that "Kromtech has also

25    published advertisements in the form of a press release on a Spokane, Washington

26    news station website.  *See* 'Chargeberry – ute App to Extend MacBook Battery Life,'

27    available    at    www.khq.com/story/35606845/chargeberry-ute-app-to-extend-

28    macbook-battery-life, last visited July 6, 2017." (Bernstein Decl. ¶ 5 (ECF No. 50 at

SUPPL. DECL. OF SERGII SOSNIAK ISO DEF.
KROMTECH'S MOTION TO DISMISS - 2
148085522
                    COOLEY LLP
                                        1700 Seventh Avenue, Ste. 1900
                                        Seattle, WA 98101-1355
                                        (206) 452-8700

1).)  The website link in the Bernstein Declaration does not work.  The KHQ.com website displays the following error message each time I try to navigate to that link: "Our Apologies.  The page you requested is currently unavailable. . . ."  Plaintiffs did not attach a copy or screenshot of the press release they claim appeared on KHQ.com, or provide any description of what the press release contained or when it allegedly appeared.

5. Kromtech issued a press release about its product, Chargeberry, on June 7, 2017, entitled "Chargeberry – Cute App to Extend MacBook Battery Life," on PRWeb.com, an online news wire service.  PRWeb determines which websites will display Kromtech's press releases, including the June 7 press release regarding Chargeberry that Plaintiffs claim appeared on KHQ.com.  Kromtech did not directly contract with any Washington websites to buy advertising space or display this press release, and did not direct PRWeb to display this press release on KHQ.com or any other Washington website.  Any instances of this press release that may have appeared on KHQ.com would have been placed by PRWeb, not Kromtech.  A true and correct copy of this press release is attached as **Exhibit D** to this declaration, and is available at http://www.prweb.com/releases/2017/06/prweb14395587.htm (last visited August 1, 2017).

6. Kromtech does not do any advertising for the MacKeeper Security Research Center blog.

7. No one from Kromtech or the MacKeeper Security Research Center was aware that River City Media had any operations in Washington until Plaintiffs filed this lawsuit.

8. In their Opposition, Plaintiffs claim that Chris Vickery "published information provided to him by *Kromtech's* 'team of investigators' from *Kromtech's* Research Center."  (Opp. 17 (ECF No. 49 at 17).)  As Vickery explains in his article, he is the one who discovered the exposed files from Plaintiffs' system.  No one from Kromtech or the MacKeeper Security Research Center accessed Plaintiffs' systems

SUPPL. DECL. OF SERGII SOSNIAK ISO DEF.
KROMTECH'S MOTION TO DISMISS - 3
148085522

COOLEY LLP

1700 Seventh Avenue, Ste. 1900
Seattle, WA 98101-1355
(206) 452-8700

1    or information, or provided Vickery with any information about Plaintiffs' systems.

2         I declare under penalty of perjury under the laws of the United States that the

3    foregoing is true and correct.  Executed on August 2, 2017.

4

5                                /s/ Sergii Sosniak
                            Sergii Sosniak

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPL. DECL. OF SERGII SOSNIAK ISO DEF.
KROMTECH'S MOTION TO DISMISS - 4
148085522

COOLEY LLP

1700 Seventh Avenue, Ste. 1900
Seattle, WA 98101-1355
(206) 452-8700

1

2

## <u>SIGNATURE ATTESTATION</u>

3

4       I, Christopher B. Durbin, attest that concurrence in the filing of this document

5   has been obtained from the other signatory.  I declare under penalty of perjury under

6   the laws of the United States that the foregoing is true and correct.  Executed this 3rd

    day of August, 2017 in Seattle, Washington.

7

8                                           /s/ Christopher B. Durbin
                                            Christopher B. Durbin

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>DECLARATION OF SERVICE</u>

2

3      I hereby certify that on August 3, 2017, I electronically filed the foregoing

4   with the Clerk of the Court using the CM/ECF System which will send notification

5   of such filing to the following:

6        Leeor Neta                          Attorneys for Plaintiffs
         leeor@newmanlaw.com
7
         Jason E. Bernstein                  Attorney for Plaintiffs
8        jake@newmanlaw.com

9        Charles L. Babcock                  Attorneys for Defendants
         cbabcock@jw.com                     International Data Group, Inc.,
10                                           CXO Media, Inc. and Steve Ragan

11       William J. Stowe                    Attorneys for Defendants
         wstowe@jw.com                       International Data Group, Inc.,
12                                           CXO Media, Inc. and Steve Ragan

13       Kevin J. Curtis                     Attorneys for Defendants
         kjc@winstoncashatt.com              International Data Group, Inc.,
14                                           CXO Media, Inc. and Steve Ragan

15       Aaron V. Rocke                      Attorneys for Defendant
         aaron@rocklaw.com                   Chris Vickery
16

17      I declare under penalty of perjury under the laws of the State of Washington

18   that the foregoing is true and correct to the best of my belief.

19      Signed and dated this 3rd day of August, 2017, in Seattle, Washington.

20

21

22                                       /s/ Christopher B. Durbin
                                         Christopher B. Durbin (WSBA No. 41159)
23

24

25

26

27

28