UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| RIVER CITY MEDIA, LLC, MARK FERRIS, MATT FERRIS and AMBER PAUL, <br><br>                                          Plaintiffs, <br><br> vs. <br><br> KROMTECH ALLIANCE CORPORATION, ET AL, <br><br>                                          Defendants. | Case No. 2:17-cv-00105-SAB <br><br> CIVIL MINUTES <br><br> DATE: 8/16/17 <br><br> LOCATION: YAKIMA <br><br> MOTION HEARING |
|---|---|

| Judge STANLEY A. BASTIAN |||
|---|---|---|
| Laura McClure <br><br> **Courtroom Deputy** | 01 <br><br> **Law Clerk** | Lynette Walters <br><br> **Court Reporter** |
| Jason E. Bernstein <br> Leeor Neta <br><br><br><br><br><br> **Plaintiff's Counsel** || Amy McCowan Smith <br> Christopher B. Durbin <br> Matthew D. Brown <br> Charles L. Babcock <br> William J. Stowe <br> Kevin J. Curtis <br> Aaron V. Rocke, by phone <br><br> **Defendant's Counsel** |

 [X] Open Court   [ ] Chambers   [ ] Teleconf

Preliminary remarks by the Court.

Arguments presented by Mr. Babcock and Mr. Stowe regarding Defendant International Data Group's Motion to Dismiss (ECF No. 12) and Defendants' CXO Media and Steve Ragan Motion to Dismiss (ECF No. 14).

Arguments presented by Mr. Brown regarding Defendant Kromtech's Motion to Dismiss (ECF No. 41).
Arguments presented by Mr.Neta.
Rebuttal arguments presented by counsel.

Defendant International Data Group's Motion to Dismiss (ECF No. 12) – **under advisement.**
Defendants' CXO Media and Steve Ragan Motion to Dismiss (ECF No. 14) - **under advisement.**
Defendant Kromtech's Motion to Dismiss (ECF No. 41) - **under advisement.**

**[X] ORDER FORTHCOMING**

| CONVENED:1:30 PM | ADJOURNED: 2:39 PM | TIME: 1 HR/09 MINUTES | CALENDARED [   ] |
|---|---|---|---|