Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone: (509) 838-6131

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants International Data
Group, Inc., CXO Media, Inc. and Steve Ragan

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, a Wyoming limited liability company, MARK FERRIS, an individual, MATT FERRIS, an individual, and AMBER PAUL, an individual, <br><br> Plaintiffs, <br><br> vs. | No. 2:17-cv-105-SAB <br><br> SUPPLEMENTAL AUTHORITIES IN RESPONSE TO COURT QUESTION POSED ON AUGUST 16, 2017 HEARING |

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

1
2    KROMTECH ALLIANCE
     CORPORATION, a German corporation,
3    CHRIS VICKERY, an individual, CXO
     MEDIA, INC., a Massachusetts
4    corporation, INTERNATIONAL DATA
     GROUP, INC., a Massachusetts
5    corporation, and STEVE RAGAN, an
     individual, and DOES 1-50,
6

7                              Defendants.

8

9         During the hearing on Wednesday, August 16, 2017, the Court inquired whether

10   RCW § 23.95.505 applies in federal courts.[1]  The answer is yes and no.  It shuts the door

11

12   on claims based on state law asserted in federal court.  Accordingly, Plaintiff River City

13   Media, LLC's ("RCM") fifth, sixth, seventh, eighth, ninth, and tenth causes of action

14   should be dismissed.  *See Amp Mgmt., LLC v. Scottsdale Ins. Co.*, No. 06-4079-SAC,

15   2007 WL 677633, at *1-2 (D. Kan. Feb. 28, 2007); *De Sousa v. Embassy of Republic of*

16

17   *Angola*, No. CV 16-367 (BAH), 2017 WL 3207701, at *5 (D.D.C. July 27, 2017).  But

18

19   _____

20   [1] That statute provides that a "foreign entity doing business in this state may not maintain

21   an action or proceeding in this state unless it is registered to do business in this state and

22   has paid to this state all fees and penalties for the years, or parts thereof, during which it

23   did business in this state without having registered."  RCW § 23.95.505(5).

24

SUPPLEMENTAL AUTHORITIES IN RESPONSE TO
COURT QUESTION POSED AT AUGUST 16, 2017
HEARING - PAGE 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

so-called door-closing statutes do not apply in federal court to claims arising under federal law. *See J & J Sports Prods., Inc. v. Rose's Dream, Inc.*, 818 F. Supp. 2d 1, 3-4 (D.D.C. 2010).

The question here is whether the Court is *Erie*-bound to apply RCW § 23.95.505 to bar the use of the state's long-arm statute (RCW § 4.28.18) governing service of process and personal jurisdiction. Plaintiffs relied on Washington's long-arm statute (RCW § 4.28.185) for service of process and personal jurisdiction. *See* Pls.' Opp. To Defs. IDG, CXO, and Ragan's Mot. to Dismiss (ECF No. 23) at 5 (citing RCW § 4.28.185(1)).

We think that RCW § 23.95.505 shuts the door to RCM availing itself of ***any*** of the state's benefits, including a legislative enactment such as the state's long-arm statute (RCW § 4.28.18), which the federal rules incorporate and which would otherwise provide the basis for the Court's personal jurisdiction. *See* Fed. R. Civ. P. 4(k)(1)(A). At a minimum, the statute should be considered in evaluating the seven factors that the Ninth circuit uses in evaluating reasonableness, including the fourth factor – "the forum state's interest in the dispute . . . ." *Amoco Egypt Oil Co. v. Leonis Nav. Co.*, 1 F.3d 848, 851 (9th Cir. 1993).

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

We could not find any case from the Ninth Circuit addressing the interplay of a door-closing law with a state long-arm statute.  There is one case from the Fifth Circuit that rejected a similar argument but only because the corporate plaintiff on whom the Mississippi law closed the door had cured the defect by registering and because its parent corporation was joined as a plaintiff and had registered.  *See ITL Int'l, Inc. v. Constenla, S.A.*, 669 F.3d 493, 497 (5th Cir. 2012).

The only Washington federal case we could find was *Lake v. MTC Fin., Inc.*, No. C16-1482JLR, 2017 WL 841752 (W.D. Wash. Mar. 3, 2017).  There, the court acknowledged that Section 23.95.505 limits a foreign entity's ability to sue but held that a foreign entity not registered to do business in Washington could still *defend* a lawsuit even if it could not bring a lawsuit.  *See id.* at *2.  Here, RCM is attempting to sue – not defend – even though it is a foreign entity not registered to do business in Washington.

DATED this 21st day of August, 2017.

s/Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile:  (509) 838-1416
E-mail Address:  kjc@winstoncashatt.com

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas  77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants International Data
Group, Inc., CXO Media, Inc. and Steve Ragan

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

I hereby certify that on August 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Keith P. Scully - keith@newmanlaw.com
Jason E. Bernstein - jake@newmanlaw.com
Leeor Neta *(admitted pro hac vice)* - leeor@newmanlaw.com

Attorneys for Plaintiffs

Christopher B. Burbin - cdurbin@cooley.com
Matthew D. Brown *(admitted pro hac vice)* - brownmd@cooley.com
Amy M. Smith *(admitted pro hac vice)* - amsmith@cooley.com

Attorneys for Defendant Kromtech Alliance Corporation

s/Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS
Attorneys for Defendants International Data
Group, Inc., CXO Media, Inc. and Steve Ragan
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com

SUPPLEMENTAL AUTHORITIES IN RESPONSE TO
COURT QUESTION POSED AT AUGUST 16, 2017
HEARING - PAGE 6

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18370191v.4