Leeor Neta, *admitted pro hac vice*
leeor@newmanlaw.com
Jake Bernstein, WSBA No. 39362
*jake@newmanlaw.com*
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KROMTECH ALLIANCE CORPORATION, et al., <br><br> Defendants. | Case No. 2:17-cv-00105-SAB <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE HEARING** <br><br> Without Oral Argument <br> Hearing Date: August 30, 2017 <br> Spokane, Washington |

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO EXPEDITE
[2:17-cv-00105]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

THIS MATTER coming before the Court upon motion by the Plaintiffs for an order allowing an expedited hearing regarding Plaintiffs' Motion to Strike Defendants' Supplemental Authorities in Response to Court Question Posed at August 16, 2017 Hearing and Request for Attorney's Fees or, in the Alternative, Request for Leave to File Opposing Supplemental Authorities, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Plaintiffs' Motion to Expedite Hearing is GRANTED.

Dated this _____ day of _____, 2017.

_____
Honorable Stanley A. Bastian