1
2
3
4

Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA  99201
Telephone:  (509) 838-6131

5
6
7
8
9
10
11
12

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas  77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

13
14

Attorneys for Defendants International Data
Group, Inc., CXO Media, Inc. and Steve Ragan

15
16

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

17

18
19
20

21

22

23

RIVER CITY MEDIA, LLC, a Wyoming
limited liability company, MARK
FERRIS, an individual, MATT FERRIS,
an individual, and AMBER PAUL, an
individual,

Plaintiffs,

vs.

No. 2:17-cv-105-SAB

DEFENDANTS INTERNATIONAL DATA
GROUP, INC.'S, CXO MEDIA, INC.'S,
AND STEVE RAGAN'S RESPONSE TO
PLAINTIFFS' MOTION TO STRIKE
DEFENDANTS' SUPPLEMENTAL
AUTHORITIES IN RESPONSE TO
COURT QUESTION POSED AT AUGUST
16, 2017 HEARING

24

IDG'S, CXO MEDIA, INC.'S, AND STEVE RAGAN'S,
RESPONSE TO PLAINTIFFS' MOTION TO STRIKE
DEFENDANTS' SUPPLEMENTAL AUTHORITIES IN
RESPONSE TO COURT QUESTION POSED AT
AUGUST 16, 2017 HEARING
PAGE 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18963693v.1

1
2
3
4
5
6
7

KROMTECH ALLIANCE
CORPORATION, a German corporation,
CHRIS VICKERY, an individual, CXO
MEDIA, INC., a Massachusetts
corporation, INTERNATIONAL DATA
GROUP, INC., a Massachusetts
corporation, and STEVE RAGAN, an
individual, and DOES 1-50,

Defendants.

Without Oral Argument
Hearing Date: September 22, 2017
Spokane, Washington

8
9
10
11
12
13

     Defendants International Data Group, Inc. ("IDG"), CXO Media, Inc. ("CXO"), and Steve Ragan ("Ragan") respectfully submit this response to "Plaintiffs' Motion to Strike Defendants' Supplemental Authorities in Response to Court Question Posed at August 16, 2017 Hearing and Request for Attorney's Fees Or, In the Alternative, Request for Leave to File Opposing Supplemental Authorities" (ECF 57).

14
15
16
17
18
19
20
21
22

     This Court asked counsel for IDG, CXO, and Ragan during last week's hearing (August 16, 2017) a question to which he did not know the answer – specifically, whether RCW § 23.95.505 applies in federal courts.   We researched the Court's question and provided that answer in a prompt fashion because we thought it was important to the overall question of whether Plaintiffs' complaint should be dismissed pursuant to the pending motions.   If the answer had been known and stated to the Court at the hearing, we presume that Plaintiffs would have had no objection.

23
24

IDG'S, CXO MEDIA, INC.'S, AND STEVE RAGAN'S,
RESPONSE TO PLAINTIFFS' MOTION TO STRIKE
DEFENDANTS' SUPPLEMENTAL AUTHORITIES IN
RESPONSE TO COURT QUESTION POSED AT
AUGUST 16, 2017 HEARING
PAGE 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18963693v.1

1

2

3

4

     As it is, IDG, CXO, and Ragan have no objection to Plaintiffs providing authority that contradicts what we have provided to the Court, although we are unaware of any such authority.

5

6

7

8

9

10

11

     Plaintiffs' argument that the authorities provided by IDG, CXO, and Ragan were "improper under Local Rule 7.1" finds no support in Local Rule 7.1, which says nothing about prohibiting an answer to a question proposed by the Court at a hearing.  Plaintiffs' reliance on a **Western** District of Washington local rule regarding **surreplies** also does not further its cause, nor does a case addressing surreplies.  IDG's, CXO's, and Ragan's filing simply provided an answer to the question posed by the Court at the hearing.

12

13

14

15

16

17

18

19

20

21

22

23

24

     Further, IDG, CXO, and Ragan strenuously oppose Plaintiffs' demand for attorney's fees.  There is simply no basis for it.  Plaintiffs' recitation of the Court's **<u>inherent powers to sanction</u>** – particularly in a situation like this, where IDG, CXO, and Ragan were simply providing an answer to the Court's question – shows that Plaintiffs are completely untethered to any notion of when sanctions are appropriate or the seriousness of requesting them. *See Primus Auto. Fin. Servs., Inc. v. Batarse*, 115 F.3d 644, 649 (9th Cir. 1997) (noting such "sanctions should be reserved for the 'rare and exceptional case where the action is clearly frivolous, legally unreasonable or without legal foundation, or brought for an improper purpose.'") (citation omitted).  There certainly is no bad faith, which is a required finding.  *See id.* at 650 ("Because the district

IDG'S, CXO MEDIA, INC.'S, AND STEVE RAGAN'S,
RESPONSE TO PLAINTIFFS' MOTION TO STRIKE
DEFENDANTS' SUPPLEMENTAL AUTHORITIES IN
RESPONSE TO COURT QUESTION POSED AT
AUGUST 16, 2017 HEARING
PAGE 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18963693v.1

1

2    court's inherent powers are so potent, we require courts levying sanctions to assess an

3    attorney's individual conduct and to make an explicit finding that he or she acted in bad

4    faith.").

5        As noted, IDG, CXO, and Ragan do not opposing Plaintiff filing a response to the

6    authorities submitted to the Court by IDG, CXO, and Ragan.  In all other respects,

7    Plaintiffs' Motion to Strike should be denied.

8        Respectfully submitted this 24th day of August, 2017.

9

10                                        s/Kevin J. Curtis, WSBA No. 12085
                                          WINSTON & CASHATT, LAWYERS
11                                        601 W. Riverside, Ste. 1900
                                          Spokane, WA 99201
12                                        (509) 838-6131
                                          Facsimile:  (509) 838-1416
13                                        E-mail Address:  kjc@winstoncashatt.com

14
                                          Charles L. Babcock IV (*admitted pro hac vice*)
15                                        cbabcock@jw.com
                                          Texas Bar No. 01479500
16                                        William J. Stowe (*admitted pro hac vice*)
                                          wstowe@jw.com
17                                        Texas Bar No. 24075124
                                          JACKSON WALKER L.L.P.
18                                        1401 McKinney Street
                                          Suite 1900
19                                        Houston, Texas  77010
                                          (713) 752-4360 (telephone)
20                                        (713) 308-4116 (facsimile)

21
                                          Attorneys for Defendants International Data
22                                        Group, Inc., CXO Media, Inc. and Steve Ragan

23

24    IDG'S, CXO MEDIA, INC.'S, AND STEVE RAGAN'S,
      RESPONSE TO PLAINTIFFS' MOTION TO STRIKE                    *Winston & Cashatt*
      DEFENDANTS' SUPPLEMENTAL AUTHORITIES IN                   A PROFESSIONAL SERVICE CORPORATION
      RESPONSE TO COURT QUESTION POSED AT                          1900 Bank of America Financial Center
      AUGUST 16, 2017 HEARING                                              601 West Riverside
      PAGE 4                                                         Spokane, Washington 99201
                                                                           (509) 838-6131

18963693v.1

1

2

3

4

    I hereby certify that on August 24, 2017, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF System which will send notification of such

filing to the following:

5

6

7

    Jason E. Bernstein - jake@newmanlaw.com
    Leeor Neta *(admitted pro hac vice)* - leeor@newmanlaw.com
    Attorneys for Plaintiffs

8

9

10

    Christopher B. Durbin - cdurbin@cooley.com
    Matthew D. Brown *(admitted pro hac vice)* - brownmd@cooley.com
    Amy M. Smith *(admitted pro hac vice)* - amsmith@cooley.com
    Attorneys for Defendant Kromtech Alliance Corporation

11

12

13

    Aaron Rocke - aaron@rockelaw.com
    Attorney for Defendant Chris Vickery

14

15

16

17

18

19

20

                        s/Kevin J. Curtis, WSBA No. 12085
                        WINSTON & CASHATT, LAWYERS
                        Attorneys for Defendants International Data
                        Group, Inc., CXO Media, Inc. and Steve Ragan
                        601 W. Riverside, Ste. 1900
                        Spokane, WA 99201
                        (509) 838-6131
                        Facsimile:  (509) 838-1416
                        E-mail Address:  kjc@winstoncashatt.com

21

22

23

24

IDG'S, CXO MEDIA, INC.'S, AND STEVE RAGAN'S,
RESPONSE TO PLAINTIFFS' MOTION TO STRIKE
DEFENDANTS' SUPPLEMENTAL AUTHORITIES IN
RESPONSE TO COURT QUESTION POSED AT
AUGUST 16, 2017 HEARING
PAGE 5

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

18963693v.1