Aaron V. Rocke
ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
Phone: (206) 652-8670
aaron@rockelaw.com

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> KROMTECH ALLIANCE CORPORATION, et al., <br><br> Defendants. | Case No.: 2:17-cv-00105-SAB <br><br> NOTICE OF WITHDRAWAL |

By this notice and effective immediately, Aaron V. Rocke and Rocke Law Group, PLLC withdraws as attorney-of-record for defendant Chris Vickery. This withdrawal shall be effective without order of the court unless an objection to the withdrawal is served upon the withdrawing attorney prior to the above-noted date. All further pleadings and documents should be served on Defendant Vickery as follows:

Chris Vickery
983 Aston Cir
Santa Rosa, CA 95404
(512) 921-1145

DATED this 2nd day of January, 2018.

ROCKE | LAW Group, PLLC

_A. Vik_
_____
Aaron V. Rocke, WSBA #31525
Withdrawing Attorneys for
Defendant Vickery

NOTICE OF WITHDRAWAL
Page 1
Case No. 2:17-cv-00105-SAB

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670

# DECLARATION OF SERVICE

I caused a copy of the foregoing Notice of Withdrawal to be served to the following in the manner indicated:

**Via ECF to:**

Keith Scully
Jason E. Bernstein
Newman Du Wors LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Keith@newmanlaw.com
Jake@newmanlaw.com

Charles L. Babcock IV
William J. Stowe
Jackson Walker L.L.P.
1401 McKinney St, Suite 1900
Houston, Texas 77010
cbabcock@jw.com
wstowe@jw.com

Leeor Neta
Newman Du Wors LLP
600 California St., 11th Floor
San Francisco, CA 94109
leeor@newmanlaw.com

Christopher B. Durbin
Cooley LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
cdurbin@cooley.com

Kevin J. Curtis
Winston & Cashatt, Lawyers
601 W. Riverside, Ste. 1900
Spokane, WA 99201
kjc@winstoncashatt.com

Matthew D. Brown
Amy M. Smith
101 California Street, 5th Floor
San Francisco, CA 94111-5800
brownmd@cooley.com
amsmith@cooley.com

**Via E-mail and Certified U.S. Mail to:**

Chris Vickery
983 Aston Cir
Santa Rosa, CA 95404
cvickery@protonmail.com

on today's date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my belief.

Signed and DATED this 2nd day of January, 2018 in Seattle, Washington.

*s/ Emily Krueger*
Emily Krueger, Legal Assistant

NOTICE OF WITHDRAWAL
Page 2
Case No. 2:17-cv-00105-SAB

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670