# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>KROMTECH ALLIANCE CORPORATION, *et al.*,<br><br>    Defendants. | No. 2:17-cv-00105-SAB<br><br>**ORDER OF NON-COMPLIANCE** |

On January 2, 2018, Aaron Rocke filed a Notice of Withdrawal, ECF No. 67. The Notice of Withdrawal does not comply with Local Rule 83.2(d)(4). As such, Mr. Rocke shall remain counsel of record.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel and Mr. Rocke.

**DATED** this 3rd day of January 2018.



Stanley A. Bastian
United States District Judge

**ORDER OF NON-COMPLIANCE ~ 1**