Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone: (509) 838-6131

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants International Data
Group, Inc., CXO Media, Inc. and Steve Ragan

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, a Wyoming limited liability company, MARK FERRIS, an individual, MATT FERRIS, an individual, and AMBER PAUL, an individual,<br><br>Plaintiffs,<br><br>vs. | No. 2:17-cv-105-SAB<br><br>DEFENDANT CXO MEDIA, INC.'S MOTION FOR PROTECTIVE ORDER<br><br>Hearing Date: February 5, 2018 @ 6:30 pm Without Oral Argument |

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

| 1 | KROMTECH ALLIANCE |
| 2 | CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO |
| 3 | MEDIA, INC., a Massachusetts corporation, INTERNATIONAL DATA |
| 4 | GROUP, INC., a Massachusetts corporation, and STEVE RAGAN, an |
| 5 | individual, and DOES 1-50, |
| 6 | |

Defendants.

Defendant CXO Media, Inc. ("CXO") respectfully submits this Motion for Protective Order as follows:

## Introduction

Plaintiff River City Media, LLC ("RCM") is one of the world's largest spamming operations, run by co-Plaintiffs/co-conspirators Amber Paul, Mark Ferris, and Matt Ferris. Plaintiffs' operation has sent billions of unwanted emails. Plaintiff Matt Ferris, one of the principals of RCM, has even mocked the recipients: "AWWWW How terrible that we have to friggin DELETE EMAIL from our inboxes."[1] This comment came in the midst of Ferris defending his friend Robert Soloway, who was indicted on charges of aggravated identity theft, fraud in connection with electronic mail, money laundering,

---

[1] https://www.spamhaus.org/rokso/evidence/ROK7714/matt-ferris-river-city-media-acetech-usa/ferris-defends-robert-soloway-and-the-right-to-spam.

DEFENDANT CXO MEDIA, INC.'S MOTION FOR
PROTECTIVE ORDER
PAGE 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

mail fraud, and wire fraud.[2] RCM has also become a well-known purveyor of text messaging using auto-dialers, blasting unsolicited text messages to millions of nonconsenting recipients.[3] Ferris previously ran a "spam-friendly" ISP, assisting entities with creative names like "Bulk Marketing, Inc." to send millions of unwanted spam emails.[4]

Now, Plaintiffs want to prevent defendants, including CXO, from protecting their highly-confidential, commercially-sensitive, proprietary documents through a protective order. In other words, the very people who are *least* likely to use the documents in a way that protects their confidentiality want to preclude defendants from obtaining Court

---

[2] *See United States v. Robert Alan Soloway*, No. 2:07-cr-00187-MJP (W.D. Wash.) at ECF No. 1, Indictment.

[3] *See, e.g., Keating v. Peterson's Nelnet, LLC*, 615 F. App'x 365, 368 (6th Cir. 2015) ("River City Media would transmit that advertisement through text messaging using an auto-dialer. . . . Ferris stated further that although he thought that River City Media was using a list of recipients who had consented to the receipt of text messages, his company never took steps to insure that the recipients of the text messages actually had consented to receiving such advertisements.").

[4] *See Hodgell v. Bulk Marketing, Inc.*, No. 05-2-13730-4SEA (Super. Ct. of Wash.) at Pl.'s Resp. in Opp. To Def. Acetech's Mot. to Dismiss, 2005 WL 4987183 (discussing declaration of "Matt Ferris" offered in support of Acetech, which was a "spam-friendly ISP" that "conspire[ed] with and assist[ed]" Bulk Marketing Inc., "a notorious spam violator").

DEFENDANT CXO MEDIA, INC.'S MOTION FOR
PROTECTIVE ORDER
PAGE 3


*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

protection. The fox not only wants to guard the henhouse, it opposes even a small (and transparent) gate around it. CXO asks the Court to enter a limited protective order protecting CXO's highly confidential documents. CXO attaches the declaration of Matt Smith in support. Co-defendants International Data Group, Inc., Steve Ragan, and Kromtech Alliance Corporation are not opposed.[5] Only Plaintiffs oppose, ***although Plaintiffs themselves have marked documents "confidential" in their production.***[6] CXO is aware of the Court's concern regarding open courts, and CXO shares that concern. This is an unusual case with unusual parties that have a habit of misusing information. CXO tried and failed to come to an agreement with Plaintiffs. A very limited protective order is necessary. CXO requests a telephonic hearing.

## Background

Plaintiffs RCM and Matt Ferris are well known to the Register of Known Spam Operations ("ROKSO"), which "is a register of spam senders and spam services that have been thrown off Internet Service Providers 3 times or more in connection with spamming

---

[5] CXO's counsel reached out to co-defendant Chris Vickery's counsel regarding whether Mr. Vickery opposed but did not hear back.

[6] This includes a "confidential" designation on a very damning message in which one of RCM's principals makes an alarming admission about RCM's nefarious activities.

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

or providing spam services, and are therefore repeat offenders."[7]  ROKSO "collates

information and evidence on each spam operation to assist ISP Abuse Desks and Law

Enforcement Agencies."[8]  ROKSO is compiled by the Spamhaus Project.  The FBI-

established, nonprofit National Cyber Forensics and Training Alliance has awarded the

Spamhaus Project for its efforts.[9]  Indeed, the FBI has worked with the Spamhaus Project

in the past.[10]  As one nightly news commentator put it, the Spamhouse Project attempts

"to make the worst spammers in the world very famous."[11]

The ROKSO file on Plaintiffs RCM and Matt Ferris is massive.[12]  According to

ROKSO, "Matt Ferris runs a spam operation hooked up with many other spammers

_____

[7] https://www.spamhaus.org/faq/section/ROKSO%20FAQ.

[8] *Id.*

[9] https://www.spamhaus.org/organization/ncftaaward/.

[10] *See* Spamhaus Project, *Popular Spammer Myths About Spamhaus*, https://www.
spamhaus.org/organization/statement/013/popular-spammer-myths-about-spamhaus; *see
also* Testimony of Steven M. Martinez (FBI) to House Committee on Small Business
Regulatory Reform and Oversight Subcommittee (Mar. 16, 2006),  https://archives.
fbi.gov/archives/news/testimony/small-business-cyber-security.

[11] Transcript, Rachel Maddow Show (Apr. 10, 2017), *available at*
http://www.msnbc.com/transcripts/rachel-maddow-show/2017-04-10.

[12] https://www.spamhaus.org/rokso/evidence/ROK6479/matt-ferris-river-city-media-
acetech-usa/main-info.

DEFENDANT CXO MEDIA, INC.'S MOTION FOR
PROTECTIVE ORDER
PAGE 5



*Winston & Cashatt*

A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

including Bill Waggoner, Urbanmyth Productions / Richard Fragiacomo, etc."[13] Matt

Ferris is a principal of RCM, and ROKSO notes that both RCM and Ferris are directly

linked with fellow world-famous spammer Acetech USA, Inc. ("Acetech").[14] Indeed,

Plaintiff Matt Ferris ran (or runs) Acetech, which is a "spam-friendly ISP."[15] Plaintiff

Matt Ferris has a host of shell companies through which he runs the spam-spewing

empire.[16] According to Plaintiffs, co-Plaintiffs Amber Paul and Mark Ferris also run the

spam empire. *See* Compl. (ECF No. 1) ¶ 1 (noting "Matt Ferris, Mark Ferris, Amber

Paul, and others have operated [RCM] . . . .").

RCM's nefarious spamming activities extend beyond just emailing. In *Keating v.*

*Peterson's Nelnet, LLC*, the Sixth Circuit noted that RCM had entered into a contract

with an advertising company under which RCM was supplied "with language to be used

in an advertising campaign . . . and River City Media would transmit that advertisement

through text messaging using an auto-dialer." *Keating v. Peterson's Nelnet, LLC*, 615 F.

App'x 365, 368 (6th Cir. 2015). The Sixth Circuit noted that Plaintiff Matt Ferris

---

[13] *Id.*

[14] *Id.*

[15] *Hodgell v. Bulk Marketing, Inc.*, No. 05-2-13730-4SEA (Super. Ct. of Wash.) at Pl.'s
Resp. in Opp. To Def. Acetech's Mot. to Dismiss, 2005 WL 4987183.

[16] *See* https://www.spamhaus.org/rokso/evidence/ROK6479/matt-ferris-river-city-media-acetech-usa/main-info.

DEFENDANT CXO MEDIA, INC.'S MOTION FOR
PROTECTIVE ORDER
PAGE 6

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

testified on behalf of RCM that "although he thought that River City Media was using a list of recipients who had consented to the receipt of text messages, his company never took steps to insure that the recipients of the text messages actually had consented to receiving such advertisements." *Id.* In that case, the plaintiff, who had received an unsolicited text message, sued the upstream advertising company rather than RCM, so there was a question of whether RCM's illegal conduct could be attributed to the upstream advertising company under an agency theory; the court concluded in the negative. *See id.* at 371-72 (noting RCM "sent the unauthorized text messages to the putative plaintiff class" but that RCM's illegal conduct could not be attributed to the defendants under an agency theory).

Plaintiffs admit that one of Plaintiff RCM's principals is Alvin Slocombe. *See* Compl. (ECF No. 1) ¶ 61. RCM's Mr. Slocombe, who uses aliases such as "RCM Delivery," has been described as the number 5 spammer in the world, behind only a Russian outlet, an Eastern European outlet of unclear origins, and two individuals from New Jersey and Florida.[17] ROKSO has an extensive file on RCM's Mr. Slocombe, which

---

[17] *See* https://accraconnect.com/semalt-expert-defines-worlds-top-10-spammers-2017-stay-safe/.

DEFENDANT CXO MEDIA, INC.'S MOTION FOR
PROTECTIVE ORDER
PAGE 7


A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

confirms what Plaintiffs have to (and do) admit – that Mr. Slocombe is one of the principal operators of Plaintiff RCM.[18]

In short, Plaintiffs are precisely the type of nefarious individuals that a legitimate business like CXO does not want holding its confidential information unless there are restrictions in place on how the information can be used and distributed.

At the Court's suggestion, CXO tried to work out the confidentiality issues with counsel for all parties by way of a proposed agreement that it drafted and circulated. Unfortunately, Plaintiffs not only opposed the agreement but flatly opposed <u>any</u> confidentiality. In fact, when CXO conferred with Plaintiffs' counsel for this motion, Plaintiffs' counsel refused to even provide dates of availability for a telephonic hearing on this motion.

## Argument

"The Ninth Circuit recognizes that district courts have great flexibility to protect documents that contain confidential or commercially sensitive information." *Cabell v. Zorro Prods., Inc.*, 294 F.R.D. 604, 610 (W.D. Wash. 2013) (citing, inter alia, *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) ("The law

---

[18] *See* https://www.spamhaus.org/rokso/evidence/ ROK9829/alvin-slocombe-cyber-world-internet-services/main-info; *see* Compl. (ECF No. 1) ¶ 61.

DEFENDANT CXO MEDIA, INC.'S MOTION FOR
PROTECTIVE ORDER
PAGE 8

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

. . . gives district courts broad latitude to grant protective orders to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development or commercial information.")).  Under Rule 26(c), the Court "may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including one or more of the following: . . . requiring that . . . confidential research, development, or commercial information not be revealed or be revealed only in a specified way . . . ." Fed. R. Civ. P. 26(c)(1)(G); *see Cabell,* 294 F.R.D. at 610 (holding **in context of jurisdictional discovery** that protective order was warranted where request included commercial information that, if released, could harm producing party).

Although the party seeking a protective order must show good cause, courts also consider whether the party opposing the protective order has demonstrated that the protective order will prejudice that party. *See, e.g., Cabell*, 294 F.R.D. at 610 ("Mr. Cabell has not established that restricting disclosure of the designated confidential and commercially sensitive information to his attorneys will prejudice his ability to demonstrate personal jurisdiction over Defendant."); *UCC Ueshima Coffee Co., Ltd. v. Tully's Coffee Corp.*, No. C06-1604RSL, 2007 WL 710092, at *2 (W.D. Wash. 2007) (noting non-moving party's inability to demonstrate that attorney's eyes only designations would prejudice its case weighed in favor of granting protective order).

DEFENDANT CXO MEDIA, INC.'S MOTION FOR
PROTECTIVE ORDER
PAGE 9

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

Here, Plaintiffs have requested extremely sensitive financial information, such as the number of views of the article at issue, the amount of revenue earned by CXO from the article, and the location of viewers of the article. *See* Ex. 2 at Interrogatory No. 5 and Request for Production No. 6. These documents and information were generated in the course of CXO's business and are not generally known or readily available to CXO's competitors, other businesses, or the public in general. *See* Ex. 1, Smith Decl. ¶ 4. CXO undertakes great efforts to keep it secret. *See id.* The release of this information would result in great harm to CXO. *See id.* ¶ 5. For example, it would provide CXO's competitors not only a pricing advantage but an advantage in determining what strategies to utilize. *See id.*

Plaintiffs have also requested sensitive commercial information regarding the corporate structure of CXO and its corporate relationship with other entities. *See* Ex. 1 at Request for Production No. 1 ("Produce all Documents related to CXO Media's corporate structure, including all subsidiaries, parent companies, holding companies, and *any* company holding more than a 10% interest in CXO Media") (emphasis in original). Aside from being overly broad, the request covers a highly confidential organizational chart. Again, this information is not known to the public; CXO takes great pains to keep it secret; and its release would substantially harm CXO's competitive position. *See* Ex. 1, Smith Decl. ¶¶ 3-5. CXO is not asking the Court to keep every responsive document

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

from Plaintiffs. CXO is only asking that limitations be placed on how Plaintiffs can disburse certain information produced in response.

Further, Plaintiffs can show no prejudice as a result of the limited protected order that CXO proposes. Under the order, Plaintiffs can still use any document in this case produced by CXO (or any other party). *See* Proposed Order. The protective order simply outlines the manner in which Plaintiffs may use the documents. Perhaps this is why only Plaintiffs oppose the protective order.[19] As shown above, Plaintiff RCM and its operators (Plaintiffs Matt Ferris, Mark Ferris, and Amber Paul, and non-party operator Alvin Slocombe) have an extremely checkered past. To allow these individuals to receive highly sensitive documents and information from CXO with no restriction on how they may disburse them will result in substantial harm to CXO as described above and in Matt Smith's declaration.

Because CXO has demonstrated good cause in the form of substantial harm it will suffer if its highly confidential, commercially-sensitive documents are not protected, the Court should enter the proposed Protective Order attached hereto.

---

[19] Co-defendants Steve Ragan, International Data Group, Inc., and Kromtech Alliance Corporation do not oppose this motion. Counsel for CXO reached out to co-defendant Chris Vickery's attorneys to see if Mr. Vickery was opposed but did not receive a response.

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

## Prayer

For the foregoing reasons, Defendant CXO Media, Inc. respectfully requests that

the Court sign the attached proposed Protective Order, and grant CXO such other relief to

which it may be justly entitled.

Respectfully submitted this 5th day of January, 2018.

s/Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants International Data
Group, Inc., CXO Media, Inc. and Steve Ragan

DEFENDANT CXO MEDIA, INC.'S MOTION FOR
PROTECTIVE ORDER
PAGE 12



I hereby certify that on January 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Jason E. Bernstein - jake@newmanlaw.com
Leeor Neta *(admitted pro hac vice)* - leeor@newmanlaw.com
Attorneys for Plaintiffs

Christopher B. Durbin - cdurbin@cooley.com
Matthew D. Brown *(admitted pro hac vice)* - brownmd@cooley.com
Amy M. Smith *(admitted pro hac vice)* - amsmith@cooley.com
Attorneys for Defendant Kromtech Alliance Corporation

Aaron Rocke - aaron@rockelaw.com
Attorney for Defendant Chris Vickery

s/Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS
Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com

DEFENDANT CXO MEDIA, INC.'S MOTION FOR
PROTECTIVE ORDER
PAGE 13

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

19440388v.5

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington that on the 5th day of January, 2018, at Spokane, Washington, the foregoing was caused to be served on the following person(s) in the manner indicated:

| Edward Chung<br>Chung, Malhas & Mantel, PLLC<br>1511 3rd Ave., Suite 1088<br>Seattle, WA 98101-3635<br>echung@cmmlawfirm.com | **VIA REGULAR MAIL** ☒<br>**VIA EMAIL** ☒ |
| --- | --- |

s/Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS
Attorneys for Defendants International Data
Group, Inc., CXO Media, Inc. and Steve Ragan
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com

DEFENDANT CXO MEDIA, INC.'S MOTION FOR
PROTECTIVE ORDER
PAGE 14



A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131