# EXHIBIT 1

15

Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone: (509) 838-6131

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants International Data
Group, Inc., CXO Media, Inc. and Steve Ragan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, a Wyoming limited liability company, MARK FERRIS, an individual, MATT FERRIS, an individual, and AMBER PAUL, an individual,<br><br>Plaintiffs,<br><br>vs. | No. 2:17-cv-105-SAB<br><br>DECLARATION OF MATT SMITH IN SUPPORT OF CXO MEDIA, INC.'S MOTION FOR PROTECTIVE ORDER |

DECLARATION OF MATT SMITH IN SUPPORT OF
CXO MEDIA, INC.'S MOTION FOR PROTECTIVE
ORDER
PAGE 1

EXHIBIT 1

Winston & Cashatt
PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

| | |
|---|---|
| KROMTECH ALLIANCE CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO MEDIA, INC., a Massachusetts corporation, INTERNATIONAL DATA GROUP, INC., a Massachusetts corporation, and STEVE RAGAN, an individual, and DOES 1-50,<br><br>                                                          Defendants. | |

## DECLARATION OF MATT SMITH

I, Matt Smith, declare:

1. My name is Matt Smith. I am over 21 years of age and competent in all respects to execute this declaration. All of the matters stated herein are true and correct and within my personal knowledge. If called as a witness, I could and would testify competently to the following facts:

2. I am Vice President for CXO Media, Inc. ("CXO") and I am authorized to make this declaration on behalf of CXO.

3. CXO owns and operates the website www.csoonline.com ("CSO Online"). It is my understanding that the Plaintiffs in this case have requested information from CXO regarding, among other things, the number of views of various articles posted on CSO Online, revenue amounts derived from the articles, and locations of individuals who viewed the articles. It is also my understanding

DECLARATION OF MATT SMITH IN SUPPORT OF
CXO MEDIA, INC.'S MOTION FOR PROTECTIVE
ORDER
PAGE 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

17

that Plaintiffs have requested information and documents regarding CXO's corporate relationships, and that the request would call for the production of a detailed organizational chart.

4.  These documents and information were generated in the course of CXO's business and are not generally known or readily available to CXO's competitors, other businesses, or the public in general. Indeed, this information, which CXO considers highly confidential and proprietary trade secrets, is not even generally known throughout CXO. Rather, the information is known only to certain CXO employees. Further, CXO takes measures to guard the secrecy of various information, including by password-protecting its employees' computers and placing restriction notices on documents stating that the documents contain information that is trade secret and/or confidential (including, but not limited to confidential business or financial information). This information is extremely valuable to CXO and would be valuable to CXO's competitors because it contains pricing, performance, and other proprietary corporate data.

5.  CXO would suffer great competitive harm if the information and documents were made available to CXO's competitors, as it would provide them not only a pricing advantage but an advantage in determining what strategies to utilize. CXO expended an enormous amount of time, expense, and manpower in

DECLARATION OF MATT SMITH IN SUPPORT OF
CXO MEDIA, INC.'S MOTION FOR PROTECTIVE
ORDER
PAGE 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

developing this information. This information would be extremely difficult to replicate because it is unique, customized, and is the result of great expense and effort. This information is not public. CXO is a private company.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3 January 2018.

_____
Matt Smith

DECLARATION OF MATT SMITH IN SUPPORT OF
CXO MEDIA, INC.'S MOTION FOR PROTECTIVE
ORDER
PAGE 4

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

# EXHIBIT 2

20

1  Kevin J. Curtis, WSBA No. 12085
2  WINSTON & CASHATT, LAWYERS, a
   Professional Service Corporation
3  601 W. Riverside, Ste. 1900
   Spokane, WA 99201
4  Telephone: (509) 838-6131

5
   Charles L. Babcock IV (*admitted pro hac vice*)
6  cbabcock@jw.com
   Texas Bar No. 01479500
7  William J. Stowe (*admitted pro hac vice*)
8  wstowe@jw.com
   Texas Bar No. 24075124
9  JACKSON WALKER L.L.P.
10 1401 McKinney Street
   Suite 1900
11 Houston, Texas 77010
   (713) 752-4360 (telephone)
12 (713) 308-4116 (facsimile)
13
   Attorneys for Defendants International Data
14 Group, Inc., CXO Media, Inc. and Steve Ragan

15
                    UNITED STATES DISTRICT COURT
16                  EASTERN DISTRICT OF WASHINGTON

17

| | |
|---|---|
| 18  RIVER CITY MEDIA, LLC, a Wyoming limited liability company, MARK FERRIS, an individual, MATT FERRIS, an individual, and AMBER PAUL, an individual,<br><br>Plaintiffs,<br><br>vs. | No. 2:17-cv-105-SAB<br><br>DEFENDANT CXO MEDIA, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO CXO MEDIA, INC. |

DEFENDANT CXO MEDIA, INC.'S OBJECTIONS
AND RESPONSES TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
ADMISSION
PAGE 1

EXHIBIT 2

Winston & Cashatt
PROFESSIONAL SERVICE CORPORATION
900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

21

| | |
|---|---|
| KROMTECH ALLIANCE CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO MEDIA, INC., a Massachusetts corporation, INTERNATIONAL DATA GROUP, INC., a Massachusetts corporation, and STEVE RAGAN, an individual, and DOES 1-50, | |
| Defendants. | |

Defendant CXO Media, Inc. ("Defendant" or "CXO") serves these Objections and Responses to Plaintiffs River City Media, LLC's ("RCM"), Mark Ferris', Matt Ferris', and Amber Paul's (collectively, "Plaintiffs") First Set of Interrogatories and Requests for Production as follows:

### A. GENERAL OBJECTIONS

Defendant generally objects to the Requests to the extent that they call for information protected by the attorney-client privilege, work-product doctrine, or any other privilege protected by law. Defendant's production of privileged information or materials, if any, is inadvertent and does not constitute waiver of any privilege. See Fed. R. Civ. P. 26(b)(5)(B).

Defendant's objections and responses are based on all information readily available to Defendant at this time, and may be amended, supplemented, or corrected to state an objection or response that is currently inapplicable or unknown after reasonable

DEFENDANT CXO MEDIA, INC.'S OBJECTIONS
AND RESPONSES TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
ADMISSION
PAGE 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

22

inquiry. Defendant reserves its right to amend, supplement, or correct its objections and responses if and when appropriate. See Fed. R. Civ. P. 26(e)(1).

No response to a Request is intended to indicate that Defendant agrees with any explicit or implicit characterization of the facts, events, circumstances, and/or issues in the Requests, or that any such characterization is relevant to this lawsuit or any other action or proceeding.

Defendant objects to the Requests seeking production of confidential or other sensitive information or materials. Should the parties enter into an agreement regarding treatment of confidential documents and information, Defendant will supplement with appropriately-designated documents and information.

These General Objections apply to Defendant's responses to each and every Request whether or not expressly incorporated.

**OBJECTIONS AND RESPONSES TO SPECIFIC REQUESTS**

**REQUEST FOR PRODUCTION NO. 1:** Produce all Documents related to CXO Media's corporate structure, including all subsidiaries, parent companies, holding companies, and *any* company holding more than a 10% interest in CXO Media.

**RESPONSE:** CXO objects to the portion of this Request that asks CXO to produce all documents related to its "corporate structure" as it is vague and overly broad. CXO also objects on the ground that this Request calls for confidential and commercially-sensitive information. Should the parties enter into an agreement

DEFENDANT CXO MEDIA, INC.'S OBJECTIONS
AND RESPONSES TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
ADMISSION
PAGE 3



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

23

regarding treatment of confidential documents, Defendant will supplement with appropriately-designated documents.

**REQUEST FOR PRODUCTION NO. 2:** Produce all Documents related to CXO Media's executive leadership team (meaning all managers, C-suite executives, and/or corporate officers), including the name, title, and employment history for each of the following individuals:

    (a) Brian Glynn

    (b) Bob Bragdon

    (c) Greg Pinsky

**RESPONSE:** CXO objects to this Request on the ground that it is overly broad. Subject to and without waiving the foregoing, and subject to and without waiving its general objections, CXO will produce responsive, redacted, non-privileged documents relating to the name, title, and employment history for the listed individuals and a chart listing board-elected officers of CXO.

**REQUEST FOR PRODUCTION NO. 3:** Produce all Documents related to CXO Media's relationship with IDG, Inc.

**RESPONSE:** CXO objects to this request on the ground that it is overly broad and vague as to what is meant by "IDG, Inc.," and whether by that term Plaintiffs are referring to co-Defendant International Data Group Inc. CXO also objects to this request on the ground that it is overly broad and also vague as to "relationship." CXO also objects on the ground that this Request calls for confidential and commercially-sensitive information. Should the parties enter into an agreement regarding treatment of confidential documents, Defendant will supplement with appropriately-designated documents.

DEFENDANT CXO MEDIA, INC.'S OBJECTIONS
AND RESPONSES TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
ADMISSION
PAGE 4



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

**REQUEST FOR PRODUCTION NO. 4:** Produce all Documents related to CXO's advertising and marketing of CXO's media properties in the state of Washington.

**RESPONSE:** CXO objects to this request on the ground that it is vague as to what is meant by "CXO's media properties." CXO also objects to this request on the ground that it is overly broad and directed to general jurisdiction even though (1) the Court's Order (ECF No. 60 at 4) specifically states that "Plaintiffs are only relying on specific jurisdiction"; (2) Plaintiffs' counsel expressly disclaimed general jurisdiction at the hearing on CXO's Motion to Dismiss; and (3) Plaintiffs do not allege general jurisdiction in their Complaint.

**REQUEST FOR PRODUCTION NO. 5:** Produce all Documents related to total sales of each of CXO Media's products or services, including subscriptions or memberships to magazines or news sites, whether print or online, in the United States generally and to Washington residents specifically.

**RESPONSE:** CXO objects to this request on the ground that it is directed to general jurisdiction even though (1) the Court's Order (ECF No. 60 at 4) specifically states that "Plaintiffs are only relying on specific jurisdiction"; (2) Plaintiffs' counsel expressly disclaimed general jurisdiction at the hearing on CXO's Motion to Dismiss; and (3) Plaintiffs do not allege general jurisdiction in their Complaint. CXO also objects to this Request on the ground that it is overly broad.

**REQUEST FOR PRODUCTION NO. 6:** Produce all Documents related to CXO Media's income derived from advertising on its websites to Washington state residents.

**RESPONSE:** CXO objects to this request on the ground that it is overly broad and directed in part to general jurisdiction even though (1) the Court's Order (ECF No.

DEFENDANT CXO MEDIA, INC.'S OBJECTIONS
AND RESPONSES TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
ADMISSION
PAGE 5



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

25

60 at 4) specifically states that "Plaintiffs are only relying on specific jurisdiction"; (2) Plaintiffs' counsel expressly disclaimed general jurisdiction at the hearing on CXO's Motion to Dismiss; and (3) Plaintiffs do not allege general jurisdiction in their Complaint. CXO also objects on the ground that this Request calls for confidential and commercially-sensitive information. Should the parties enter into an agreement regarding treatment of confidential documents, Defendant will supplement with appropriately-designated documents related to income derived from advertising on the specific article at issue in this suit from the www.csoonline.com website (*i.e.*, the article located at https://www.csoonline.com/article/3176433/security/spammers-expose-their-entire-operation-through-bad-backups.html).

**REQUEST FOR PRODUCTION NO. 7:** For each Request for Admission that you do not admit, produce all Documents related to or explaining your reasons for not admitting each such Request for Admission.

    **RESPONSE:** CXO objects to this request on the ground that it is overly broad.

### OBJECTIONS AND RESPONSES TO SPECIFIC INTERROGATORIES

**INTERROGATORY NO. 1:** Describe each product or service You market and sell to consumers in the United States.

    **RESPONSE:** Subject to and without waiving CXO's general objections, CXO states that it operates the websites www.csoonline.com and www.cio.com and CIO Executive Council, as well as various newsletters (identified in response to Interrogatory No. 2 below) and a digital magazine called CIO Digital Magazine. CXO sells advertising on the aforementioned websites. CXO also sells its Demand Generation services, which provides names and contact information for buyers of sponsor products and services.

DEFENDANT CXO MEDIA, INC.'S OBJECTIONS
AND RESPONSES TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
ADMISSION
PAGE 6


Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

26

CXO also provides temporary access to email contacts for a fee. CXO also has a number of other miscellaneous revenue streams (*e.g.*, reprint revenue).

**INTERROGATORY NO. 2:** Describe each media property You own or operate targeted at English-speaking readers.

**RESPONSE:** CXO objects to this interrogatory on the ground that it is vague as to what is meant by "media property." Subject to and without waiving the foregoing, and subject to and without waiving CXO's general objections, CXO states that if "media property" is understood to mean websites, newsletters, or digital magazines, CXO owns and operates the website www.csoonline.com and operates the website www.cio.com; CXO operates www.securitysmart.com; CXO owns and operates CXO Update, CSO Salted Hash, CIO Daily, CIO Leader and the digital magazine CIO Digital Magazine.

**INTERROGATORY NO. 3:** For each product or service described in Interrogatory No. 2, provide the following information:

(a) The number of units sold to consumers in the United States

(b) The number of units sold to consumers in the state of Washington;

(c) The methods by which You market the product or service;

(d) The number of units sold to consumers in the United States directly from Your online store;

(e) The number of units sold to consumers in the state of Washington directly from Your online store;

(f) The number of units sold to consumers in the state of Washington from Your affiliates (define somewhere);

**RESPONSE:** CXO objects to this Interrogatory because, as the Interrogatory admits with the internal comment "(define somewhere)," the Interrogatory is vague as to what is meant by "affiliates." CXO also objects to this Interrogatory on the ground that it

DEFENDANT CXO MEDIA, INC.'S OBJECTIONS
AND RESPONSES TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
ADMISSION
PAGE 7



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

27

is overly broad and seeks information relating to general jurisdiction even though (1) the Court's Order (ECF No. 60 at 4) specifically states that "Plaintiffs are only relying on specific jurisdiction"; (2) Plaintiffs' counsel expressly disclaimed general jurisdiction at the hearing on CXO's Motion to Dismiss; and (3) Plaintiffs do not allege general jurisdiction in their Complaint. Subject to and without waiving the foregoing objections, and subject to and without waiving CXO's general objections, CXO further responds to each of the subparts (except subpart (f), which suffers from the "affiliate" problem identified above) as follows:

(a) CXO further objects on the ground that this subpart calls for confidential and commercially-sensitive information. Should the parties enter into an agreement regarding treatment of confidential information, Defendant will supplement with appropriately-designated information consistent with its objections – specifically, it would provide the amount of sales of ad "impressions" in connection with the specific article at issue from www.csoonline.com – that is, the article located at http://www.csoonline.com/article/3176433/security/spammers-expose-their-entire-operation-through-bad-backups.html (the "Ragan Article"), and the amount thereof that was generated because of page views from Washington.

(b) CXO is aware of no advertisements being sold to Washington-based advertisers in connection with the Ragan Article.

(c) CXO markets its advertising capabilities on its website, www.csoonline.com.

(d) CXO has no online store that sells advertising.

DEFENDANT CXO MEDIA, INC.'S OBJECTIONS
AND RESPONSES TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
ADMISSION
PAGE 8

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

28

    (e)    CXO has no online store that sells advertising. CXO also is aware of no advertisements being sold to Washington-based advertisers in connection with the Ragan Article.

**INTERROGATORY NO. 4:** Describe or list each article written by Steve Ragan that was published on the Salted Hash blog at https://www.csoonline.com/blog/salted-hash-top-security-news.

**RESPONSE:** CXO objects to this Interrogatory on the ground that it is overly broad and not limited in time. Subject to and without waiving CXO's general objections, pursuant to Rule 33(d) CXO elects, in lieu of providing a narrative answer, to produce a list of Ragan-authored articles from 2014 to November 9, 2017 from which the answer to this Interrogatory can be derived. CXO will supplement the list as necessary.

**INTERROGATORY NO. 5:** For each article described or listed in Interrogatory No. 4, provide the following information:

    (a)    The number of views by visitors in the United States;

    (b)    The number of views by visitors in the state of Washington;

    (c)    The amount of ad revenue You earned for each article in total;

    (d)    The number of products You sold from users clicking on links shown while viewing the article;

**RESPONSE:** CXO objects to this Interrogatory on the ground that it seeks information regarding articles having nothing to do with this lawsuit, is overly broad, not relevant or proportional, and also seeks information regarding general jurisdiction, even though (1) the Court's Order (ECF No. 60 at 4) specifically states that "Plaintiffs are only relying on specific jurisdiction"; (2) Plaintiffs' counsel expressly disclaimed general jurisdiction at the hearing on CXO's Motion to Dismiss; and (3) Plaintiffs do not allege general jurisdiction in their Complaint.

DEFENDANT CXO MEDIA, INC.'S OBJECTIONS
AND RESPONSES TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
ADMISSION
PAGE 9

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

29

Subject to and without waiving the foregoing objections, and subject to and without waiving CXO's general objections, CXO will further respond only with respect to the Ragan Article as follows:

(a) CXO further objects on the ground that this subpart calls for confidential and commercially-sensitive information. Should the parties enter into an agreement regarding treatment of confidential information, Defendant will supplement with appropriately-designated information consistent with its objections – that is, the number of views of the Ragan Article by visitors in the United States.

(b) CXO further objects on the ground that this subpart calls for confidential and commercially-sensitive information. Should the parties enter into an agreement regarding treatment of confidential information, Defendant will supplement with appropriately-designated information consistent with its objections – that is, the number of views of the Ragan Article by visitors from Washington State.

(c) CXO further objects on the ground that this subpart calls for confidential and commercially-sensitive information. Should the parties enter into an agreement regarding treatment of confidential information, Defendant will supplement with appropriately-designated information consistent with its objections – that is, the amount of advertising revenue earned by CXO in connection with the Ragan Article.

(d) CXO is aware of no sales of products as a result of users clicking on links while viewing the Ragan Article.

Respectfully November 28, 2017.

DEFENDANT CXO MEDIA, INC.'S OBJECTIONS
AND RESPONSES TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
ADMISSION
PAGE 10

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

30

s/Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants International Data
Group, Inc., CXO Media, Inc. and Steve Ragan

DEFENDANT CXO MEDIA, INC.'S OBJECTIONS
AND RESPONSES TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
ADMISSION
PAGE 11



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

31

**DECLARATION OF MATTHEW SMITH PURSUANT TO 28 U.S.C. § 1746**

1. My name is Matt Smith. I am Vice President for CXO Media, Inc. ("CXO") and I am authorized to make this declaration on behalf of CXO. The factual statements set forth in the Interrogatories above are based on personal knowledge, or any documents referenced therein, and are true and correct.

2. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 4, 2017.

_____
Matt Smith

DEFENDANT CXO MEDIA, INC.'S OBJECTIONS
AND RESPONSES TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
ADMISSION
PAGE 12

32

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington that on the 28th day of November, 2017, at Spokane, Washington, the foregoing was caused to be served on the following person(s) in the manner indicated:

| | |
|---|---|
| Jason E. Bernstein<br>Newman Du Wors LLP<br>2101 Fourth Avenue, Suite 1500<br>Seattle, WA 98121<br>jake@newmanlaw.com<br><br>Leeor Neta<br>Newman Du Wors LLP<br>600 California St., 11th Floor<br>San Francisco, CA 94109<br>leeor@newmanlaw.com<br><br>Attorneys for Plaintiffs | VIA REGULAR MAIL ☐<br>VIA CERTIFIED MAIL ☒<br>HAND DELIVERED ☐<br>BY FACSIMILE ☐<br>VIA EMAIL ☐ |
| Christopher B. Durbin<br>1700 Seventh Avenue, Suite 1900<br>Seattle, WA 98101-1355<br>cdurbin@cooley.com<br><br>Matthew D. Brown<br>Amy M. Smith<br>Cooley LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>brownmd@cooley.com<br>amsmith@cooley.com<br><br>Attorneys for Defendant Kromtech Alliance Corporation | VIA REGULAR MAIL ☐<br>VIA CERTIFIED MAIL ☒<br>HAND DELIVERED ☐<br>BY FACSIMILE ☐<br>VIA EMAIL ☐ |

DEFENDANT CXO MEDIA, INC.'S OBJECTIONS
AND RESPONSES TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
ADMISSION
PAGE 13

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

33

| Aaron Rocke<br>Rocke Law Group, PLLC<br>101 Yesler Way, Suite 603<br>Seattle, WA 98104<br>aaron@rockelaw.com<br><br>Attorney for Defendant Chris Vickery | VIA REGULAR MAIL ☐<br>VIA CERTIFIED MAIL ☒<br>HAND DELIVERED ☐<br>BY FACSIMILE ☐<br>VIA EMAIL ☐ |
|---|---|

*Janel Martindale* (signature)
Janel Martindale

DEFENDANT CXO MEDIA, INC.'S OBJECTIONS
AND RESPONSES TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR
ADMISSION
PAGE 14

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131