1   Leeor Neta, *admitted pro hac vice*
    leeor@newmanlaw.com
2   Jake Bernstein, WSBA No. 39362
    jake@newmanlaw.com
3   Newman Du Wors LLP
4   2101 Fourth Avenue, Suite 1500
    Seattle, WA 98121
5   Telephone: (206) 274-2800

6   Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF WASHINGTON

10  RIVER CITY MEDIA, LLC, et al.,          Case No. 2:17-cv-00105-SAB

11          Plaintiffs,                      **DECLARATION OF LEEOR NETA
                                             IN SUPPORT OF RIVER CITY
12      v.                                   MEDIA, LLC'S OPPOSITION TO
                                             DEFENDANT CXO MEDIA,
13  KROMTECH ALLIANCE                        INC.'S MOTION FOR
    CORPORATION, et al.,                     PROTECTIVE ORDER**
14
15          Defendants.                      Hearing Date: Feb. 5, 2018, 6:30 p.m.
                                             Without Oral Argument
16

17      I, Leeor Neta, make the following declaration based upon my own personal

18  knowledge:

19      1.      I am an attorney representing Plaintiffs in this matter and am

20  personally familiar with the facts of the case.

21      2.      Plaintiffs requested discovery related to the relationships between the

22  Defendant entities and their leadership team; the revenue generated through the

23  sale of CXO's products or services in the US and Washington; and the number of

24  visitors and subscriptions to CXO's website from the state of Washington. A true

25  and correct copy of Plaintiff's Requests for Production and Interrogatories, and

26  CXO's Responses thereo, is attached hereto as Exhibit A.

27      3.      By searching the internet Plaintiffs have been able to locate a variety of

28

OPPOSITION TO DEFENDANT CXO'S
MOTION FOR PROTECTIVE ORDER –1        NEWMAN DU WORS LLP
[2:17-cv-00105-SAB]

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1  information about Defendants, including certain information they requested in

2  their Interrogatories and Requests for Production.

3      4.     At the Scheduling Conference held on 11/28/2017, the Court

4  informed the parties that it was not inclined to grant a protective order because the

5  Federal District Court is a public forum and its business should be conducted

6  publicly unless a compelling reason exists to keep the proceedings or details of the

7  proceedings confidential.

8      5.     CXO's Motion cites to the ROKSO database compiled by the

9  Spamhaus Project. This database is owned and operated by an ideologically

10  opposed source located in the United Kingdom that regularly fails to verify its facts

11  prior to publication and that recklessly labels businesses as "spammers" with no

12  regard for American law.

13

14      I declare under penalty of perjury that the foregoing is true and correct.

15  Executed the 19th day of January, 2018 at San Francisco, California.

16

17  _____

18  Leeor Neta

19

20

21

22

23

24

25

26

27

28

OPPOSITION TO DEFENDANT CXO'S
MOTION FOR PROTECTIVE ORDER –2       NEWMAN DU WORS LLP
[2:17-cv-00105-SAB]

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

# CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan**

Kevin J. Curtis
WINSTON & CASHATT
601 W. Riverside, Ste. 1900
Spokane, WA 99201
*kjc@winstoncashatt.com*

Charles L. Babcock
William J. Stowe
Jackson Walker L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010
*cbabcock@jw.com*
*wstowe@jw.com*

**Attorneys for Kromtech Alliance Corp.**

Amy McGowan Smith
Matthew D. Brown
Cooley LLP
1355101 California Street, 5th Floor
San Francisco, CA 94111
*amsmith@cooley.com*
*brownmd@cooley.com*

Christopher B. Durbin
Cooley LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101
*cdurbin@cooley.com*

**Attorneys for Defendant Chris Vickery**

Aaron Rocke
Rocke Law Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
*aaron@rockelaw.com*

Edward Charles Chung
Chung, Malhas & Mantel PLLC
1511 Third Avenue, Suite 1088
Seattle, WA 98101
*Echung@cmmlawfirm.com*

I declare under penalty of perjury that the foregoing is true and correct.

_____
Arlyne Sorrells
Paralegal

OPPOSITION TO DEFENDANT CXO'S
MOTION FOR PROTECTIVE ORDER –3
[2:17-cv-00105-SAB]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800