FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 06, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>KROMTECH ALLIANCE CORPORATION, *et al.*,<br><br>    Defendants. | No. 2:17-cv-00105-SAB<br><br>**ORDER GRANTING DEFENDANT CXO MEDIA INC.'S MOTION FOR PROTECTIVE ORDER** |

Before the Court is Defendant CXO Media, Inc.'s Motion for Protective Order, ECF No. 69. The motion was heard without oral argument.

Defendant asks the Court to enter a limited protective order that outlines the manner in which Plaintiffs may use the documents. Plaintiffs object to Defendant's motion. In their opposition, Plaintiffs have not demonstrated how they would be prejudiced by the entry of the proposed protective order. Indeed, it is hard to see how Plaintiffs would be prejudiced, given that the proposed protective order provides a mechanism for contesting a confidentiality designation.

**ORDER GRANTING DEFENDANT CXO MEDIA INC.'S MOTION FOR PROTECTIVE ORDER ~ 1**

On the other hand, Defendant has demonstrated good cause for the entry of the proposed order. The Court will enter the proposed protective order with one amendment, and all parties in this case will be subject to it.

The amendment concerns paragraph 14. The Court substitutes the following paragraph:

> 14. If CONFIDENTIAL INFORMATION is to be filed with the Court, it shall be the responsibility of the filing party to move the Court for permission to file such papers under seal. The Court will review the motion and determine whether good cause exists to file the document under seal.

According, **IT IS HEREBY ORDERED**:

1. Defendant CXO Media, Inc's Motion for Protective Order, ECF No. 69, is **GRANTED**.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 6th day of February 2018



_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING DEFENDANT CXO MEDIA INC.'S MOTION FOR PROTECTIVE ORDER ~ 2**