Leeor Neta, *admitted pro hac vice*
leeor@newmanlaw.com
Jake Bernstein, WSBA No. 39362
jake@newmanlaw.com
Newman Du Wors LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KROMTECH ALLIANCE CORPORATION, et al., <br><br> Defendants. | Case No. 2:17-cv-00105-SAB <br><br> **PLAINTIFFS' MOTION TO EXPEDITE MOTION TO EXTEND AMENDED PLEADINGS DEADLINE HEARING** <br><br> Without Oral Argument <br> Date:     February 15, 2018 <br> Spokane, Washington |

Plaintiffs River City Media, LLC, Mark Ferris, Matt Ferris, and Amber Paul ("Plaintiffs") submit the following Motion to Expedite Hearing without oral argument on Plaintiffs' Motion to Extend Amended Pleadings Deadline. Plaintiffs have telephonically requested that the Court consider this motion prior to the noticed hearing date, for the reasons detailed herein, pursuant to Local Civil Rule 7.1(h).

**A.     Plaintiffs have good cause to request an expedited ruling.**

The deadline for Plaintiff to Move to Amend is February 14, leaving insufficient time to resolve this discovery dispute detailed herein. (Dkt. No. 66.) It is vitally important that Plaintiffs be allowed to resolve their discovery dispute with Defendants CXO and IDG prior to filing their motion to amend. And the hearing date for this motion, as set by Local Rule 7.1(h) will be April 15. As such, Plaintiffs

PLAINTIFFS' MOTION EXPEDITE MOTION TO EXTEND AMENDED PLEADINGS DEADLINE - 1
[Case No.: 2:17-cv-00105-SAB]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

respectfully request that this Court hear this Motion on an emergency basis.

**B.  Plaintiffs have not unreasonably delayed discovery or their Motion to Amend.**

On November 28, 2017, and December 4, 2017, respectively, CXO and IDG served their responses to Plaintiffs' first set of interrogatories and requests for production, stating that they would not produce documents or respond to certain interrogatories necessary for Plaintiffs' First Amended Complaint without a protective order. (Declaration of Leeor Neta, dated February 8, 2018 ("Neta Decl."), ¶ 2.) On December 15, 2017, Plaintiffs sent a letter requesting a meet and confer teleconference regarding IDG's and CXO's deficient discovery responses. (*Id.* ¶ 3, Ex. A.) And on December 21, 2017, Plaintiffs sent a letter requesting a meet and confer teleconference regarding Defendant Kromtech's deficient discovery responses. (*Id.* ¶ 4, Ex. B.) Over the next few weeks, *which included the Christmas and New Year's holidays*, the parties conferred about, negotiated, prepared for, and conducted the deposition of Plaintiff Matthew Ferris. (*Id.* ¶ 5.) Plaintiffs also proceeded with third-party discovery. (*Id.* ¶ 6.) On December 28, 2017, Counsel for Plaintiffs requested a response from Counsel for IDG and CXO to the December 15 meet and confer letter.  (*Id.* ¶ 8, Ex. C.) On January 4, 2018, Kromtech stated that it would not produce documents without a protective order. (*Id.* ¶ 8, Ex. D.)

On January 5, 2018, CXO and IDG moved for a protective order related to documents requested by Plaintiffs. (Dkt. No. 69.) On January 31, 2018, Kromtech produced 3,985 pages in response to Plaintiffs' discovery requests. (Neta Decl. at ¶ 9, Ex. E.) On February 6, 2018, the Court granted IDG and CXO's motion and entered the protective order. (Dkt. No. 77.) At approximately 2:00 PM PST on Tuesday, February 6, 2018, CXO and IDG produced documents in response to Plaintiffs' requests for production. (Neta Decl. at ¶ 10, Ex. F.) And on February 7, 2018, at 10:36 a.m. PST, CXO and IDG served responses to Plaintiffs'

PLAINTIFFS' MOTION EXPEDITE MOTION TO EXTEND AMENDED PLEADINGS DEADLINE - 2
[Case No.: 2:17-cv-00105-SAB]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1  Interrogatories. (*Id.* ¶ 11, Ex. G.) Both the production and the interrogatory
2  responses are wholly insufficient, and during the afternoon of February 7, counsel
3  for Plaintiffs informed counsel for CXO and IDG of this and requested an extension
4  of the Motion to Amend pleadings deadlines. (*Id.* ¶ 12.) That night, Counsel for
5  Plaintiffs sent a letter to Counsel for CXO and IDG, detailing CXO and IDG's
6  discovery deficiencies and requesting a meet and confer teleconference. (*Id.* Ex. H.)
7  Counsel participated in that teleconference during the morning of February 8 and
8  Counsel for Plaintiffs will file a Motion to Compel on February 9. (*Id.* ¶ 13.)

**C.  Plaintiffs have informed opposing counsel of their intent to file this motion and the Motion to Extend the Amended Pleading Deadline.**

Plaintiffs sought a stipulation to extend the Amended Pleadings deadline but counsel for Defendants IDG and CXO refused. (*Id.* ¶ 14, Ex. I.) In a telephone conference on February 8. 2018, Counsel for Plaintiffs informed Counsel for IDG and CXO that Plaintiffs intended to file this Motion and Plaintiffs' Motion to Extend Amended Pleading Deadline. (*Id.* ¶ 15.) Counsel for IDG and CXO agreed that all meet and confer efforts had been exhausted and Plaintiffs' were free to request relief from the court. (*Id.* ¶ 16.)

For all of these reasons, Plaintiffs respectfully request that the Court hear this Motion to Expedite on an emergency basis.

Dated: February 8, 2018           Newman Du Wors LLP

                                  _____
                                  Jason E. Bernstein, WSBA Bar No. 39362
                                  *jake@newmanlaw.com*
                                  Leeor Neta, *admitted pro hac vice*
                                  *leeor@newmanlaw.com*
                                  2101 Fourth Avenue, Suite 1500
                                  Seattle, WA 98121

PLAINTIFFS' MOTION EXPEDITE MOTION
TO EXTEND AMENDED PLEADINGS
DEADLINE - 3
[Case No.: 2:17-cv-00105-SAB]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

(206) 274-2800

Attorney for Plaintiffs
RIVER CITY MEDIA, LLC

PLAINTIFFS' MOTION EXPEDITE MOTION TO EXTEND AMENDED PLEADINGS DEADLINE - 4
[Case No.: 2:17-cv-00105-SAB]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

# CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan**

Kevin J. Curtis
WINSTON & CASHATT
601 W. Riverside, Ste. 1900
Spokane, WA 99201
*kjc@winstoncashatt.com*

Charles L. Babcock
William J. Stowe
Jackson Walker L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010
*cbabcock@jw.com*
*wstowe@jw.com*

**Attorneys for Kromtech Alliance Corp**.

Amy McGowan Smith
Matthew D. Brown
Cooley LLP
1355101 California Street, 5th Floor
San Francisco, CA 94111
*amsmith@cooley.com*
*brownmd@cooley.com*

Christopher B. Durbin
Cooley LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101
*cdurbin@cooley.com*

**Attorneys for Defendant Chris Vickery**

Edward C. Chung, Esq.
Chung, Malhas & Mantel, PLLC
1511 Third Avenue, Suite #1088
Seattle, WA 98101
*Echung@cmmlawfirm.com*
*Litigation@cmmlawfirm.com*

I declare under penalty of perjury that the foregoing is true and correct.

s/Rachel Horvitz
Rachel Horvitz

PLAINTIFFS' MOTION EXPEDITE MOTION TO EXTEND AMENDED PLEADINGS DEADLINE - 5
[Case No.: 2:17-cv-00105-SAB]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800