Leeor Neta, *admitted pro hac vice*
leeor@newmanlaw.com
Jake Bernstein, WSBA No. 39362
*jake@newmanlaw.com*
Newman Du Wors LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KROMTECH ALLIANCE CORPORATION, et al., <br><br> Defendants. | Case No. 2:17-cv-00105-SAB <br><br> **DECLARATION OF LEEOR NETA IN SUPPORT OF PLAINTIFFS' MOTION TO EXPEDITE MOTION TO EXTEND AMENDED PLEADINGS DEADLINE HEARING** <br><br> Without Oral Argument <br> Date: February 15, 2018 <br> Spokane, Washington |

I, Leeor Neta, make the following declaration based upon my own personal knowledge:

1. I am an attorney representing Plaintiffs in this matter, over the age of 18, competent to testify in this action, and make this declaration from personal knowledge.

2. On November 28, 2017, and December 4, 2017, respectively, Defendants CXO and IDG served their responses to Plaintiffs' first set of interrogatories and requests for production, stating that they would not produce documents or respond to certain interrogatories necessary for Plaintiffs' First Amended Complaint without a protective order.

DECL. OF L. NETA ISO PL.S' MOT. TO EXPEDITE MOT. TO EXTEND AMENDED PLEADINGS DEADLINE HEARING –1
[Case No. 2:17-cv-00105-SAB]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

3. On December 15, 2017, Plaintiffs sent a letter requesting a meet and confer teleconference regarding IDG's and CXO′s deficient discovery responses. Attached as **Exhibit A** is a true and correct copy of that correspondence.

4. On December 21, 2017, I sent a letter requesting a meet and confer teleconference regarding Defendant Kromtech's deficient discovery responses. Attached as **Exhibit B** is a true and correct copy of that correspondence.

5. Over the next few weeks, *which included the Christmas and New Year's holidays*, the parties conferred about, negotiated, prepared for, and conducted the deposition of Plaintiff Matthew Ferris.

6. Plaintiffs also proceeded with third-party discovery.

7. On December 28, 2017, I requested a response from Counsel for IDG and CXO to the December 15 meet and confer letter. Attached as **Exhibit C** is a true and correct copy of the email exchange with counsel.

8. On January 4, 2018, Kromtech stated that it would not produce documents without a protective order. Attached as **Exhibit D** is a true and correct copy of the correspondence sent by Matthew Brown.

9. On January 31, 2018, Kromtech produced 3,985 pages in response to Plaintiffs' discovery requests. Attached as **Exhibit E** is a true and correct copy of the email sent by counsel confirming the production had been sent.

10. On Tuesday, February 6, 2018, at approximately 2:00 PM PST, CXO and IDG produced documents in response to Plaintiffs' requests for production. Attached as **Exhibit F** is a true and correct copy of the electronic correspondence received from counsel.

11. On February 7, 2018, at 10:36 a.m. PST, CXO and IDG served responses to Plaintiffs' Interrogatories. Attached as **Exhibit G** is a true and correct copy of email received by counsel.

12. Both the production and the interrogatory responses are wholly insufficient, and during the afternoon of February 7, Samantha Everett of Newman

DECL. OF L. NETA ISO PL.S' MOT. TO EXPEDITE MOT. TO EXTEND AMENDED PLEADINGS DEADLINE HEARING –2
[Case No. 2:17-cv-00105-SAB]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Du Wors, counsel for Plaintiffs, informed counsel for CXO and IDG of this and requested an extension of the Motion to Amend pleadings deadlines. That night, I sent a letter to Counsel for CXO and IDG, detailing CXO and IDG's discovery deficiencies and requesting a meet and confer teleconference. Attached as **Exhibit H** is a true and correct copy of my letter to Counsel for CXO and IDG.

13. Counsel participated in that teleconference during the morning of February 8 and Counsel for Plaintiffs will file a Motion to Compel on February 9.

14. Plaintiffs sought a stipulation to extend the Amended Pleadings deadline but counsel for Defendants IDG and CXO refused. Attached as **Exhibit I** is a true correct copy of the email sent by Samantha Everett of Newman Du Wors, counsel for Plaintiffs.

15. In a telephone conference on February 8. 2018, I informed Counsel for IDG and CXO that Plaintiffs intended to file a Motion to Expedite Motion to Extend Amended Pleadings Deadline Hearing and a Motion to Extend Amended Pleading Deadline.

16. Counsel for IDG and CXO agreed that all meet and confer efforts had been exhausted and Plaintiffs' were free to request relief from the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed the 8th day of February, 2018 at San Francisco, California.

_____
Leeor Neta

DECL. OF L. NETA ISO PL.S' MOT. TO EXPEDITE MOT. TO EXTEND AMENDED PLEADINGS DEADLINE HEARING –3
[Case No. 2:17-cv-00105-SAB]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

# CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan**

| | |
|---|---|
| Kevin J. Curtis | Charles L. Babcock |
| WINSTON & CASHATT | William J. Stowe |
| 601 W. Riverside, Ste. 1900 | Jackson Walker L.L.P. |
| Spokane, WA 99201 | 1401 McKinney Street, Suite 1900 |
| *kjc@winstoncashatt.com* | Houston, TX 77010 |
| | *cbabcock@jw.com* |
| | *wstowe@jw.com* |

**Attorneys for Kromtech Alliance Corp.**

| | |
|---|---|
| Amy McGowan Smith | Christopher B. Durbin |
| Matthew D. Brown | Cooley LLP |
| Cooley LLP | 1700 Seventh Avenue, Suite 1900 |
| 1355101 California Street, 5th Floor | Seattle, WA 98101 |
| San Francisco, CA 94111 | *cdurbin@cooley.com* |
| *amsmith@cooley.com* | |
| *brownmd@cooley.com* | |

**Attorneys for Defendant Chris Vickery**

Edward C. Chung, Esq.
Chung, Malhas & Mantel, PLLC
1511 Third Avenue, Suite #1088
Seattle, WA 98101
*Echung@cmmlawfirm.com*
*Litigation@cmmlawfirm.com*

I declare under penalty of perjury that the foregoing is true and correct.

s/Rachel Horvitz
Rachel Horvitz

---

DECL. OF L. NETA ISO PL.S' MOT. TO EXPEDITE MOT. TO EXTEND AMENDED PLEADINGS DEADLINE HEARING –4
[Case No. 2:17-cv-00105-SAB]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800