# Exhibit I

| | |
|---|---|
| **From:** | Samantha Everett |
| **To:** | kjc@winstoncashatt.com; cbabcock@jw.com; wstowe@jw.com; amsmith@cooley.com; brownmd@cooley.com; cdurbin@cooley.com; Echung@cmmlawfirm.com |
| **Cc:** | Leeor Neta; Jake Bernstein; Arlyne Sorrells |
| **Subject:** | River City, et al., v, Kromtech, et al. |
| **Date:** | Wednesday, February 7, 2018 2:45:53 PM |
| **Attachments:** | River City Stipulation to Extend 2018-02-07.DOCX |

Counsel, the deadline for Plaintiff to move to amend the complaint in this matter is currently set for 2/14. Due to the volume of discovery and anticipated discovery disputes, River City intends to request a 30-day extension of that deadline. We have drafted the attached stipulation reflecting the same. Please review and let us know if you will stipulate to an extension of the deadline to 3/14 and will allow us to affix your electronic signature to the stipulation. We would like to get this on file today, so we appreciate your prompt attention. Please let us know if you have any questions or concerns.

Thank you,
Samantha


Samantha Everett
Newman|Du Wors
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
(206) 274-2821 - Phone
(206) 274-2801 - Fax
samantha@newmanlaw.com
www.newmanlaw.com
Email privileged and confidential - please destroy if you are not the intended recipient.