Leeor Neta, *admitted pro hac vice*
leeor@newmanlaw.com
Jake Bernstein, WSBA No. 39362
jake@newmanlaw.com
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> KROMTECH ALLIANCE CORPORATION, et al., <br><br>    Defendants. | Case No. 2:17-cv-00105-SAB <br><br> **PLAINTIFFS' MOTION TO EXTEND AMENDED PLEADINGS DEADLINE** <br><br> Without Oral Argument <br> Date:    March 12, 2018 <br> Spokane, Washington |

COMES NOW, Plaintiffs River City Media, LLC, Mark Ferris, Matt Ferris, and Amber Paul ("Plaintiffs"), by and through the undersigned counsel, and moves for an extension of the deadline for Plaintiffs to move for leave to amend their Complaint for 30 days. This brief extension is necessitated by a delayed production of documents and interrogatory responses from Defendants CXO and IDG, and the deficiencies present in those responses which necessitate additional motion practice. Under this Court's Scheduling Order (Dkt. No. 66), the deadline for Plaintiff to move to amend is currently set for February 14, 2018. But Plaintiffs did not receive responses from IDG and CXO on vital subjects until February 6, 2018. And after multiple attempts to reach an agreement, Plaintiffs are now forced to file a motion to compel. For these reasons, Plaintiffs respectfully request an

PLAINTIFFS' MOTION TO CONTINUE
AMENDED PLEADINGS DEADLINE - 1
[Case No.: 2:17-cv-00105-SAB]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

extension of 30 days to file their Motion to Amend Complaint, and a corresponding extension for Defendants to respond.

Plaintiffs have not unreasonably delayed discovery or their Motion to Amend. While counsel for IDG and CXO appears to believe that Counsel for Plaitniffs has unreasonably delayed this request, the activity in this case shows otherwise. Plaintiffs have diligently pursued discovery.

- On November 28, 2017, and December 4, 2017, respectively, CXO and IDG serves their responses to Plaintiffs' first set of interrogatories and requests for production, stating that they would not produce documents or respond to certain interrogatories necessary for Plaintiffs' First Amended Complaint without a protective order. (Declaration of Leeor Neta, dated February 8, 2018 ("Neta Decl."), ¶ 2.)
- On December 15, 2017, Plaintiffs sent a letter requesting a meet and confer teleconference regarding IDG's and CXO's deficient discovery responses. (*Id* ¶ 3, Ex. A.)
- On December 21, 2017, Plaintiffs sent a letter requesting a meet and confer teleconference regarding Defendant Kromtech's deficient discovery responses. (*Id* ¶ 4, Ex. B.)
- Over the Christmas and New Year's holidays, the parties conferred about, negotiated, prepared for, and conducted the deposition of Plaintiff Matthew Ferris. (*Id* ¶ 5.) Plaintiffs also proceed with third-party discovery during that time. (*Id* ¶ 6.)
- On December 28, 2017, Counsel for Plaintiffs requested a response from Counsel for IDG and CXO to the December 15 meet and confer letter. (*Id* ¶ 7, Ex. C.)
- On January 4, 2018, Kromtech stated that it would not produce documents without a protective order. (*Id* ¶ 8, Ex. D)

PLAINTIFFS' MOTION TO CONTINUE
AMENDED PLEADINGS DEADLINE - 2
[Case No.: 2:17-cv-00105-SAB]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

- On January 5, 2018, CXO and IDG moved for a protective order related to documents requested by Plaintiffs. (Dkt. No. 69.)
- On January 31, 2018, Kromtech produced 3,985 pages in response to Plaintiffs' discovery requests. (Neta Decl. at ¶ 9, Ex. E.)
- On February 6, 2018, the Court granted IDG and CXO's motion and entered the protective order. (Dkt. No. 77.)
- On Tuesday, February 6, 2018, at approximately 2:00 PM PST, CXO and IDG produced documents in response to Plaintiffs' requests for production. (Neta Decl. at ¶ 10, Ex. F.)
- And on February 7, 2018, at 10:36 a.m. PST, CXO and IDG served responses to Plaintiffs' Interrogatories. (*Id*. ¶ 11, Ex. G.)
- During the afternoon of February 7, counsel for Plaintiffs informed counsel for CXO and IDG of this and requested an extension of the Motion to Amend pleadings deadlines. (*Id*. ¶ 12.)
- That night, Counsel for Plaintiffs sent a letter to Counsel for CXO and IDG, detailing CXO and IDG's discovery deficiencies and requesting a meet and confer teleconference. (*Id*. Ex. H.)
- Counsel participated in that teleconference during the morning of February 8. (*Id*. ¶ 13.)

Both the production and the interrogatory responses Plaintiffs have received from IDG and CXO are wholly insufficient, including but not limited to the disclosure of page views and revenue related only to ***one*** article that reached users in Washington state. But Plaintiffs are entitled to discovery regarding all of Defendants CXO and/or IDG's activities targeted to Washington State. (*Id*. ¶ 12, Ex. H.) Counsel for Plaintiffs will file a Motion to Compel on February 9. (*Id*. ¶ 13.) In order to resolve this discovery dispute regarding vital information, Plaintiffs need additional time.

PLAINTIFFS' MOTION TO CONTINUE
AMENDED PLEADINGS DEADLINE - 3
[Case No.: 2:17-cv-00105-SAB]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

No pre-trial or trial dates will be affected by this extension of time to file a First Amended Complaint. Counsel for Plaintiffs proposed this short extension to counsel for Defendants and requested that the parties sign a stipulation to this effect. Counsel for Defendants IDG and CXO refused to agree to the extension. , without explanation, did not agree to the extension and did not agree to meet and confer on the matter. Defendants respectfully request that this Court grant a short extension of the fact discovery, expert, and dispositive motion deadlines in this matter.

Dated: February 8, 2018

Newman Du Wors LLP

/s/ Jason Bernstein
Jason E. Bernstein, WSBA Bar No. 39362
*jake@newmanlaw.com*
Leeor Neta, *admitted pro hac vice*
*leeor@newmanlaw.com*
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
(206) 274-2800

Attorney for Plaintiffs
RIVER CITY MEDIA, LLC

PLAINTIFFS' MOTION TO CONTINUE
AMENDED PLEADINGS DEADLINE - 4
[Case No.: 2:17-cv-00105-SAB]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

# CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan**

| | |
|---|---|
| Kevin J. Curtis | Charles L. Babcock |
| WINSTON & CASHATT | William J. Stowe |
| 601 W. Riverside, Ste. 1900 | Jackson Walker L.L.P. |
| Spokane, WA 99201 | 1401 McKinney Street, Suite 1900 |
| *kjc@winstoncashatt.com* | Houston, TX 77010 |
| | *cbabcock@jw.com* |
| | *wstowe@jw.com* |

**Attorneys for Kromtech Alliance Corp.**

| | |
|---|---|
| Amy McGowan Smith | Christopher B. Durbin |
| Matthew D. Brown | Cooley LLP |
| Cooley LLP | 1700 Seventh Avenue, Suite 1900 |
| 1355101 California Street, 5th Floor | Seattle, WA 98101 |
| San Francisco, CA 94111 | *cdurbin@cooley.com* |
| *amsmith@cooley.com* | |
| *brownmd@cooley.com* | |

**Attorneys for Defendant Chris Vickery**
Edward C. Chung, Esq.
Chung, Malhas & Mantel, PLLC
1511 Third Avenue, Suite #1088
Seattle, WA 98101
*Echung@cmmlawfirm.com*
*Litigation@cmmlawfirm.com*

I declare under penalty of perjury that the foregoing is true and correct.

s/Rachel Horvitz
Rachel Horvitz

PLAINTIFFS' MOTION TO CONTINUE AMENDED PLEADINGS DEADLINE - 5
[Case No.: 2:17-cv-00105-SAB]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800