Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone: (509) 838-6131

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants International Data
Group, Inc., CXO Media, Inc. and Steve Ragan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, a Wyoming limited liability company, MARK FERRIS, an individual, MATT FERRIS, an individual, and AMBER PAUL, an individual,<br><br>        Plaintiffs,<br><br>vs. | No. 2:17-cv-105-SAB<br><br>DEFENDANTS CXO MEDIA, INC.'S, RESPONSE TO PLAINTIFFS' MOTION TO EXTEND AMENDED PLEADINGS DEADLINE<br><br>Without Oral Argument<br>Date: March 12, 2018<br>Spokane, Washington |

CXO MEDIA, INC.'S, RESPONSE TO PLAINTIFFS'
MOTION TO EXTEND AMENDED PLEADINGS
DEADLINE
PAGE 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

19872982v.1

| 1 | KROMTECH ALLIANCE |
| 2 | CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO |
| 3 | MEDIA, INC., a Massachusetts corporation, INTERNATIONAL DATA |
| 4 | GROUP, INC., a Massachusetts corporation, and STEVE RAGAN, an |
| 5 | individual, and DOES 1-50, |
| 6 | |
| 7 | Defendants. |

Defendants CXO Media, Inc. ("CXO") respectfully submits this Response to Plaintiffs' Motion to Extend Amended Pleadings Deadline (ECF 81) ("Motion") as follows:

## Summary

Plaintiffs seek an extension because they want to contest objections that CXO and International Data Group, Inc. ("IDG") served on Plaintiff all the way back on ***November 28, 2017***, ***73 days ago***. It is completely misleading for Plaintiffs to suggest that their Motion is filed because of a few documents produced on February 6, 2018 pursuant to the protective order entered by the Court the same day, February 6, 2018. Specifically, all the way back on November 28, 2017, IDG and CXO objected that certain jurisdictional discovery requests were outside the scope of jurisdictional discovery because certain requests sought information "regarding articles having nothing to do with this lawsuit" and hence were "directed to general jurisdiction even though (1) the Court's Order (ECF

CXO MEDIA, INC.'S, RESPONSE TO PLAINTIFFS'
MOTION TO EXTEND AMENDED PLEADINGS
DEADLINE
PAGE 2



A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

19872982v.1

No. 60 at 4) specifically states that 'Plaintiffs are only relying on specific jurisdiction'; (2) Plaintiffs' counsel expressly disclaimed general jurisdiction at the hearing on CXO's Motion to Dismiss; and (3) Plaintiffs do not allege general jurisdiction in their Complaint."[1] For example, Plaintiffs asked in an interrogatory the number of views from the United States and from Washington of all articles written by Steve Ragan, not just the specific Ragan article at issue (the "Ragan Article") that they were actually suing on. CXO objected that, as written, this sought "articles having nothing to do with this lawsuit" and hence for those articles would go to general jurisdiction, which was objectionable for the reasons stated above. *See* Ex. 1, CXO Response to Interrog. No. 5. **Importantly, after objecting on this ground, CXO stated that should a protective order be entered, it would provide the requested information <u>for the specific Ragan Article that Plaintiffs sued on</u> (rather than the other articles having nothing to do with the suit):** "Should the parties enter into an agreement regarding treatment of confidential information, Defendant will supplement with appropriately-designated information consistent with its objections – that is, the number of views of the Ragan Article by visitors from Washington State." *Id.* at Response to Interrog. No. 5(b). CXO

---

[1] Ex. 1, CXO's Response to RFP Nos. 4, 5, 6; *see also* Ex. 2, IDG's Response to RFP Nos. 5, 6, 7 (all served on November 28, 2017).

CXO MEDIA, INC.'S, RESPONSE TO PLAINTIFFS'
MOTION TO EXTEND AMENDED PLEADINGS
DEADLINE
PAGE 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

19872982v.1

made these objections on November 28, 2017. It provided this information when the Court issued the protective order. Now, 73 days after Plaintiffs received these objections, and long after the jurisdictional discovery period closed on January 31, 2018, Plaintiffs seek an extension of the amendment deadline a mere 5 days before the deadline.

To call this delay unreasonable would be putting it lightly. Plaintiffs knew of CXO's and IDG's position since November 28, 2017. Plaintiffs were given ample time to conduct jurisdictional discovery and to file any motions. They never filed any motion on CXO's or IDG's objections, which they received back on November 28, 2017 (along with documents that CXO and IDG produced back on November 28, 2017, something Plaintiffs omit in their Motion). Once the Court entered the protective order, CXO produced the very confidential information that it said it would produce, such as the revenue from the Ragan Article generated by views from Washington. ***Plaintiffs are not complaining about that production. What they are complaining about is <u>something they have known about since November 28, 2017</u> – that CXO is not producing information regarding general jurisdiction (e.g., revenue from articles having nothing to do with this lawsuit).***[2]

---

[2] Specific, or "case-linked" jurisdiction – unlike general jurisdiction – depends on contacts giving rise to the very claims at issue. "What is needed . . . is a connection

CXO MEDIA, INC.'S, RESPONSE TO PLAINTIFFS'
MOTION TO EXTEND AMENDED PLEADINGS
DEADLINE
PAGE 4

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

19872982v.1

## Argument

"When a party seeks to continue the dates set by the court, it must first show 'good cause' for modification of the order under Rule 16(b)." *Zone Sports Ctr., LLC v. Rodriguez*, No. 1:11-CV-00622-SKO, 2016 WL 224093, at *4 (E.D. Cal. Jan. 19, 2016) (citing *Zivkovic v. So. Cal. Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002)). "The good cause inquiry primarily considers the diligence of the party seeking amendment." *Id.* (citing *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608 (9th Cir. 1992)); *cf. Curry v. Tri-State Mem'l Hosp.*, No. 14-CV-00336-JLQ, 2017 WL 3614531, at *2 (E.D. Wash. May 24, 2017) ("Additionally, Defendant made no showing of good cause for the belated filing *nor address the fact counsel was aware of the claim of privilege months before the Motion was filed.*") (emphasis added).

"In these days of heavy caseloads, trial courts in both the federal and state systems routinely set schedules and establish deadlines to foster the efficient treatment and resolution of cases." *Wong v. Regents of University of California*, 410 F.3d 1052, 1060 (9th Cir. 2005).

---

between the forum *and the specific claims at issue.*" *Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco Cty.*, 137 S. Ct. 1773, 1781 (2017) (emphasis added).

CXO MEDIA, INC.'S, RESPONSE TO PLAINTIFFS'
MOTION TO EXTEND AMENDED PLEADINGS
DEADLINE
PAGE 5

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

19872982v.1

This case has been on file for almost a year. On November 28, 2017, CXO and IDG served jurisdictional discovery responses. *See* Stowe Decl. ¶ 3. These included not only written responses but also documents. *Id.* CXO and IDG specifically included objections that certain requests sought information relating to general jurisdiction, such as requests for information regarding articles and revenue having nothing to do with the Ragan Article, which is what Plaintiffs are suing over. Ex. 1, CXO's Response to RFP Nos. 4, 5, 6; *see also* Ex. 2, IDG's Response to RFP Nos. 5, 6, 7. The discovery requests that went into general jurisdiction were objectionable not only because Plaintiffs were only alleging specific jurisdiction, but because Plaintiffs' counsel admitted this at the hearing and even the Court, when ordering jurisdictional discovery, noted that "Plaintiffs are only relying on specific jurisdiction." Order (ECF No. 60 at 4). Indeed, at the hearing, the Court questioned Plaintiffs' counsel on this and counsel confirmed that Plaintiffs are only proceeding under specific jurisdiction:

> THE COURT: And you're proceeding only under specific jurisdiction --
> MR. NETA: That's correct, Your Honor.
> THE COURT: -- for all of the defendants, is my impression, after reading all the briefing.
> MR. NETA: Precisely. . . .

Ex. 3, Aug. 16, 2017 Hearing Tr. at 49:7-12. Yet Plaintiffs included *general* jurisdictional requests, such as "[t]he number of views by visitors in the state of

CXO MEDIA, INC.'S, RESPONSE TO PLAINTIFFS'
MOTION TO EXTEND AMENDED PLEADINGS
DEADLINE
PAGE 6

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

19872982v.1

Washington" for articles *other than* the Ragan Article at issue,[3] as well as documents "related to CXO Media's income derived from advertising on its websites to Washington state residents," again even if completely unconnected to the Ragan Article.[4]

Plaintiffs utterly fail to show good cause for their unreasonable delay in filing a motion for an extension predicated on something they have known about since November 28, 2017. In fact, during a telephone conference on January 2, 2018, CXO's counsel reiterated to Plaintiffs' counsel its objection to the discovery requests regarding general jurisdiction. *See id.* ¶ 5. Yet still nothing from Plaintiffs. Plaintiffs sat on their hands and – after the close of jurisdictional discovery, and just days before the amended pleading deadline – decided to seek an extension. That is not diligence. That is not good cause. Lawsuits cost money. **Long lawsuits cost even more**. CXO and IDG will be prejudiced by a further delay of this case because they will have to continue spending money when they should be dismissed – something they have already had to wait to renew until after the close of jurisdictional discovery. This Court generously gave Plaintiffs plenty of time to conduct jurisdictional discovery and resolve any issues therein. Plaintiffs waited until long after the close of jurisdictional discovery to file a

---

[3] *See* Ex. 1 at Interrog. No. 5(b).

[4] *See id.* at RFP No. 6.

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

19872982v.1

motion regarding this. Plaintiffs are not entitled to an extension of the amended pleading deadline because they have not shown good cause.

Finally, Plaintiffs did not confer with at least one other Defendant – Kromtech Alliance Corporation – before filing their Motions. Further, Plaintiffs' Motion and supporting declaration includes the blatantly false statement that Plaintiffs' counsel conferred with IDG and CXO's counsel on February 8, 2018 regarding Plaintiffs' intention to file a separate "Motion to Expedite." *See* Neta Decl. (ECF 80) ¶ 15. That is false. *See* Stowe Decl. ¶ 7. Plaintiffs' counsel never even mentioned a Motion to Expedite.

## Conclusion and Prayer

For the foregoing reasons, the Court should deny Plaintiffs' Motion for Extension and grant CXO Media, Inc. such other relief to which it is entitled.

Respectfully submitted this 9th day of February, 2018.

> s/Kevin J. Curtis, WSBA No. 12085
> WINSTON & CASHATT, LAWYERS
> 601 W. Riverside, Ste. 1900
> Spokane, WA 99201
> (509) 838-6131
> Facsimile: (509) 838-1416
> E-mail Address: kjc@winstoncashatt.com

CXO MEDIA, INC.'S, RESPONSE TO PLAINTIFFS'
MOTION TO EXTEND AMENDED PLEADINGS
DEADLINE
PAGE 8



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

19872982v.1

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

19872982v.1

I hereby certify that on February 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Jason E. Bernstein - jake@newmanlaw.com
Leeor Neta *(admitted pro hac vice)* - leeor@newmanlaw.com

Attorneys for Plaintiffs

Christopher B. Durbin - cdurbin@cooley.com
Matthew D. Brown *(admitted pro hac vice)* - brownmd@cooley.com
Amy M. Smith *(admitted pro hac vice)* - amsmith@cooley.com

Attorneys for Defendant Kromtech Alliance Corporation

Edward C. Chung - Echung@cmmlawfirm.com
Attorney for Defendant Chris Vickery

                                                s/Kevin J. Curtis, WSBA No. 12085
                                                WINSTON & CASHATT, LAWYERS
                                                Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan
                                                601 W. Riverside, Ste. 1900
                                                Spokane, WA 99201
                                                (509) 838-6131
                                                Facsimile: (509) 838-1416
                                                E-mail Address: kjc@winstoncashatt.com



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

19872982v.1