Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone: (509) 838-6131

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, a Wyoming limited liability company, MARK FERRIS, an individual, MATT FERRIS, an individual, and AMBER PAUL, an individual,<br><br>Plaintiffs,<br><br>vs. | No. 2:17-cv-105-SAB |

DECLARATION OF WILLIAM STOWE
PAGE 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

| | |
|---|---|
| KROMTECH ALLIANCE CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO MEDIA, INC., a Massachusetts corporation, INTERNATIONAL DATA GROUP, INC., a Massachusetts corporation, and STEVE RAGAN, an individual, and DOES 1-50,<br><br>Defendants. | DECLARATION OF WILLIAM J. STOWE IN SUPPORT OF CXO MEDIA, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO EXTEND AMENDED PLEADINGS DEADLINE<br><br>Without Oral Argument<br>Date: March 12, 2018<br>Spokane, Washington |

## DECLARATION OF WILLIAM STOWE

1. My name is William Stowe. I am over the age of eighteen (18) and competent to make this Declaration. The facts stated herein are true and correct and based upon my personal knowledge.

2. I am an associate attorney with Jackson Walker L.L.P., which represents CXO Media, Inc. ("CXO"), Steve Ragan, and International Data Group, Inc. ("IDG") in this matter.

3. CXO and IDG served Plaintiffs' counsel with responses to, among other things, Requests for Production and Interrogatories on November 28, 2017. A true and correct copy of my email serving these responses is attached hereto as Exhibit A. True and correct copies of those responses are attached as Exhibits B and C.

DECLARATION OF WILLIAM STOWE
PAGE 2

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

4. Plaintiffs' counsel attaches to his declaration as Exhibit C an email from Plaintiffs' counsel to me dated December 28, 2017 at 10:35:23 a.m (ECF 80-3). But what Plaintiffs' counsel does not attach is my response the next day and responses that followed which led to the scheduling of a meet and confer for January 2, 2018. A true and correct copy of said responses is attached hereto as Exhibit D.

5. During a telephonic meet and confer, which took place on or about January 2, 2018, I explained to Plaintiffs' counsel that my clients continued to object to discovery that went into matters of general jurisdiction.

6. Plaintiffs' counsel also fails to include an email chain involving me and him between January 3 and January 4, 2018, in which he requested an extension of the amendment deadline by 30 days after production and my response explaining why we could not agree to that. Attached as Exhibit E is a true and correct copy of his request and my response.

7. Contrary to his declaration, Plaintiffs' counsel did not confer with me via telephone on February 8, 2018 regarding a separate "Motion to Expedite."

8. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 9, 2018.

William J. Stowe

DECLARATION OF WILLIAM STOWE
PAGE 3

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

10874722v.1

I hereby certify that on February 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Jason E. Bernstein - jake@newmanlaw.com
Leeor Neta *(admitted pro hac vice)* - leeor@newmanlaw.com

Attorneys for Plaintiffs


Christopher B. Durbin - cdurbin@cooley.com
Matthew D. Brown *(admitted pro hac vice)* - brownmd@cooley.com
Amy M. Smith *(admitted pro hac vice)* - amsmith@cooley.com

Attorneys for Defendant Kromtech Alliance Corporation

Edward C. Chung - Echung@cmmlawfirm.com
Attorney for Defendant Chris Vickery

s/Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS
Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131