# EXHIBIT A

## Stowe, William

| | |
|---|---|
| **From:** | Stowe, William |
| **Sent:** | Tuesday, November 28, 2017 4:09 PM |
| **To:** | 'jake@newmanlaw.com'; Leeor Neta (Leeor@newmanlaw.com); Durbin, Christopher (cdurbin@cooley.com); Brown, Matthew D. (BROWNMD@cooley.com); Smith, Amy McCowan (amsmith@cooley.com); Aaron Rocke (Aaron@rockelaw.com); 'Jeremy Bartels'; Kevin J. Curtis (kjc@winstoncashatt.com) |
| **Cc:** | Babcock, Chip |
| **Subject:** | River City Media, et al. v. Kromtech Alliance Corp., et al.: IDG's and CXO's Jurisdictional Discovery Responses |
| **Attachments:** | 19432963_1_2017-11-28 CXO Media, Inc._s Responses to Plaintiffs_ First Requests for Admission.PDF; 19432945_1_2017-11-28 CXO Media, Inc._s Responses to Plaintiffs_ First Requests for Production and Interrogatories.PDF; 19432932_1_2017-11-28 IDG_s Responses to Plaintiffs_ Requests for Admission.PDF; 19432977_1_2017-11-28 IDG_s Responses to Plaintiffs_ First Requests for Production and Interrogatories.PDF |

All:

Attached is (1) CXO's Response to Plaintiffs' Request for Admission; (2) CXO's Response to Plaintiffs' First Requests for Production and Interrogatories; (3) IDG's Response to Plaintiffs' Requests for Admission; and (4) IDG's Response to Plaintiffs' First Requests for Production and Interrogatories. Separately you will receive an email with a sharefile link to download the documents that CXO and IDG are producing. Verifications for the interrogatory responses will be sent separately.

Sincerely,

William J. Stowe
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Direct: (713) 752-4360
Fax: (713) 308-4116
E-Mail: wstowe@jw.com

************************************

CONFIDENTIALITY NOTICE: This email message and any accompanying data are confidential, and intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately.

************************************

1