# EXHIBIT D

35

## Stowe, William

| | |
|---|---|
| **From:** | Stowe, William |
| **Sent:** | Friday, December 29, 2017 5:32 PM |
| **To:** | Samantha Everett |
| **Cc:** | Leeor Neta; Jake Bernstein; Babcock, Chip; Kevin J. Curtis (kjc@winstoncashatt.com); docketing |
| **Subject:** | Re: River City v. IDG, et al.: Plaintiffs' Jurisdictional Production |

Yes.

Sent from my iPhone

On Dec 29, 2017, at 4:25 PM, Samantha Everett <samantha@newmanlaw.com> wrote:

> William, can we schedule a call for 9am Tuesday 1/2?
>
> Samantha
>
> On Dec 29, 2017, at 6:27 AM, Stowe, William <wstowe@jw.com> wrote:
>
>> Leeor, I am available to meet and confer any time after 12 central today. Just let me know when. Thanks.
>>
>> Sincerely,
>>
>> William J. Stowe
>> Jackson Walker L.L.P.
>> 1401 McKinney, Suite 1900
>> Houston, Texas 77010
>> Direct: (713) 752-4360
>> Fax:    (713) 308-4116
>> E-Mail: wstowe@jw.com
>>
>> ***********************************
>> CONFIDENTIALITY NOTICE: This email message and any accompanying data are confidential, and intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately.
>>
>> ***********************************
>>
>> From: Samantha Everett [mailto:samantha@newmanlaw.com]
>> Sent: Thursday, December 28, 2017 12:35 PM
>> To: Stowe, William <wstowe@jw.com>; Leeor Neta <leeor@newmanlaw.com>; Jake

1

36

Bernstein <Jake@newmanlaw.com>
Cc: Babcock, Chip <cbabcock@jw.com>; Kevin J. Curtis (kjc@winstoncashatt.com) <kjc@winstoncashatt.com>; docketing <docketing@newmanlaw.com>
Subject: RE: River City v. IDG, et al.: Plaintiffs' Jurisdictional Production

William, Leeor refers to the attached email and letter, which was transmitted to you on December 15.

Samantha

---

From: Stowe, William [mailto:wstowe@jw.com]
Sent: Thursday, December 28, 2017 10:12 AM
To: Leeor Neta <Leeor@newmanlaw.com>; Jake Bernstein <Jake@newmanlaw.com>
Cc: Babcock, Chip <cbabcock@jw.com>; Kevin J. Curtis (kjc@winstoncashatt.com) <kjc@winstoncashatt.com>; docketing <docketing@newmanlaw.com>; Samantha Everett <samantha@newmanlaw.com>
Subject: RE: River City v. IDG, et al.: Plaintiffs' Jurisdictional Production

Would you mind sending the specific letter you are referencing? There have been a lot of emails and meet and confers over this case. I'm happy to get you a response. Thanks.

Sincerely,

William J. Stowe
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Direct: (713) 752-4360
Fax: (713) 308-4116
E-Mail: wstowe@jw.com

**********************************
CONFIDENTIALITY NOTICE: This email message and any accompanying data are confidential, and intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately.

**********************************

From: Leeor Neta [mailto:Leeor@newmanlaw.com]
Sent: Thursday, December 28, 2017 12:09 PM
To: Stowe, William <wstowe@jw.com>; Jake Bernstein <Jake@newmanlaw.com>
Cc: Babcock, Chip <cbabcock@jw.com>; Kevin J. Curtis (kjc@winstoncashatt.com) <kjc@winstoncashatt.com>; docketing <docketing@newmanlaw.com>; Samantha Everett <samantha@newmanlaw.com>
Subject: Re: River City v. IDG, et al.: Plaintiffs' Jurisdictional Production

2

37

You should get documents this week.

By the way, I don't believe we received a response to our earlier meet and confer letter. Could you please advise as to when we can expect to hear back? We need to file a motion to compel within the next week if we don't hear anything.

Thanks,

Leeor

---

**From:** Stowe, William <wstowe@jw.com>
**Sent:** Thursday, December 28, 2017 6:34:43 AM
**To:** Leeor Neta; Jake Bernstein
**Cc:** Babcock, Chip; Kevin J. Curtis (kjc@winstoncashatt.com); docketing
**Subject:** RE: River City v. IDG, et al.: Plaintiffs' Jurisdictional Production

Leeor: I did not receive a response regarding my below inquiry about the documents. Please let me know. Thanks.
Sincerely,
William J. Stowe
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Direct: (713) 752-4360
Fax:    (713) 308-4116
E-Mail: wstowe@jw.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONFIDENTIALITY NOTICE: This email message and any accompanying data are confidential, and intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** Leeor Neta [mailto:Leeor@newmanlaw.com]
**Sent:** Wednesday, December 27, 2017 9:49 AM
**To:** Stowe, William <wstowe@jw.com>; Jake Bernstein <Jake@newmanlaw.com>
**Cc:** Babcock, Chip <cbabcock@jw.com>; Kevin J. Curtis (kjc@winstoncashatt.com) <kjc@winstoncashatt.com>; docketing <docketing@newmanlaw.com>
**Subject:** Re: River City v. IDG, et al.: Plaintiffs' Jurisdictional Production

3

38

Please remember to copy docketing@newmanlaw.com on all communications.

---

**From:** Stowe, William <wstowe@jw.com>
**Sent:** Wednesday, December 27, 2017 7:04:55 AM
**To:** Leeor Neta; Jake Bernstein
**Cc:** Babcock, Chip; Kevin J. Curtis (kjc@winstoncashatt.com)
**Subject:** River City v. IDG, et al.: Plaintiffs' Jurisdictional Production

Leeor:

Despite you serving written responses to IDG's and CXO's jurisdictional Requests for Production (in which Plaintiffs said they will be producing documents), I do not see that they have produced any documents to date. If you have and I have missed them, will you please resend? Thanks.
Sincerely,
William J. Stowe
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Direct: (713) 752-4360
Fax:    (713) 308-4116
E-Mail: wstowe@jw.com
***********************************

CONFIDENTIALITY NOTICE: This email message and any accompanying data are confidential, and intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately.
***********************************

39