Leeor Neta, *admitted pro hac vice*
*leeor@newmanlaw.com*
Jake Bernstein, WSBA No. 39362
*jake@newmanlaw.com*
Newman Du Wors LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, et al., Plaintiffs, v. KROMTECH ALLIANCE CORPORATION, et al., Defendants. | Case No. 2:17-cv-00105-SAB **DECLARATION OF LEEOR NETA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL** With Oral Argument Date: March 15, 2018 Time: 2:30 p.m. Spokane, Washington |

I, Leeor Neta, make the following declaration based upon my own personal knowledge:

1. I am an attorney representing Plaintiffs in this matter, over the age of 18, competent to testify in this action, and make this declaration from personal knowledge.

2. Plaintiffs served their first set of discovery on October 30, 2017. Attached hereto as **Exhibit A** is a is a true and correct copy of Plaintiffs' First Set of Requests for Production and Interrogators to CXO, and CXO's Responses thereto.

3. On November 28, 2017, Defendant CXO served their responses to Plaintiffs' first set of interrogatories and requests for production, stating that they

DECL OF L NETA IN SUPPORT OF MOTION TO COMPEL –1
[2:17-cv-00105-SAB]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

would not produce documents or respond to certain interrogatories necessary for Plaintiffs' First Amended Complaint without a protective order.

4. On December 15, 2017, I sent a letter requesting a meet and confer teleconference regarding CXO's and IDG's deficient discovery responses. CXO and IDG did not respond. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' December 15 letter.

5. On December 21, 2017, I sent a letter requesting a meet and confer teleconference regarding Defendant Kromtech's deficient discovery responses.

6. Over the next few weeks, which included the Christmas and New Year's holidays, the parties conferred about, negotiated, prepared for, and conducted the deposition of Plaintiff Matthew Ferris. Plaintiffs also proceeded with third-party discovery.

7. On December 28, 2017, Counsel for Plaintiffs requested a response from Counsel for CXO to the December 15 meet and confer letter. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiffs' December 28 email to counsel for CXO.

8. This teleconference between Plaintiffs' and CXO's counsel took place on January 2, 2018.

9. On January 4, 2018, Kromtech stated that it would not produce documents without a protective order. Attached as **Exhibit D** is a true and correct copy of the correspondence sent by Matthew Brown.

10. On January 31, 2018, Kromtech produced 3,985 pages in response to Plaintiffs' discovery requests. CXO produced no supplemental documents or responses. Attached as **Exhibit E** is a true and correct copy of the January 31, 2018 email from counsel for Kromtech to counsel for Plaintiffs.

11. On Tuesday, February 6, 2018, at approximately 2:00 PM PST, CXO and IDG produced documents in response to Plaintiffs' requests for production. Attached as **Exhibit F** is a true and correct copy of the February 6, 2018 electronic

DECL OF L NETA IN SUPPORT OF MOTION TO COMPEL –2
[2:17-cv-00105-SAB]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

correspondence from counsel for CXO and IDG to counsel for Plaintiffs verifying the transmission of documents.

12. On February 7, 2018, at 10:36 a.m. PST, CXO served responses to Plaintiffs' Interrogatories number 3 and 5. Attached as **Exhibit G** is a true and correct copy of the transmittal email from CXO's counsel.

13. After reviewing CXO's inadequate document production, on February 7, 2018, Plaintiffs sought a stipulation to extend the Amended Pleadings deadline but counsel for Defendants IDG and CXO refused. Attached as **Exhibit H** is a true correct copy of the email sent by Samantha Everett of Newman Du Wors, counsel for Plaintiffs, requesting an extension of the Amended Pleadings deadline.

14. That night, I sent a letter to Counsel for CXO and IDG, detailing CXO's discovery deficiencies and requesting a meet and confer teleconference. Attached as **Exhibit I** is a true and correct copy of my February 7, 2018 letter to Counsel for CXO and IDG.

15. Counsel for CXO responded on February 8, 2018. Attached as **Exhibit J** true and correct copy of Counsel for CXO's February 8 letter.

16. Counsel met and conferred via teleconference during the morning of February 8 regarding Plaintiffs' Motion for an Extension of Deadline for Motion to Amend, Defendants' deficient discovery responses, and Plaintiffs' intention to file a motion to compel.

17. Counsel for IDG and CXO agreed that all meet and confer efforts had been exhausted and Plaintiffs' were free to request relief from the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of February, 2018 at San Francisco, California.

Leeor Neta

DECL OF L NETA IN SUPPORT OF MOTION TO COMPEL –3
[2:17-cv-00105-SAB]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

# CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan**

Kevin J. Curtis
WINSTON & CASHATT
601 W. Riverside, Ste. 1900
Spokane, WA 99201
*kjc@winstoncashatt.com*

Charles L. Babcock
William J. Stowe
Jackson Walker L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010
*cbabcock@jw.com*
*wstowe@jw.com*

**Attorneys for Kromtech Alliance Corp.**

Amy McGowan Smith
Matthew D. Brown
Cooley LLP
1355101 California Street, 5th Floor
San Francisco, CA 94111
*amsmith@cooley.com*
*brownmd@cooley.com*

Christopher B. Durbin
Cooley LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101
*cdurbin@cooley.com*

**Attorneys for Defendant Chris Vickery**

Edward C. Chung, Esq.
Chung, Malhas & Mantel, PLLC
1511 Third Avenue, Suite #1088
Seattle, WA 98101
*Echung@cmmlawfirm.com*
*Litigation@cmmlawfirm.com*

I declare under penalty of perjury that the foregoing is true and correct.

_____
Arlyne Sorrells
Paralegal

DECL OF L NETA IN SUPPORT OF MOTION TO COMPEL –4
[2:17-cv-00105-SAB]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800