Leeor Neta, *admitted pro hac vice*
leeor@newmanlaw.com
Jake Bernstein, WSBA No. 39362
*jake@newmanlaw.com*
Newman Du Wors LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KROMTECH ALLIANCE CORPORATION, et al.,<br><br>Defendants. | Case No. 2:17-cv-00105-SAB<br><br>**DECLARATION OF LEEOR NETA IN SUPPORT OF PLAINTIFFS' PLAINTIFFS' REPLY TO DEFENDANTS CXO MEDIA, INC.'S RESPONSE TO MOTION TO EXTEND AMENDED PLEADINGS DEADLINE**<br><br>Without Oral Argument<br>Date:     March 12, 2018<br>Spokane, Washington |

I, Leeor Neta, make the following declaration based upon my own personal knowledge:

1.     I am an attorney representing Plaintiffs in this matter. I am over the age of 18, competent to testify in this action, and make this declaration from personal knowledge.

2.     Plaintiffs spend much of September 2017 preparing and serving objections and responses to Defendant Chris Vickery's first set of discovery.

3.     On October 6, 2017, Plaintiffs served substantive responses to Defendant Vickery's first set of discovery.

DECL. OF L. NETA ISO PLTS' REPLY TO DEFS
CXO MEDIA, INC.'S MOT. TO EXTEND
AMENDED PLEADINGS DEADLINE –1
[Case No. 2:17-cv-00105-SAB]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1 | 4. On October 18, 2017, Defendants CXO and IDG served their first set of discovery on Plaintiffs.

5. On October 30, 2017, Plaintiffs served their first set of discovery on Defendants CXO and IDG.

6. On November 15, 2017, the parties conferred on dates in accordance with the October 27, 2017 order.

7. On November 28, 2017, CXO and IDG served its initial responses to Plaintiffs' first set of interrogatories and requests for production.

8. On December 4, 2017, IDG served amended responses to Plaintiffs' first set of interrogatories and requests for production.

9. On December 15, 2017, Plaintiffs sent a letter requesting a meet and confer teleconference regarding CXO's deficient discovery responses.

10. On December 18, 2017, the parties participated in a meet and confer teleconference regarding CXO's deficient discovery responses and CXO's planned motion for protective order. *At no time did counsel for CXO indicate that it will not produce documents related to page views for contents other than one article cited in the initial complaint.*

11. On December 21, 2017, Plaintiffs sent a letter requesting a meet and confer teleconference regarding IDG's deficient discovery responses.

12. Over the next few weeks, *which also include the Christmas and New Year's holidays*, the parties conferred about, negotiated, and conducted the deposition of Plaintiff Matthew Ferris. Plaintiffs also proceeded with third-party discovery.

13. On December 28, 2017, counsel for CXO, William Stowe, responded to an email requesting a response to the December 15 meet and confer letter. In that email, Mr. Stowe states that "there have been a lot of emails and meet and confers over this case."

14. On January 4, 2018, Kromtech stated in a letter that it will not produce

DECL. OF L. NETA ISO PLTS' REPLY TO DEFS CXO MEDIA, INC.'S MOT. TO EXTEND AMENDED PLEADINGS DEADLINE –2 [Case No. 2:17-cv-00105-SAB]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500 Seattle, Washington 98121 (206) 274-2800

documents without a protective order.

15. Over the next few weeks, the parties briefed the motion for protective order.

16. On February 6-7, 2018, CXO and IDG provided additional discovery that is still markedly deficient.

17. Plaintiffs' requests inquire about CXO's forum-related activities—including advertising and marketing efforts within Washington, sales to Washington residents, income derived from Washington residents, and page views by Washington residents.

18. For that reason, Plaintiffs were not overly concerned when CXO made a generic objection refusing to produce documents or information "relating to general jurisdiction." That's why Plaintiffs did not earlier move to extend the amendment deadline.

19. If there was any delay, CXO contributed to it by promising for months to produce discovery related to page views. In fact, it produced some of this information a few days ago.

20. Specifically, CXO provided site-wide page views for U.S. residents, but not Washington residents—making it very difficult to compare the degree to which it directed its activities at Washington.

//
//

DECL. OF L. NETA ISO PLTS' REPLY TO DEFS CXO MEDIA, INC.'S MOT. TO EXTEND AMENDED PLEADINGS DEADLINE –3
[Case No. 2:17-cv-00105-SAB]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

21. When Plaintiffs discovered that CXO produced some, but not all of the page view discovery, they immediately tried to negotiate an extension of the deadline to amend so that the parties could work out their dispute. CXO refused.

I declare under penalty of perjury that the foregoing is true and correct.

Executed the 11th day of February, 2018 at San Francisco, California.

_____
Leeor Neta

DECL. OF L. NETA ISO PLTS' REPLY TO DEFS CXO MEDIA, INC.'S MOT. TO EXTEND AMENDED PLEADINGS DEADLINE –4
[Case No. 2:17-cv-00105-SAB]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

# CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan**

| | |
|---|---|
| Kevin J. Curtis | Charles L. Babcock |
| WINSTON & CASHATT | William J. Stowe |
| 601 W. Riverside, Ste. 1900 | Jackson Walker L.L.P. |
| Spokane, WA 99201 | 1401 McKinney Street, Suite 1900 |
| *kjc@winstoncashatt.com* | Houston, TX 77010 |
| | *cbabcock@jw.com* |
| | *wstowe@jw.com* |

**Attorneys for Kromtech Alliance Corp.**

| | |
|---|---|
| Amy McGowan Smith | Christopher B. Durbin |
| Matthew D. Brown | Cooley LLP |
| Cooley LLP | 1700 Seventh Avenue, Suite 1900 |
| 1355101 California Street, 5th Floor | Seattle, WA 98101 |
| San Francisco, CA 94111 | *cdurbin@cooley.com* |
| *amsmith@cooley.com* | |
| *brownmd@cooley.com* | |

**Attorneys for Defendant Chris Vickery**

Edward C. Chung, Esq.
Chung, Malhas & Mantel, PLLC
1511 Third Avenue, Suite #1088
Seattle, WA 98101
*Echung@cmmlawfirm.com*
*Litigation@cmmlawfirm.com*

I declare under penalty of perjury that the foregoing is true and correct.

s/Rachel Horvitz
Rachel Horvitz

DECL. OF L. NETA ISO PLTS' REPLY TO DEFS CXO MEDIA, INC.'S MOT. TO EXTEND AMENDED PLEADINGS DEADLINE –5
[Case No. 2:17-cv-00105-SAB]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800