COOLEY LLP
MATTHEW D. BROWN (Cal. Bar No. 196972)
(brownmd@cooley.com) (*admitted pro hac vice*)
AMY M. SMITH (Cal. Bar No. 287813)
(amsmith@cooley.com) (*admitted pro hac vice*)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

CHRISTOPHER B. DURBIN (WSBA No. 41159)
(cdurbin@cooley.com)
1700 Seventh Avenue
Suite 1900
Seattle, WA 98101-1355
Telephone: (206) 452-8700
Facsimile: (206) 452-8800

Attorneys for Defendant
KROMTECH ALLIANCE CORPORATION

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, a Wyoming limited liability company, MARK FERRIS, an individual, MATT FERRIS, an individual, and AMBER PAUL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KROMTECH ALLIANCE CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO MEDIA, INC., a Massachusetts corporation, INTERNATIONAL DATA GROUP, a Massachusetts corporation, and STEVE RAGAN, an individual, and DOES 1-50,<br><br>Defendants. | Case No. 2:17-cv-00105-SAB<br><br>**DECLARATION OF AMY M. SMITH IN SUPPORT OF DEFENDANT KROMTECH ALLIANCE CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO EXPEDITE MOTION TO EXTEND AMENDED PLEADINGS DEADLINE AND PLAINTIFFS' MOTION TO EXTEND AMENDED PLEADINGS DEADLINE**<br><br>Date: February 15, 2018<br>Time: 1:30 p.m.<br>Courtroom: 203<br>Judge: The Hon. Stanley A. Bastian<br>Trial: July 15, 2019 |

DECL OF AMY M. SMITH ISO DEFENDANT KROMTECH ALLIANCE CORP.'S OPPOSITION TO PLAINTIFFS' MOTIONS TO EXPEDITE AND TO EXTEND DEADLINE

COOLEY LLP

1700 Seventh Ave, Ste. 1900
Seattle, WA 98101-1355
(206) 452-8700

I, Amy M. Smith, hereby declare as follows:

1. I am an associate with the law firm of Cooley LLP, counsel for Defendant Kromtech Alliance Corporation ("Kromtech") in the above-captioned matter. I submit this declaration in support of Kromtech's Opposition to Plaintiffs' Motion to Expedite Motion to Extend Amended Pleadings Deadline and Plaintiffs' Motion to Extend Amended Pleadings Deadline. I have personal knowledge of the facts set forth in this declaration, and if called to testify, I could and would testify competently to the matters stated herein.

2. On August 28, 2017, the Court denied the motions to dismiss filed by Kromtech, International Data Group, Inc. ("IDG"), and CXO Media Inc. ("CXO") with leave to renew, directing the parties to "meet and confer and submit to the Court proposed deadlines for completing jurisdictional discovery and for Plaintiffs to file their Amended Complaint." (ECF No. 60 at 13.) Plaintiffs never sought to meet and confer with Kromtech about the scope of discovery or proposed deadlines. More than two months passed before Kromtech heard anything from Plaintiffs, when Plaintiffs served their First Requests for Admission and First Set of Interrogatories and Requests for Production of Documents on Kromtech on October 30, 2017.

3. Plaintiffs' broad document requests implicated Kromtech's confidential and sensitive business information. As a result, Kromtech—along with IDG, CXO, and Steve Ragan—sought to enter an agreement concerning the parties' treatment of confidential information. At the parties' November 15, 2017 conference, Plaintiffs agreed to consider reaching an agreement on the parties' treatment of confidential information prior to any production. During that conference, Kromtech, CXO, IDG, and Plaintiffs also agreed to propose January 31, 2018 as the deadline to complete jurisdictional discovery, and February 14, 2018 as the deadline for Plaintiffs to amend their complaint.

4. On November 28, 2017, the Court held a telephonic scheduling conference and the parties confirmed that those deadlines were acceptable. The

DECL. OF AMY M. SMITH ISO DEFENDANT KROMTECH ALLIANCE CORP.'S OPPOSITION TO PLAINTIFFS' MOTIONS TO EXPEDITE AND TO EXTEND DEADLINE - 1

COOLEY LLP

1700 Seventh Ave, Ste. 1900
Seattle, WA 98101-1355
(206) 452-8700

Court entered deadlines in the scheduling order later that same day. Also that same day, counsel for IDG, CXO, and Ragan emailed all parties a draft of a proposed confidentiality agreement. To my knowledge, Plaintiffs never responded to this email and never provided any revisions or comments to this draft agreement for Kromtech's consideration.

5. Kromtech served its Responses and Objections to Plaintiffs' First Requests for Admission and First Set of Interrogatories and Requests for Production of Documents on December 5, 2017. In its responses to Plaintiffs' Requests for Production, Kromtech agreed that it would conduct a reasonable search and produce responsive, non-privileged information in response to Plaintiffs' requests that came within the scope of the Court's August 28, 2017 order on jurisdictional discovery. Kromtech also stated that it would produce private, business confidential, proprietary, commercially sensitive, or personal information only after an agreement regarding confidentiality was entered into by the parties. At this point, Kromtech was still awaiting Plaintiffs' edits or comments to the draft confidentiality agreement sent on November 28, 2017. Plaintiffs had given no indication that they were no longer willing to consider such an agreement. On December 11, 2017, I emailed all parties to ask if there was agreement on the draft confidentiality agreement, and if not, whether anyone had any edits or comments. Plaintiffs never responded to my email.

6. On December 21, 2017, Plaintiffs sent a meet-and-confer letter to Kromtech concerning purported "deficiencies" in Kromtech's discovery responses. Kromtech had not yet produced any documents because its collection and review efforts were still ongoing, so Plaintiffs' letter concerned Kromtech's objections and responses to Plaintiffs' discovery requests. On January 4, 2018, Kromtech sent a reply meet-and-confer letter to Plaintiffs in which it explained that Plaintiffs had mischaracterized Kromtech's objections and responses, and Kromtech had proposed that the parties enter a confidentiality agreement, not a protective order

DECL. OF AMY M. SMITH ISO DEFENDANT KROMTECH ALLIANCE CORP.'S OPPOSITION TO PLAINTIFFS' MOTIONS TO EXPEDITE AND TO EXTEND DEADLINE - 2

COOLEY LLP

1700 Seventh Ave, Ste. 1900
Seattle, WA 98101-1355
(206) 452-8700

to be signed by the Court. Kromtech also confirmed again (consistent with its responses served on December 5, 2017), that it would not withhold any responsive, non-privileged information that came within the scope of the Court's August 28, 2017 order. Kromtech also requested again that Plaintiffs provide edits to the proposed agreement concerning the parties' treatment of confidential material, circulated on November 28, 2017. Finally, Kromtech asked Plaintiffs' counsel to provide several dates and times on which they would be available for a teleconference if Plaintiffs wished to discuss Kromtech's discovery responses further. Plaintiffs' counsel did not respond.

7. In their Motion to Extend, Plaintiffs stated that in the latter weeks of December 2017 "the *parties* conferred about, negotiated, prepared for, and conducted the deposition of Plaintiff Matthew Ferris." (ECF No. 81 at 2 (emphasis added).) However, for clarity, there were no meet-and-confer discussions between Plaintiffs and Kromtech, apart from exchanging letters on December 21, 2017 and January 4, 2018, and Kromtech was not involved in any negotiations with Plaintiffs about any depositions.

8. On January 31, 2018, Kromtech produced 1,545 documents (3,985 pages) in response to Plaintiffs' First Requests for Production. Kromtech did not withhold any documents due to the absence of an existing agreement on the parties' treatment of confidential material.

9. On February 7, 2018, a week before the deadline to move to amend the complaint, counsel for Plaintiffs asked all defendants to sign a proposed stipulation that would give Plaintiffs an additional 30 days to move to amend. Counsel for CXO and Plaintiffs quickly began a debate over email, and apparently continued their discussion in a teleconference the next day, without Kromtech. (*See* ECF No. 79 at 3.) Kromtech never agreed to Plaintiffs' request for an extension, and I am not aware that any other parties agreed to Plaintiffs' request. On February 9, 2018, Plaintiffs filed the Motion to Extend, citing their discovery dispute with CXO to justify their

DECL. OF AMY M. SMITH ISO DEFENDANT KROMTECH ALLIANCE
CORP.'S OPPOSITION TO PLAINTIFFS' MOTIONS TO EXPEDITE AND
TO EXTEND DEADLINE - 3

COOLEY LLP

1700 Seventh Ave, Ste. 1900
Seattle, WA 98101-1355
(206) 452-8700

| | |
|---|---|
| 1 | request for an extension of the deadline to move to amend the complaint, as well as |
| 2 | "the fact discovery, expert, and dispositive motion deadlines in this matter." (ECF |
| 3 | No. 81 at 4.) The same day, Plaintiffs filed the Motion to Expedite. Plaintiffs did |
| 4 | not meet-and-confer with Kromtech concerning the Motion to Expedite. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th day of February, 2018, in San Francisco, California.

_____
Amy M. Smith

DECL. OF AMY M. SMITH ISO DEFENDANT KROMTECH ALLIANCE
CORP.'S OPPOSITION TO PLAINTIFFS' MOTIONS TO EXPEDITE AND
TO EXTEND DEADLINE - 4

COOLEY LLP

1700 Seventh Ave, Ste. 1900
Seattle, WA 98101-1355
(206) 452-8700

# CERTIFICATE OF SERVICE

I hereby certify that on this February 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Leeor Neta<br>Newman Du Wors LLP<br>505 Montgomery Street, 11th Fl.<br>San Francisco, CA 94111-2585<br>Email: leeor@newmanlaw.com | Attorneys for Plaintiffs |
| Jason E. Bernstein<br>Newman Du Wors LLP<br>2101 Fourth Avenue, Ste. 1500<br>Seattle, WA 98121<br>Email: jake@newmanlaw.com | Attorneys for Plaintiffs |
| Charles L. Babcock<br>William J. Stowe<br>Jackson Walker LLP<br>1401 McKinney St., Ste. 1900<br>Houston, TX 77010<br>Email: cbabcock@jw.com<br>        wstowe@jw.com | Attorneys for Defendants<br>International Data Group, Inc.,<br>CXO Media, Inc. and Steve Ragan |
| Kevin J. Curtis<br>WINSTON & CASHATT,<br>601 W. Riverside, Ste. 1900<br>Spokane, WA 99201<br>Email: kjc@winstoncashatt.com | Attorneys for Defendants<br>International Data Group, Inc.,<br>CXO Media, Inc. and Steve Ragan |
| Edward C. Chung<br>CHUNG, MALHAS &<br>MANTEL, PLLC<br>1511 Third Avenue, Suite #1088<br>Seattle, WA 98101<br>Email: echung@cmmlawfirm.com;<br>Litigation@cmmlawfirm.com | Attorneys for Defendant<br>Chris Vickery |

DECL. OF AMY M. SMITH ISO DEFENDANT KROMTECH ALLIANCE
CORP.'S OPPOSITION TO PLAINTIFFS' MOTIONS TO EXPEDITE AND
TO EXTEND DEADLINE - 5

COOLEY LLP

1700 Seventh Ave, Ste. 1900
Seattle, WA 98101-1355
(206) 452-8700

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my belief.

Signed and dated this 12th day of February, 2018, in Seattle, Washington.

*/s/ Christopher Durbin*
Christopher Durbin

166207087

DECL. OF AMY M. SMITH ISO DEFENDANT KROMTECH ALLIANCE CORP.'S OPPOSITION TO PLAINTIFFS' MOTIONS TO EXPEDITE AND TO EXTEND DEADLINE - 6

COOLEY LLP

1700 Seventh Ave, Ste. 1900
Seattle, WA 98101-1355
(206) 452-8700