**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| RIVER CITY MEDIA, LLC, ET AL, <br><br>Plaintiff(s), <br><br>vs. <br><br>KROMTECH ALLIANCE CORPORATION, ET AL, <br><br>Defendant(s). | Case No. 2:17-CV-00105-SAB <br><br>CIVIL MINUTES <br><br>DATE: 03/15/2018 <br><br>LOCATION: SPOKANE <br><br>MOTION HEARING |

| Judge STANLEY A. BASTIAN | | |
|---|---|---|
| Erin R. Coppin <br>**Courtroom Deputy** | 01 <br>**Law Clerk** | Allison Stovall <br>**Court Reporter** |
| Leeor Neta <br><br>**Plaintiff's Counsel** | | William Stowe <br>Kevin Curtis <br>Edward Chung, by phone <br>**Defendant's Counsel** |

**[X] Open Court**        [ ] Chambers        [ ] Telecon

Mr. Neta addressed the Court
.
Mr. Curtis and Mr. Stowe addressed the Court.

Plaintiff's Motion to Compel Discovery from Defendant CXO (ECF No. 84) – **Under Advisement**

**[X ] ORDER FORTHCOMING**

| CONVENED: 2:40 PM | ADJOURNED: 3:27 PM | TIME: 47 MINUTES | CALENDARED [ ] |
|---|---|---|---|