1  Kevin J. Curtis, WSBA No. 12085
2  WINSTON & CASHATT, LAWYERS, a
   Professional Service Corporation
3  601 W. Riverside, Ste. 1900
   Spokane, WA 99201
4  Telephone: (509) 838-6131

5
   Charles L. Babcock IV (*admitted pro hac vice*)
6  cbabcock@jw.com
   Texas Bar No. 01479500
7  William J. Stowe (*admitted pro hac vice*)
   wstowe@jw.com
8  Texas Bar No. 24075124
9  JACKSON WALKER L.L.P.
   1401 McKinney Street
10 Suite 1900
   Houston, Texas 77010
11 (713) 752-4360 (telephone)
12 (713) 308-4116 (facsimile)

13
   Attorneys for Defendants International Data
14 Group, Inc., CXO Media, Inc. and Steve Ragan

15            UNITED STATES DISTRICT COURT
16            EASTERN DISTRICT OF WASHINGTON

17

18 RIVER CITY MEDIA, LLC, a Wyoming        No. 2:17-cv-105-SAB
   limited liability company, MARK
19 FERRIS, an individual, MATT FERRIS,     DEFENDANT CXO MEDIA, INC.'S
   an individual, and AMBER PAUL, an       MOTION TO MODIFY IN PART ORDER
20 individual,                             ON MOTION TO COMPEL BASED ON
                                           PLAINTIFFS' COUNSEL'S
21                                         WITHDRAWAL OF CERTAIN
                              Plaintiffs,  DISCOVERY REQUESTS AT HEARING
22
23    vs.

24
CXO MEDIA, INC.'S, MOTION TO MODIFY IN PART
ORDER ON MOTION TO COMPEL BASED ON
PLAINTIFFS' COUNSEL'S WITHDRAWAL OF
CERTAIN DISCOVERY REQUESTS AT HEARING
PAGE 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

20291892v.5

| | |
|---|---|
| KROMTECH ALLIANCE CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO MEDIA, INC., a Massachusetts corporation, INTERNATIONAL DATA GROUP, INC., a Massachusetts corporation, and STEVE RAGAN, an individual, and DOES 1-50,<br><br>Defendants. | **Without Oral Argument**<br>**Hearing Date: April 23, 2018**<br>**Spokane, Washington** |

Defendant CXO Media, Inc. ("CXO") files this Motion to Modify In Part Order on Motion to Compel Based on Plaintiffs' Counsel's Withdrawal of Certain Requests at Hearing as follows:

Plaintiffs' counsel withdrew several of the discovery requests at the hearing on Plaintiffs' Motion to Compel, yet this Court's Order on the Motion to Compel (ECF No. 98) granted all of the requests. Plaintiffs' counsel disclaimed Request No. 3 (which did not have to do with the United States), as well as the portions of Request No. 5 and Interrogatory No. 3 that dealt with the entire United States. *See* Ex. 1, Mar. 15, 2018 Tr. at 15:5-9 ("MR. NETA: Of course. Request for Production No. 3 is 'Produce all documents related to CXO Media's relationship with IDG, Inc.' **We'll concede** – THE COURT: Okay. MR. NETA: **--we don't need that one for now.** THE COURT: All right.") (emphasis added); *id.* at 15:21-16:10 ("MR. NETA: And then Request For Production No. 5. . . . Mr. NETA: '…whether print or online.' We could – **we could**

CXO MEDIA, INC.'S, MOTION TO MODIFY IN PART ORDER ON MOTION TO COMPEL BASED ON PLAINTIFFS' COUNSEL'S WITHDRAWAL OF CERTAIN DISCOVERY REQUESTS AT HEARING
PAGE 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

20291892v.5

tailor that to remove the language 'in the United States generally'. THE COURT: All right. MR. NETA: If – if Your Honor – THE COURT: I really – MR. NETA: -- is trying to split the baby. THE COURT: All right.") (emphasis added); *id.* at 16:16-23 ("MR. NETA: One thing we didn't talk about, Your Honor, is Interrogatory No. 3. And based on what you've said, in an effort to try to be conciliatory – **it has six parts, and I think if we just focus on the ones that deal with consumers in the state of Washington, that would be sufficient for our purposes**. THE COURT: Okay. All right. That's very specific, and I appreciate that.") (emphasis added). CXO attaches the portion of the transcript where this occurred.

CXO believes that the Court may have inadvertently included these requests in its Order on the Motion to Compel. CXO requests that the Court modify the Order so that it is consistent with what Plaintiffs' counsel actually conceded and requested at the hearing. That is, CXO requests that the Court modify its Order to remove Request No. 3, the portion of Request No. 5 regarding the United States, and subparts (a) and (d) from Interrogatory No. 3 regarding United States.

CXO's counsel has attempted to confer with Plaintiffs' counsel regarding this Motion to Modify in Part and Plaintiffs' counsel is opposed to this Motion to Modify in Part.

CXO MEDIA, INC.'S, MOTION TO MODIFY IN PART
ORDER ON MOTION TO COMPEL BASED ON
PLAINTIFFS' COUNSEL'S WITHDRAWAL OF
CERTAIN DISCOVERY REQUESTS AT HEARING
PAGE 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

20291892v.5

## Conclusion and Prayer

For the foregoing reasons, CXO respectfully requests that the Court sign the attached Order modifying its prior Order to reflect what Plaintiffs' counsel conceded and requested at the hearing.

Respectfully submitted this 23rd day of March, 2018.

<u>s/Kevin J. Curtis, WSBA No. 12085</u>
WINSTON & CASHATT, LAWYERS
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: <u>kjc@winstoncashatt.com</u>

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan

CXO MEDIA, INC.'S, MOTION TO MODIFY IN PART ORDER ON MOTION TO COMPEL BASED ON PLAINTIFFS' COUNSEL'S WITHDRAWAL OF CERTAIN DISCOVERY REQUESTS AT HEARING
PAGE 4

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

20291892v.5

I hereby certify that on March 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    Jason E. Bernstein - jake@newmanlaw.com
    Leeor Neta *(admitted pro hac vice)* - leeor@newmanlaw.com

    Attorneys for Plaintiffs

    Christopher B. Durbin - cdurbin@cooley.com
    Matthew D. Brown *(admitted pro hac vice)* - brownmd@cooley.com
    Amy M. Smith *(admitted pro hac vice)* - amsmith@cooley.com

    Attorneys for Defendant Kromtech Alliance Corporation

    Edward C. Chung - Echung@cmmlawfirm.com
    Attorney for Defendant Chris Vickery

                              s/Kevin J. Curtis, WSBA No. 12085
                              WINSTON & CASHATT, LAWYERS
                              Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan
                              601 W. Riverside, Ste. 1900
                              Spokane, WA 99201
                              (509) 838-6131
                              Facsimile: (509) 838-1416
                              E-mail Address: kjc@winstoncashatt.com

CXO MEDIA, INC.'S, MOTION TO MODIFY IN PART ORDER ON MOTION TO COMPEL BASED ON PLAINTIFFS' COUNSEL'S WITHDRAWAL OF CERTAIN DISCOVERY REQUESTS AT HEARING
PAGE 5



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

20291892v.5