Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS, a Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone: (509) 838-6131

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, a Wyoming limited liability company, MARK FERRIS, an individual, MATT FERRIS, an individual, and AMBER PAUL, an individual,<br><br>Plaintiffs,<br><br>vs. | No. 2:17-cv-105-SAB<br><br>DEFENDANT CXO MEDIA, INC.'S MOTION TO EXPEDITE HEARING ON CXO MEDIA, INC.'S MOTION TO MODIFY IN PART ORDER ON MOTION TO COMPEL BASED ON PLAINTIFFS' COUNSEL'S WITHDRAWAL OF CERTAIN DISCOVERY REQUESTS AT HEARING |

CXO MEDIA, INC.'S, MOTION TO EXPEDITE HEARING ON CXO MEDIA, INC.'S MOTION TO MODIFY IN PART ORDER ON MOTION TO COMPEL BASED ON PLAINTIFFS' COUNSEL'S WITHDRAWAL OF CERTAIN DISCOVERY REQUESTS AT HEARING
PAGE 1

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

20300382v.2

| | |
|---|---|
| KROMTECH ALLIANCE CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO MEDIA, INC., a Massachusetts corporation, INTERNATIONAL DATA GROUP, INC., a Massachusetts corporation, and STEVE RAGAN, an individual, and DOES 1-50,<br><br>Defendants. | **Without Oral Argument**<br>**Hearing Date: March 30, 2018**<br>**Spokane, Washington** |

Defendant CXO Media, Inc. ("CXO") files this Motion to Expedite Hearing ("Motion to Expedite") on *CXO's Motion to Modify In Part Order on Motion to Compel Based on Plaintiffs' Counsel's Withdrawal of Certain Requests at Hearing* ("Motion to Modify In Part") as follows:

CXO files this Motion to Expedite because the time to act on the Order on Motion to Compel (ECF No. 98) is nineteen (19) days from today's date (*i.e.*, by April 11, 2018), and under the local rules a non-dispositive motion ordinarily must have a hearing that is "at least 30 days after the motion's filing." *See* LR 7.1(h)(2)(A). Thus, without expedited consideration, CXO's Motion to Modify in Part would not be heard until *after* the deadline for compliance with the Order that it seeks to modify in part. This is the quintessential example of good cause for expedited consideration because otherwise the relief sought in the Motion to Modify in Part will be lost by the time that it is heard. *Cf. James v. Townsley*, No. CV-11-050-EFS, 2011 WL 2559629, at *1 & n.2 (E.D. Wash.

CXO MEDIA, INC.'S, MOTION TO EXPEDITE HEARING ON CXO MEDIA, INC.'S MOTION TO MODIFY IN PART ORDER ON MOTION TO COMPEL BASED ON PLAINTIFFS' COUNSEL'S WITHDRAWAL OF CERTAIN DISCOVERY REQUESTS AT HEARING
PAGE 2

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

20300382v.2

June 28, 2011) (expediting consideration where determination had to be made in twenty-one days).

CXO requests that the Court order that it will consider CXO's Motion to Modify in Part on April 6, 2018, and that should Plaintiffs wish to file a Response to the Motion to Modify in Part, they must do so by April 3, 2018 (ordinarily their response would be due only 3 days later, April 6, 2018).

CXO's counsel has attempted to confer with Plaintiffs' counsel regarding this Motion to Expedite and Plaintiffs' counsel is opposed to this Motion to Expedite.

**Conclusion and Prayer**

For the foregoing reasons, the Court should grant CXO's Motion to Expedite, order that consideration of CXO's Motion to Modify in Part take place on April 6, 2018 and that if Plaintiffs wish to file a Response to the Motion to Modify in Part, they must do so by April 3, 2018.

CXO MEDIA, INC.'S, MOTION TO EXPEDITE HEARING ON CXO MEDIA, INC.'S MOTION TO MODIFY IN PART ORDER ON MOTION TO COMPEL BASED ON PLAINTIFFS' COUNSEL'S WITHDRAWAL OF CERTAIN DISCOVERY REQUESTS AT HEARING
PAGE 3

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

20300382v.2

Respectfully submitted this 23rd day of March, 2018.

s/Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan

CXO MEDIA, INC.'S, MOTION TO EXPEDITE HEARING ON CXO MEDIA, INC.'S MOTION TO MODIFY IN PART ORDER ON MOTION TO COMPEL BASED ON PLAINTIFFS' COUNSEL'S WITHDRAWAL OF CERTAIN DISCOVERY REQUESTS AT HEARING
PAGE 4

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

20300382v.2

I hereby certify that on March 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    Jason E. Bernstein - jake@newmanlaw.com
    Leeor Neta *(admitted pro hac vice)* - leeor@newmanlaw.com

    Attorneys for Plaintiffs

    Christopher B. Durbin - cdurbin@cooley.com
    Matthew D. Brown *(admitted pro hac vice)* - brownmd@cooley.com
    Amy M. Smith *(admitted pro hac vice)* - amsmith@cooley.com

    Attorneys for Defendant Kromtech Alliance Corporation

    Edward C. Chung - Echung@cmmlawfirm.com
    Attorney for Defendant Chris Vickery

    s/Kevin J. Curtis, WSBA No. 12085
    WINSTON & CASHATT, LAWYERS
    Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan
    601 W. Riverside, Ste. 1900
    Spokane, WA 99201
    (509) 838-6131
    Facsimile: (509) 838-1416
    E-mail Address: kjc@winstoncashatt.com

CXO MEDIA, INC.'S, MOTION TO EXPEDITE HEARING ON CXO MEDIA, INC.'S MOTION TO MODIFY IN PART ORDER ON MOTION TO COMPEL BASED ON PLAINTIFFS' COUNSEL'S WITHDRAWAL OF CERTAIN DISCOVERY REQUESTS AT HEARING
PAGE 5



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

20300382v.2