FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, a Wyoming limited liability company, MARK FERRIS, an individual, MATT FERRIS, an individual, and AMBER PAUL, an individual,<br><br>       Plaintiffs,<br><br>       v.<br><br>KROMTECH ALLIANCE CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO MEDIA, INC., a Massachusetts corporation, INTERNATIONAL DATA GROUP, INC., a Massachusetts corporation, and STEVE RAGAN, an individual, and DOES 1-50,<br><br>       Defendants. | NO. 2:17-cv-00105-SAB<br><br>**ORDER DENYING DEFENDANT CXO'S MOTION TO MODIFY** |

   Before the Court are Defendant CXO Media, Inc.'s Motion to Modify in Part Order on Motion to Compel Based on Plaintiffs' Counsel's Withdrawal of Certain Discovery Requests at Hearing, ECF No. 100, and related Motion to Expedite, ECF No. 101.

**ORDER DENYING DEFENDANT CXO'S MOTION TO MODIFY** ~ 1

Defendant asks the Court to modify its Order that was recently entered granting Plaintiffs' Motion to Compel. Contrary to Defendant's belief, the Court did not inadvertently include all of the requests in its Order on the Motion to Compel. Also, the Court did not interpret Plaintiffs' counsel's statements at the hearing as an unequivocal concession to any discovery request. Moreover, the Court denied, as moot, Plaintiffs' Motion to File First Amended Complaint. As such, discovery related to the currently named Defendants is appropriate.

As explained in its Order, the scope of discovery is broad, and Defendant has not argued the requests are disproportionate, or would cause undue hardship, burden or expense. Plaintiffs' requests meet the relevancy prong and as such, Defendant CXO has an obligation to produce the requested discovery.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant CXO's Motion to Modify in Part Order on Motion to Compel Based on Plaintiffs' Counsel's Withdrawal of Certain Discovery Requests at Hearing, ECF No. 100, is **DENIED**.

2. Defendant CXO's Motion to Expedite, ECF No. 101, is **GRANTED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 26th day of March 2018.



Stanley A. Bastian
United States District Judge

**ORDER DENYING DEFENDANT CXO'S MOTION TO MODIFY ~ 2**