Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone: (509) 838-6131

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, a Wyoming limited liability company, MARK FERRIS, an individual, MATT FERRIS, an individual, and AMBER PAUL, an individual,<br><br>Plaintiffs,<br><br>vs. | No. 2:17-cv-105-SAB<br><br>PLAINTIFFS' AND DEFENDANT CXO MEDIA, INC.'S JOINT NOTICE OF CXO MEDIA, INC.'S SUBMISSION TO PERSONAL JURISDICTION AND JOINT MOTION FOR COURT TO VACATE AS MOOT ORDER COMPELLING JURISDICTIONAL DISCOVERY FROM CXO MEDIA, INC. |

PLAINTIFFS' AND DEFENDANT CXO MEDIA,
INC.'S JOINT NOTICE OF CXO MEDIA, INC.'S
SUBMISSION TO PERSONAL JURISDICTION AND
JOINT MOTION FOR COURT TO VACATE AS
MOOT ITS ORDER COMPELLING JURISDICTIONAL
DISCOVERY FROM CXO MEDIA, INC.
PAGE 1

20396039v.1

| | |
|---|---|
| KROMTECH ALLIANCE CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO MEDIA, INC., a Massachusetts corporation, INTERNATIONAL DATA GROUP, INC., a Massachusetts corporation, and STEVE RAGAN, an individual, and DOES 1-50,<br><br>                    Defendants. | **Without Oral Argument**<br>**Hearing Date: May 7, 2018**<br>**Spokane, Washington** |

Plaintiffs and Defendant CXO Media, Inc. ("CXO") file this Joint Notice of CXO's Submission to Personal Jurisdiction and Joint Motion for Court to Vacate as Moot Its Order Compelling Jurisdictional Discovery from CXO as follows:

1.  In an effort to avoid further expense on briefing relating to personal jurisdiction, as well as expenses associated with jurisdictional discovery, Plaintiffs and CXO have agreed, among other things, that CXO will withdraw its challenge to personal jurisdiction in exchange for Plaintiffs not seeking jurisdictional discovery from CXO or IDG and dropping IDG from the suit. Consequently, the jurisdictional discovery upon which Plaintiffs' motion to compel (ECF No. 84) was predicated is now moot. Plaintiffs and CXO therefore request that the Court vacate as moot its Order Granting Plaintiffs' Motion to Compel (ECF No. 98) since such jurisdictional discovery is no longer needed.

2.  Plaintiffs and CXO request that the Court enter the attached proposed order effectuating the foregoing.

PLAINTIFFS' AND DEFENDANT CXO MEDIA, INC.'S JOINT NOTICE OF CXO MEDIA, INC.'S SUBMISSION TO PERSONAL JURISDICTION AND JOINT MOTION FOR COURT TO VACATE AS MOOT ITS ORDER COMPELLING JURISDICTIONAL DISCOVERY FROM CXO MEDIA, INC.
PAGE 2

20396039v.1

Respectfully submitted this 6th day of April, 2018.

<u>s/Kevin J. Curtis, WSBA No. 12085</u>
WINSTON & CASHATT, LAWYERS
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan

– AND –

<u>s/Jason E. Bernstein, WSBA Bar No. 39362</u>
NEWMAN DU WORS LLP
jake@newmanlaw.com
Leeor Neta, *admitted pro hac vice*
leeor@newmanlaw.com
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121

PLAINTIFFS' AND DEFENDANT CXO MEDIA, INC.'S JOINT NOTICE OF CXO MEDIA, INC.'S SUBMISSION TO PERSONAL JURISDICTION AND JOINT MOTION FOR COURT TO VACATE AS MOOT ITS ORDER COMPELLING JURISDICTIONAL DISCOVERY FROM CXO MEDIA, INC.
PAGE 3

20396039v.1

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  

(206) 274-2800

Attorneys for Plaintiffs
RIVER CITY MEDIA, LLC
MARK FERRIS
MATT FERRIS
AMBER PAUL

PLAINTIFFS' AND DEFENDANT CXO MEDIA,
INC.'S JOINT NOTICE OF CXO MEDIA, INC.'S
SUBMISSION TO PERSONAL JURISDICTION AND
JOINT MOTION FOR COURT TO VACATE AS
MOOT ITS ORDER COMPELLING JURISDICTIONAL
DISCOVERY FROM CXO MEDIA, INC.
PAGE 4

20396039v.1

I hereby certify that on April 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    Jason E. Bernstein - jake@newmanlaw.com
    Leeor Neta *(admitted pro hac vice)* - leeor@newmanlaw.com

    Attorneys for Plaintiffs

    Christopher B. Durbin - cdurbin@cooley.com
    Matthew D. Brown *(admitted pro hac vice)* - brownmd@cooley.com
    Amy M. Smith *(admitted pro hac vice)* - amsmith@cooley.com

    Attorneys for Defendant Kromtech Alliance Corporation

    Edward C. Chung - Echung@cmmlawfirm.com
    Attorney for Defendant Chris Vickery

> s/Kevin J. Curtis, WSBA No. 12085
> WINSTON & CASHATT, LAWYERS
> Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan
> 601 W. Riverside, Ste. 1900
> Spokane, WA 99201
> (509) 838-6131
> Facsimile: (509) 838-1416
> E-mail Address: kjc@winstoncashatt.com

PLAINTIFFS' AND DEFENDANT CXO MEDIA, INC.'S JOINT NOTICE OF CXO MEDIA, INC.'S SUBMISSION TO PERSONAL JURISDICTION AND JOINT MOTION FOR COURT TO VACATE AS MOOT ITS ORDER COMPELLING JURISDICTIONAL DISCOVERY FROM CXO MEDIA, INC.
PAGE 5

20396039v.1