1  Kevin J. Curtis, WSBA No. 12085
2  WINSTON & CASHATT, LAWYERS, a
   Professional Service Corporation
3  601 W. Riverside, Ste. 1900
   Spokane, WA 99201
4  Telephone: (509) 838-6131

5
   Charles L. Babcock IV (*admitted pro hac vice*)
6  cbabcock@jw.com
   Texas Bar No. 01479500
7  William J. Stowe (*admitted pro hac vice*)
   wstowe@jw.com
8  Texas Bar No. 24075124
   JACKSON WALKER L.L.P.
9  1401 McKinney Street
   Suite 1900
10 Houston, Texas 77010
11 (713) 752-4360 (telephone)
   (713) 308-4116 (facsimile)
12
13 Attorneys for Defendants International Data
14 Group, Inc., CXO Media, Inc. and Steve Ragan

15               UNITED STATES DISTRICT COURT
16               EASTERN DISTRICT OF WASHINGTON

17

18 | RIVER CITY MEDIA, LLC, a Wyoming | No. 2:17-cv-105-SAB |
   limited liability company, MARK
19 | FERRIS, an individual, MATT FERRIS, | DEFENDANT CXO MEDIA, INC.'S |
   an individual, and AMBER PAUL, an | MOTION TO EXPEDITE HEARING ON
20 | individual, | PLAINTIFFS' AND DEFENDANT CXO
   | MEDIA, INC.'S SUBMISSION TO
21 | | PERSONAL JURISDICTION AND JOINT
               Plaintiffs, | MOTION FOR COURT TO VACATE AS
22 | | MOOT ORDER COMPELLING
23 | vs. |

24 CXO MEDIA, INC.'S, MOTION TO EXPEDITE
   HEARING ON PLAINTIFFS' AND DEFENDANT CXO
   MEDIA, INC.'S SUBMISSION TO PERSONAL
   JURISDICTION AND JOINT MOTION FOR COURT
   TO VACATE AS MOOT ORDER COMPELLING
   JURISDICTIONAL DISCOVERY FROM CXO MEDIA,
   INC.
   PAGE 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

20397347v.1

| | |
|---|---|
| 1 | |
| 2 | KROMTECH ALLIANCE CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO MEDIA, INC., a Massachusetts corporation, INTERNATIONAL DATA GROUP, INC., a Massachusetts corporation, and STEVE RAGAN, an individual, and DOES 1-50, |

JURISDICTIONAL DISCOVERY FROM CXO MEDIA, INC.

**Without Oral Argument**
**Hearing Date: April 13, 2018**
**Spokane, Washington**

Defendants.

Defendant CXO Media, Inc. ("CXO") files this Motion to Expedite Hearing ("Motion to Expedite") on *Plaintiffs' and Defendant CXO Media, Inc.'s Joint Notice of CXO Media, Inc.'s Submission to Personal Jurisdiction and Joint Motion for Court to Vacate as Moot Order Compelling Jurisdictional Discovery from CXO Media, Inc.* ("Joint Motion to Vacate as Moot") as follows:

CXO files this Motion to Expedite because the time to act on the Order on Motion to Compel (ECF No. 98) is five (5) days from today's date (*i.e.,* by April 11, 2018), and under the local rules a non-dispositive motion ordinarily must have a hearing that is "at least 30 days after the motion's filing." *See* LR 7.1(h)(2)(A). The jurisdictional discovery that is the subject of the Order on Motion to Compel is no longer needed since Plaintiffs and CXO have agreed, among other things, that CXO withdraw its challenge to personal jurisdiction in exchange for Plaintiffs not seeking jurisdictional discovery from

CXO MEDIA, INC.'S, MOTION TO EXPEDITE HEARING ON PLAINTIFFS' AND DEFENDANT CXO MEDIA, INC.'S SUBMISSION TO PERSONAL JURISDICTION AND JOINT MOTION FOR COURT TO VACATE AS MOOT ORDER COMPELLING JURISDICTIONAL DISCOVERY FROM CXO MEDIA, INC.
PAGE 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

20397347v.1

CXO or IDG and dropping IDG from the suit.  Consequently, both Plaintiffs and CXO have jointly filed the Joint Motion to Vacate as Moot, which asks the Court to vacate the Order on Motion to Compel.

This is the quintessential example of good cause for expedited consideration because otherwise the relief sought in the Joint Motion to Vacate as Moot will be lost by the time that it is heard.  *Cf. James v. Townsley*, No. CV-11-050-EFS, 2011 WL 2559629, at *1 & n.2 (E.D. Wash. June 28, 2011) (expediting consideration where determination had to be made in twenty-one days).

CXO requests that the Court order that it will consider the Joint Motion to Vacate as Moot by April 10.

Plaintiffs' counsel and Kromtech Alliance Corporation's counsel have no objection to the Joint Notice of CXO's Submission to Personal Jurisdiction and Joint Motion for Court to Vacate as Moot Order Compelling Jurisdictional Discovery from CXO; no objection to Plaintiffs' and IDG's Joint Motion to Dismiss IDG; and no objection to the Motion to Expedite.

CXO's counsel attempted to confer with counsel for Chris Vickery and was unable to get a response from him before the filing of these motions.

CXO MEDIA, INC.'S, MOTION TO EXPEDITE
HEARING ON PLAINTIFFS' AND DEFENDANT CXO
MEDIA, INC.'S SUBMISSION TO PERSONAL
JURISDICTION AND JOINT MOTION FOR COURT
TO VACATE AS MOOT ORDER COMPELLING
JURISDICTIONAL DISCOVERY FROM CXO MEDIA,
INC.
PAGE 3

20397347v.1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

**Conclusion and Prayer**

For the foregoing reasons, the Court should grant CXO's Motion to Expedite and order that consideration of the Joint Motion to Vacate as Moot take place on April 10, 2018.

Respectfully submitted this 6th day of April, 2018.

s/Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile:  (509) 838-1416
E-mail Address:  kjc@winstoncashatt.com

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas  77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan

CXO MEDIA, INC.'S, MOTION TO EXPEDITE
HEARING ON PLAINTIFFS' AND DEFENDANT CXO
MEDIA, INC.'S SUBMISSION TO PERSONAL
JURISDICTION AND JOINT MOTION FOR COURT
TO VACATE AS MOOT ORDER COMPELLING
JURISDICTIONAL DISCOVERY FROM CXO MEDIA,
INC.
PAGE 4

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

20397347v.1

I hereby certify that on April 6, 2018, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF System which will send notification of such filing

to the following:

Jason E. Bernstein - jake@newmanlaw.com
Leeor Neta (admitted pro hac vice) - leeor@newmanlaw.com

Attorneys for Plaintiffs

Christopher B. Durbin - cdurbin@cooley.com
Matthew D. Brown (admitted pro hac vice) - brownmd@cooley.com
Amy M. Smith (admitted pro hac vice) - amsmith@cooley.com

Attorneys for Defendant Kromtech Alliance Corporation

Edward C. Chung - Echung@cmmlawfirm.com
Attorney for Defendant Chris Vickery

s/Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS
Attorneys for Defendants International Data
Group, Inc., CXO Media, Inc. and Steve Ragan
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com

CXO MEDIA, INC.'S, MOTION TO EXPEDITE
HEARING ON PLAINTIFFS' AND DEFENDANT CXO
MEDIA, INC.'S SUBMISSION TO PERSONAL
JURISDICTION AND JOINT MOTION FOR COURT
TO VACATE AS MOOT ORDER COMPELLING
JURISDICTIONAL DISCOVERY FROM CXO MEDIA,
INC.
PAGE 5

20397347v.1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131