Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS, a Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone: (509) 838-6131

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, a Wyoming limited liability company, MARK FERRIS, an individual, MATT FERRIS, an individual, and AMBER PAUL, an individual,<br><br>Plaintiffs,<br><br>vs. | No. 2:17-cv-105-SAB |

PLAINTIFFS' AND DEFENDANT INTERNATIONAL DATA GROUP, INC.'S JOINT MOTION TO DISMISS INTERNATIONAL DATA GROUP, INC.
PAGE 1

| KROMTECH ALLIANCE CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO MEDIA, INC., a Massachusetts corporation, INTERNATIONAL DATA GROUP, INC., a Massachusetts corporation, and STEVE RAGAN, an individual, and DOES 1-50,<br><br>Defendants. | PLAINTIFFS' AND DEFENDANT INTERNATIONAL DATA GROUP, INC.'S JOINT MOTION TO DISMISS INTERNATIONAL DATA GROUP, INC.<br><br>**Without Oral Argument**<br>**Hearing Date: May 29, 2018**<br>**Spokane, Washington** |
|---|---|

Plaintiffs and Defendant International Data Group, Inc. file this Joint Motion to Dismiss International Data Group, Inc. as follows:

1. Plaintiffs wish to dismiss all claims against International Data Group, Inc. ("IDG") with prejudice.

2. Plaintiffs and IDG request that the Court enter the attached proposed order effectuating the foregoing.

Respectfully submitted this 6th day of April, 2018.

s/Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500

William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan

**– AND –**

s/Jason E. Bernstein, WSBA Bar No. 39362
NEWMAN DU WORS LLP
jake@newmanlaw.com
Leeor Neta, admitted pro hac vice
leeor@newmanlaw.com
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
(206) 274-2800

Attorneys for Plaintiffs
RIVER CITY MEDIA, LLC
MARK FERRIS
MATT FERRIS
AMBER PAUL

I hereby certify that on April 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Jason E. Bernstein - jake@newmanlaw.com
Leeor Neta *(admitted pro hac vice)* - leeor@newmanlaw.com

Attorneys for Plaintiffs

Christopher B. Durbin - cdurbin@cooley.com
Matthew D. Brown *(admitted pro hac vice)* - brownmd@cooley.com
Amy M. Smith *(admitted pro hac vice)* - amsmith@cooley.com

Attorneys for Defendant Kromtech Alliance Corporation

Edward C. Chung - Echung@cmmlawfirm.com
Attorney for Defendant Chris Vickery

s/Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS
Attorneys for Defendants International Data Group, Inc., CXO Media, Inc. and Steve Ragan
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com