```
 1   Kevin J. Curtis, WSBA No. 12085
     WINSTON & CASHATT, LAWYERS, a
 2   Professional Service Corporation
 3   601 W. Riverside, Ste. 1900
     Spokane, WA  99201
 4   Telephone:  (509) 838-6131

 5
     Charles L. Babcock IV (admitted pro hac vice)
 6   cbabcock@jw.com
     Texas Bar No. 01479500
 7   William J. Stowe (admitted pro hac vice)
 8   wstowe@jw.com
     Texas Bar No. 24075124
 9   JACKSON WALKER L.L.P.
     1401 McKinney Street
10   Suite 1900
11   Houston, Texas  77010
     (713) 752-4360 (telephone)
12   (713) 308-4116 (facsimile)
13
     Attorneys for Defendants International Data
14   Group, Inc., CXO Media, Inc. and Steve Ragan

15
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, a Wyoming limited liability company, MARK FERRIS, an individual, MATT FERRIS, an individual, and AMBER PAUL, an individual,<br><br>                                    Plaintiffs,<br><br>vs. | No. 2:17-cv-105-SAB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' AND DEFENDANT INTERNATIONAL DATA GROUP, INC.'S MOTION TO DISMISS INTERNATIONAL DATA GROUP, INC. |

KROMTECH ALLIANCE CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO MEDIA, INC., a Massachusetts corporation, INTERNATIONAL DATA GROUP, INC., a Massachusetts corporation, and STEVE RAGAN, an individual, and DOES 1-50,

                        Defendants.

After considering Plaintiffs' and Defendant International Data Group, Inc.'s Joint Motion to Dismiss International Data Group, Inc. ("Motion"), the Court GRANTS the Motion and ORDERS that Plaintiffs' claims against International Data Group, Inc. are hereby DISMISSED WITH PREJUDICE.

    SIGNED: _____, 2018

                                    _____
                                    The Hon. Stanley A. Bastian
                                    U.S. Dist. Court, E.D. Washington