FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2018

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, a Wyoming limited liability company, MARK FERRIS, an individual, MATT FERRIS, an individual, and AMBER PAUL, an individual, | NO. 2:17-cv-00105-SAB |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO VACATE; JOINT MOTION TO DISMISS** |
| v. | |
| KROMTECH ALLIANCE CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO MEDIA, INC., a Massachusetts corporation, INTERNATIONAL DATA GROUP, INC., a Massachusetts corporation, and STEVE RAGAN, an individual, and DOES 1-50, | |
| Defendants. | |

Before the Court are Plaintiffs and Defendant International Data Group, Inc.'s Joint Motion to Dismiss International Data Group, Inc., ECF No. 105; Plaintiffs and Defendant CXO Media Inc.'s Joint Motion for Court to Vacate as Moot Order Compelling Jurisdictional Discovery from CXO Media, Inc., ECF No.

**ORDER GRANTING JOINT MOTION TO VACATE; JOINT MOTION TO DISMISS ~ 1**

103, and related Motion to Expedite, ECF No. 104. The motions were heard without oral argument.

In its motion, Defendant CXO Media Inc. agrees to submit to the Court's personal jurisdiction. As a result, the parties ask the Court to vacate as moot the Court's previous order compelling jurisdictional discovery from CXO Media, Inc.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs and Defendant International Data Group, Inc.'s Joint Motion to Dismiss International Data Group, Inc., ECF No. 105, is **GRANTED**.

2. Plaintiffs' claims against Defendant International Data Group, Inc. are **DISMISSED with prejudice**.

3. Plaintiffs and Defendant CXO Media Inc.'s Joint Motion for Court to Vacate as Moot Order Compelling Jurisdictional Discovery from CXO Media, Inc., ECF No. 103, is **GRANTED**.

4. The Court's Order Granting Plaintiffs' Motion to Compel, ECF No. 98, is **VACATED, as moot**.

5. The parties' Motion to Expedite, ECF No. 104, is **GRANTED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 9th day of April 2018.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING JOINT MOTION TO VACATE; JOINT MOTION TO DISMISS ~ 2**