UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC et al., <br><br> Plaintiff, <br><br> v. <br><br> KROMTECH ALLIANCE CORPORATION, et al., <br><br> Defendants. | NO. 2:17-cv-00105-SAB <br><br><br> NOTICE OF UNAVAILIBLITY OF COUNSEL FOR DEFENDANT CHRISTOPHER VICKERY |

TO: The United States District Court Eastern District of Washington Court Clerk
TO: Leeor Neta, Esq et al; Attorney for Plaintiffs
TO: Kevin J. Curtis, Esq. et al; Attorney for Defendants IDG, Inc., CXO Media, Inc. & Steve Ragan
TO: Amy McGowan Smith, Esq. et al; Attorney for Defendants Kromtech Alliance Corp.

**PLEASE TAKE NOTICE** that Edward C. Chung with the law firm of CHUNG, MALHAS & MANTEL PLLC., Attorney for Plaintiff, A Place for Mom, Inc., will be unavailable to respond to any pleadings, motions, discovery, or other matters relating to this litigation between the dates of:

- **June 14, 2018 to July 27, 2018**

It is requested that the Clerk of the Court transmit this information whenever any motion or any other matter is set within the time period stated above related to the above captioned matter.

NOTICE OF UNAVAILABILITY OF
COUNSEL - PAGE 1 OF 4



CHUNG, MALHAS, MANTEL, PLLC
600 First Avenue ♦ Suite #400 ♦ Seattle, Washington 98104
Office Phone: (206) 264-8999 ♦ Facsimile: (206) 264-9098

*Dated this 10th day of May, 2018.*

/s/ *Edward C. Chung*
Edward C. Chung, WSBA #34292
*Attorney for Defendant,*
*Christopher Vickery*

NOTICE OF UNAVAILABILITY OF
COUNSEL - PAGE 2 OF 4

CHUNG, MALHAS, MANTEL, PLLC
600 First Avenue ♦ Suite #400 ♦ Seattle, Washington 98104
Office Phone: (206) 264-8999 ♦ Facsimile: (206) 264-9098

## DECLARATION OF SERVICE

I, Gabriella Alvarez, declare under penalty of perjury under the laws of the State of Washington that I am a Legal Assistant with the law firm of CHUNG, MALHAS & MANTEL, PLLC with an address of 1511 Third Avenue, Suite 1088, Seattle, Washington 98101; and I caused copies of **NOTICE OF UNAVAILABILITY OF COUNSEL** to be served as follows:

Attorney for the Plaintiff:

| | |
|---|---|
| **Leeor Neta, Esq.** | Legal Messenger |
| **Jake Bernstein, Esq.** | Hand Delivered |
| NEWMAN DU WORS LLP | X   Electronic Mail |
| 2101 4th Avenue, Suite 1500 | Facsimile |
| Seattle, Washington 98121 | First Class Mail |
| (206) 274-2800 | |
| *leeor@newmanlaw.com* | |
| *jake@newmanlaw.com* | |

Attorney for Defendants IDG, Inc., CXO Media, Inc. and Steve Ragan:

| | |
|---|---|
| **Kevin J. Curtis, Esq.** | Legal Messenger |
| WINSTON & CASHATT | Hand Delivered |
| 601 W. Riverside, Ste. 1900 | X   Electronic Mail |
| Spokane, Washington 99201 | Facsimile |
| *kjc@winstoncashatt.com* | First Class Mail |

| | |
|---|---|
| **Charles L. Babcock, Esq.** | Legal Messenger |
| **William J. Stowe, Esq.** | Hand Delivered |
| **Jackson Walker L.L.P.** | X   Electronic Mail |
| 1401 McKinney Street, Suite 1900 | Facsimile |
| Houston, Texas 77010 | First Class Mail |
| *cbabcock@jw.com* | |
| *wstowe@jw.com* | |

Attorney for Defendants Kromtech Aliance Corp.:
<u>Cooley LLP</u>

| | |
|---|---|
| **Amy McGowan Smith, Esq.** | Legal Messenger |
| **Matthew D. Brown, Esq.** | Hand Delivered |
| **Christopher B. Durbin, Esq.** | X   Electronic Mail |
| 1355101 California Street, 5th Floor | Facsimile |
| San Francisco, California 94111 | First Class Mail |
| *amsmith@cooley.com* | |
| *brownmd@cooley.com* | |
| *cdurbin@cooley.com* | |

NOTICE OF UNAVAILABILITY OF
COUNSEL - PAGE 3 OF 4



CHUNG, MALHAS, MANTEL, PLLC
600 First Avenue ♦ Suite #400 ♦ Seattle, Washington 98104
Office Phone: (206) 264-8999 ♦ Facsimile: (206) 264-9098

*Respectfully submitted this 10th day of May, 2018.*

                          */s/Gabriella Alvarez*
                          Gabriella Alvarez, Legal Assistant

NOTICE OF UNAVAILABILITY OF
COUNSEL - PAGE 4 OF 4



CHUNG, MALHAS, MANTEL, PLLC
600 First Avenue ♦ Suite #400 ♦ Seattle, Washington 98104
Office Phone: (206) 264-8999 ♦ Facsimile: (206) 264-9098