Jason E. Bernstein, WSBA No. 39362
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Phone: (206) 274-2800

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KROMTECH ALLIANCE CORPORATION, et al. <br><br> Defendants. | Case No. 2:17-cv-00105-SAB <br><br> **STIPULATION TO CONTINUE HEARING ON KROMTECH ALLIANCE CORPORATION'S RENEWED MOTION TO DISMISS PLAINTIFFS' CLAIMS** <br><br> Current Date: September 13, 2018 <br> Time: 2:00 p.m. <br> Courtroom No. 755 |

Plaintiffs River City Media, LLC, Mark Ferris, Matt Ferris, and Amber Paul ("Plaintiffs") and Defendant Kromtech Alliance Corporation ("Defendant"), by and through their respective counsel, hereby stipulate and respectfully request that the Court so order that the hearing on Defendant Kromtech Alliance Corporation's Renewed Motion To Dismiss Plaintiffs' Claims (Docket No. 112), currently set for September 13, 2018 at 2:00 p.m., be continued to a date to be determined. Plaintiffs' opposition to the motion shall be due on or before August 29, 2018 and Kromtech's reply in support of motion shall be due on or before September 21, 2018.

By entering this stipulation, Kromtech preserves, and does not waive, all other objections, arguments, or defenses, including but not limited to those concerning personal jurisdiction.

The parties are concurrently filing a proposed order with the Court, seeking approval of the schedule for filing of the opposition and reply briefing set out above.

Dated: July 5, 2018

| NEWMAN DU WORS LLP | WINSTON & CASHATT - SPO |
|---|---|
| s/Jason E. Bernstein | s/Kevin James Curtis |
| Jason E. Bernstein, WSBA No. 39362 | Kevin James Curtis, WSBA No. 12085 |
| jake@newmanlaw.com | kjc@winstoncashatt.com |
| Leeor Neta, *pro hac vice* | |
| leeor@newmanlaw.com | JACKSON WALKER LLP |
| | Charles L. Babcock, *pro hac vice* |
| Counsel for Plaintiffs | cbabcock@jw.com |
| River City Media, LLC, Mark Ferris, | William J. Stowe, *pro hac vice* |
| Matt Ferris and Amber Paul | wstowe@jw.com |
| | |
| | Counsel for Defendants |
| | International Data Group, Inc., |
| | CXO Media Inc. and Steven Ragan |

## SIGNATURE ATTESTATION

I, Jason E. Bernstein, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of July, 2018 in Seattle, Washington.

s/ Jason E. Bernstein
Jason E. Bernstein

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the county of King, State of Washington, and not a party to the above-entitled cause; my business address is Newman Du Wors LLP, 2101 Fourth Avenue, Suite 1500, Seattle, Washington 98121.

On July 5, 2018, I served a true copy of foregoing by delivering it to the person(s) indicated below in the manner as provided in Fed. R. Civ. P. 5(b); by electronic transmittal using the CM/ECF system which will send a notification of such filing to the following:

COOLEY LLP
Matthew D. Brown, *pro hac vice*
brownmd@cooley.com
Christopher B. Durbin
cdurbin@cooley.com

Counsel for Defendant
Kromtech Alliance Corporation

CHUNG, MALHAS & MANTEL, PLLC
Edward C. Chung
echung@cmmlawfirm.com
Litigation@cmmlawfirm.com

Counsel for Defendant
Chris Vickery

WINSTON & CASHATT - SPO
Kevin James Curtis
kjc@winstoncashatt.com

JACKSON WALKER LLP
Charles L. Babcock, *pro hac vice*
cbabcock@jw.com
William J. Stowe, *pro hac vice*
wstowe@jw.com

Counsel for Defendants
International Data Group Inc.,
CXO Media Inc. and Steven Ragan

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on July 5, 2018 at Seattle, Washington.

s/Arlyne Sorrells
Arlyne Sorrells, Paralegal

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS—3
[2:17-cv-00105]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800