Jason E. Bernstein, WSBA No. 39362
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Phone: (206) 274-2800

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KROMTECH ALLIANCE CORPORATION, et al.<br><br>Defendants. | Case No. 2:17-cv-00105-SAB<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO CONTINUE HEARING ON KROMTECH ALLIANCE CORPORATION'S RENEWED MOTION TO DISMISS PLAINTIFFS' CLAIMS**<br><br>Current Date: September 13, 2018<br>Time: 2:00 p.m.<br>Courtroom No. 755 |

[PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS
[2:17-cv-00105]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1  PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

2  Plaintiffs River City Media, LLC, Mark Ferris, Matt Ferris, and Amber Paul
3  ("Plaintiffs") response to the Defendant Kromtech Alliance Corporation's
4  Renewed Motion to Dismiss Plaintiffs' Claims (Docket No. 112), shall be due on or
5  before August 29, 2018. Kromtech will file its reply in support of the motion on or
6  before September 21, 2018.

7
8  IT IS SO ORDERED.
9
10  Dated this _____ day of _____, 20___.
11
12                                          _____
13                                          United States District Court Judge

[PROPOSED] ORDER TO CONTINUE
HEARING ON DEFENDANTS' MOTIONS TO       NEWMAN DU WORS LLP
DISMISS—1
[2:17-cv-00105]

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800