Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone: (509) 838-6131

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants CXO Media, Inc. and Steve Ragan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, a Wyoming limited liability company, MARK FERRIS, an individual, MATT FERRIS, an individual, and AMBER PAUL, an individual,<br><br>Plaintiffs,<br><br>vs. | No. 2:17-cv-105-SAB<br><br>DEFENDANT CXO MEDIA, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT |



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

1  KROMTECH ALLIANCE
   CORPORATION, a German corporation,
2  CHRIS VICKERY, an individual, CXO
3  MEDIA, INC., a Massachusetts
   corporation, INTERNATIONAL DATA
4  GROUP, INC., a Massachusetts
   corporation, and STEVE RAGAN, an
5  individual, and DOES 1-50,
6
                                    Defendants.
7

8       Defendant  CXO  Media,  Inc.  ("CXO")  respectfully  submits  this  Answer  to

9  Plaintiffs' First Amended Complaint ("Complaint") (ECF No. 110) as follows:

10
                                       **I.**
11
              **RESPONSES TO PLAINTIFFS' ALLEGATIONS**
12

13      1-2.    CXO  is  without  sufficient  information  at  this  time  to  admit  or  deny  the
14
   allegations  in  paragraphs  1-2  of  the  Complaint  and  therefore  denies  the  allegations
15
16 pursuant to Fed. R. Civ. P. 8(b)(5).

17      3.     Denied.

18
        4-5.    CXO  is  without  sufficient  information  at  this  time  to  admit  or  deny  the
19
   allegations  in  paragraphs  4-5  of  the  Complaint  and  therefore  denies  the  allegations
20
21 pursuant to Fed. R. Civ. P. 8(b)(5).

22      6.     Denied.
23

24

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

7.     CXO denies that it engaged in any illegal actions causing any damage to Plaintiffs' businesses, reputations, livelihoods, and physical or mental health.  CXO is without sufficient information at this time to admit or deny the remaining allegations in paragraphs 7 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

8.     CXO is without sufficient information at this time to admit or deny the allegations in paragraphs 8 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).  CXO, however, denies any wrongdoing or that Plaintiffs are entitled to any relief.

9.     Admitted.

10.    Admitted.

11.    Admitted.

12.    Admitted.

13.    Admitted.

14.    Admitted.

15.    CXO admits that the Court has personal jurisdiction over Ragan but otherwise denies the allegations in paragraph 15.

16.    CXO admits that the Court has personal jurisdiction over CXO, that Ragan is an employee of CXO, and that CXO had the right to control Ragan but otherwise

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

denies the allegations in paragraph 16.

17.    CXO is without sufficient information at this time to admit or deny the allegations in paragraphs 17 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

18.    CXO admits that venue is proper but denies any acts of illegal computer access.

19-24.    CXO is without sufficient information at this time to admit or deny the allegations in paragraphs 19-24 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

25.    Admitted.

26.    CXO is without sufficient information at this time to admit or deny the allegations in paragraph 26 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

27.    CXO admits that Ragan is an employee of CXO but denies the remaining allegations of paragraph 27.

28-39.    CXO is without sufficient information at this time to admit or deny the allegations in paragraphs 28-39 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

40.    Admitted.

DEFENDANT CXO MEDIA, INC.'S ANSWER TO
FIRST AMENDED COMPLAINT
PAGE 4



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

41.     Admitted except that the actual quote was: "This is the story of how River City Media (RCM), Alvin Slocombe, and Matt Ferris, accidentally exposed their entire operation to the public after failing to properly configure their Rsync backups."

42.     CXO admits that the article included the quote "This is the story of how River City Media (RCM), Alvin Slocombe, and Matt Ferris, accidentally exposed their entire operation to the public after failing to properly configure their Rsync backups." CXO otherwise denies the allegations in paragraph 42.

43.     CXO is without sufficient information at this time to admit or deny the allegation in paragraph 43 of the Complaint regarding what "River City's records show" and therefore denies the allegation pursuant to Fed. R. Civ. P. 8(b)(5).  The remaining allegations in paragraph 43 are denied.

44-50.     CXO is without sufficient information at this time to admit or deny the allegations in paragraphs 44-50 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

51.     CXO denies that it or Ragan ever publicly announced an unlawful computer hacking by Defendants.  CXO is without sufficient information at this time to admit or deny the remaining allegations in paragraph 51 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

52.     CXO is without sufficient information at this time to admit or deny the

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

allegations in paragraph 52 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

53.    CXO denies that it or Ragan "purposefully attack[ed] and compromise[ed] River City's Zabbix server" and "effectively hamstrung River City's ability to detect and stop their cyberattack." CXO is without sufficient information at this time to admit or deny the remaining allegations in paragraph 53 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

54.    Denied as to CXO and Ragan. CXO is without sufficient information at this time to admit or deny the allegations in paragraph 54 of the Complaint as they relate to other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

55-58.    CXO is without sufficient information at this time to admit or deny the allegations in paragraphs 55-58 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

59.    Denied as to CXO and Ragan. CXO is without sufficient information at this time to admit or deny the allegations in paragraph 59 of the Complaint as they relate to other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

60.    Denied as to CXO and Ragan. CXO is without sufficient information at this time to admit or deny the allegations in paragraph 60 of the Complaint as they relate to other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

DEFENDANT CXO MEDIA, INC.'S ANSWER TO
FIRST AMENDED COMPLAINT
PAGE 6

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

61.    CXO denies that it or Ragan misappropriated or converted any funds and admits that they would have had no authority to do so.

62.    Denied.

63.    Denied as to CXO and Ragan.  CXO is without sufficient information at this time to admit or deny the allegations in paragraph 63 of the Complaint as they relate to other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

64.    CXO is without sufficient information at this time to admit or deny the allegations in paragraph 64 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

65-66.    Denied.

67.    CXO admits that Ragan authored the article titled "Spammers expose their entire operation through bad backups" located at https://www.csoonline.com/article/3176433/security/spammers-expose-their-entire-operation-through-bad-backups.html dated March 6, 2017 ("Ragan Article").    CXO admits that there is an article titled "Spammergate: The Fall of an Empire" located at https://mackeeper.com/blog/post/339-spammergate-the-fall-of-an-empire dated June 3, 2017 ("Vickery Article").  CXO denies the remaining allegations in paragraph 67.

68.    CXO admits that the Vickery Article states that "RCM masquerades as a legitimate marketing firm while, per their own documentation, being responsible for up to

DEFENDANT CXO MEDIA, INC.'S ANSWER TO
FIRST AMENDED COMPLAINT
PAGE 7

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

a billion daily email sends." CXO admits that the Vickery Article includes the words "illegal hacking". CXO denies the remaining allegations of paragraph 68.

69. CXO is without sufficient information at this time to admit or deny the allegations in paragraph 69 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5). CXO denies that it or Ragan wrongfully caused any harm to RCM.

70. CXO denies that it or Ragan made any defamatory statements. CXO is without sufficient information at this time to admit or deny the remaining allegations in paragraph 70 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

71. CXO is without sufficient information at this time to admit or deny the allegations in paragraph 71 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

72. CXO admits publishing the Ragan Article. CXO denies the remaining allegations of paragraph 72.

73. CXO admits that the Vickery Article includes the quotes "RCM masquerades as a legitimate marketing firm while, per their own documentation, being responsible for up to a billion daily email sends" and "How can a group of about a dozen people be responsible for one billion emails sent in one day? The answer is a lot of

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

automation, years of research, and fair bit of illegal hacking techniques".    CXO denies the remaining allegations of paragraph 73.

74.    CXO admits that the Vickery Article includes the statement that "Purposely throttling your own machinery to amass open connections on someone else's server is a type of Slowloris attack [https://en.wikipedia.org/wiki/Slowloris_(computer_security)]." CXO denies the remaining allegations of paragraph 74.

75.    CXO admits that the Ragan Article includes the following statements:

- (quoting Vickery): "Once we concluded that this was indeed related to a criminal operation, it was decided that we should approach law enforcement and the affected companies (like Microsoft and Yahoo) before making any attempts at contacting the spammers directly."

- "In the RCM chat logs, McKeown is respected for his scripting work. His efforts enabled RCM to exploit a number of providers in order to inbox offers."

- "'Nobody would knowingly give their email address to spammers, so they have to be tricked into it. Usually, there is some kind of offer for a 'free gift' in exchange for giving up an email address and personal information. The fine print of these offers allows the company to share their address with their 'partners' which ends up also being their partner's partners, and their partner's partner's partners, until every spammer on the planet has their address,'

DEFENDANT CXO MEDIA, INC.'S ANSWER TO
FIRST AMENDED COMPLAINT
PAGE 9



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

explained Spamhaus' Mike Anderson.  He goes on to explain such address lists are the lifeblood of the industry, and they're constantly being analyzed through tracking systems - examining which addresses are viewing spam ads, which ones are clicking on them, and which ones are buying.  'Meanwhile, the original contract for handing over the address is never fulfilled, since it turns out to be impossible to redeem the 'free gift' or only with extreme difficulty.  And of course these addresses never go through a confirmation process, to ensure it's the real owner of the address doing the signup.'"

CXO denies the remaining allegations of paragraph 75.

76.    CXO admits that the Ragan Article included a link to the Vickery Article but denies the remaining allegations of paragraph 76.

77.    Denied that the statements above are false.  CXO is without sufficient information at this time to admit or deny the remaining allegations in paragraph 77 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

78.    Denied.

79-80.    Admitted.

81-83.    CXO is without sufficient information at this time to admit or deny the allegations in paragraphs 81-83 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

DEFENDANT CXO MEDIA, INC.'S ANSWER TO
FIRST AMENDED COMPLAINT
PAGE 10


*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

84.    CXO hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

85.    CXO admits Vickery is not an employee of RCM but is without sufficient information at this time to admit or deny the remaining allegations in paragraph 85 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

86-90.    CXO is without sufficient information at this time to admit or deny the allegations in paragraphs 86-90 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

91.    Denied as to CXO and Ragan.  CXO is without sufficient information at this time to admit or deny the allegations in paragraph 91 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

92.    Denied as to any conduct by CXO or Ragan.  CXO is without sufficient information at this time to admit or deny the allegations in paragraph 92 of the Complaint as they relate to Plaintiff RCM or the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

93.    CXO hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

94.    CXO admits Vickery is not an employee of RCM but is without sufficient

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

information at this time to admit or deny the remaining allegations in paragraph 94 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

95-98.    CXO is without sufficient information at this time to admit or deny the allegations in paragraphs 95-98 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

99.    Denied as to CXO and Ragan.  CXO is without sufficient information at this time to admit or deny the allegations in paragraph 99 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

100.    Denied as to any conduct by CXO or Ragan.  CXO is without sufficient information at this time to admit or deny the allegations in paragraph 100 of the Complaint as they relate to Plaintiff RCM or the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

101.    CXO admits that RCM seeks punitive and exemplary damages but denies that RCM is entitled to recover them and denies the remaining allegations of paragraph 101.

102.    CXO admits that RCM seeks attorney's fees but denies that RCM is entitled to recover them.

103.    CXO hereby incorporates by reference the foregoing paragraphs as though

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

fully set forth herein.

104.    CXO admits Vickery is not an employee of RCM but is without sufficient information at this time to admit or deny the remaining allegations in paragraph 104 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

105-107.    CXO is without sufficient information at this time to admit or deny the allegations in paragraphs 105-107 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

108.    Denied as to CXO and Ragan.  CXO is without sufficient information at this time to admit or deny the allegations in paragraph 108 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

109.    Denied as to CXO and Ragan.  CXO is without sufficient information at this time to admit or deny the allegations in paragraph 109 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

110.    Denied as to CXO and Ragan.  CXO is without sufficient information at this time to admit or deny the allegations in paragraph 110 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

111.    Denied as to any conduct by CXO and Ragan.  CXO is without sufficient information at this time to admit or deny the allegations in paragraph 111 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

112.    CXO hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

113.    CXO admits Vickery is not an employee of RCM but is without sufficient information at this time to admit or deny the remaining allegations in paragraph 113 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

114-116.    CXO is without sufficient information at this time to admit or deny the allegations in paragraphs 114-116 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

117.    Denied as to CXO and Ragan.  CXO is without sufficient information at this time to admit or deny the allegations in paragraph 117 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

118.    Denied as to any conduct by CXO and Ragan.  CXO is without sufficient information at this time to admit or deny the allegations in paragraph 118 of the Complaint as they relate to Plaintiff RCM or the other Defendants and therefore denies

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

119.   CXO admits that RCM seeks punitive and exemplary damages but denies that RCM is entitled to recover them and denies the remaining allegations of paragraph 119.

120.   CXO hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

121-122.   CXO is without sufficient information at this time to admit or deny the allegations in paragraphs 121-122 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

123.   Denied as to CXO and Ragan. CXO is without sufficient information at this time to admit or deny the allegations in paragraph 123 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

124.   Denied as to CXO and Ragan. CXO is without sufficient information at this time to admit or deny the allegations in paragraph 124 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

125.   Denied.

126.   Denied as to CXO and Ragan. CXO is without sufficient information at this

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

time to admit or deny the allegations in paragraph 126 of the Complaint as they relate to Plaintiffs or the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

127.    CXO hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

128-129.    CXO is without sufficient information at this time to admit or deny the allegations in paragraphs 128-129 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

130.    Denied as to CXO and Ragan.  CXO is without sufficient information at this time to admit or deny the allegations in paragraph 130 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

131.    Denied as to CXO and Ragan.  CXO is without sufficient information at this time to admit or deny the allegations in paragraph 131 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

132.    Denied as to CXO and Ragan.  CXO is without sufficient information at this time to admit or deny the allegations in paragraph 132 of the Complaint as they relate to Plaintiffs or the other Defendants and therefore denies the allegations pursuant to Fed. R.

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

1  Civ. P. 8(b)(5).

2      133.   CXO hereby incorporates by reference the foregoing paragraphs as though

3  fully set forth herein.

4

5      134.   CXO is without sufficient information at this time to admit or deny the

6  allegations in paragraph 134 of the Complaint and therefore denies the allegations

7  pursuant to Fed. R. Civ. P. 8(b)(5).

8      135.   Denied as to CXO and Ragan.  CXO is without sufficient information at this

9

10  time to admit or deny the allegations in paragraph 135 of the Complaint as they relate to

11  the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P.

12  8(b)(5).

13

14      136.   Denied as to CXO and Ragan.  CXO is without sufficient information at this

15  time to admit or deny the allegations in paragraph 136 of the Complaint as they relate to

16  the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P.

17  8(b)(5).

18      137.   Denied as to CXO and Ragan.  CXO is without sufficient information at this

19

20  time to admit or deny the allegations in paragraph 137 of the Complaint as they relate to

21  Plaintiffs or the other Defendants and therefore denies the allegations pursuant to Fed. R.

22  Civ. P. 8(b)(5).

23

24      138.   CXO hereby incorporates by reference the foregoing paragraphs as though

DEFENDANT CXO MEDIA, INC.'S ANSWER TO
FIRST AMENDED COMPLAINT
PAGE 17

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

1    fully set forth herein.

2    139-140.    CXO is without sufficient information at this time to admit or deny
3
     the allegations in paragraphs 139-140 of the Complaint and therefore denies the
4
5    allegations pursuant to Fed. R. Civ. P. 8(b)(5).

6    141.    Denied as to CXO and Ragan.  CXO is without sufficient information at this
7
     time to admit or deny the allegations in paragraph 141 of the Complaint as they relate to
8
9    the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P.
10   8(b)(5).

11   142.    Denied as to CXO and Ragan.  CXO is without sufficient information at this
12
     time to admit or deny the allegations in paragraph 142 of the Complaint as they relate to
13
14   the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P.
15   8(b)(5).

16   143.    Denied as to any conversion by CXO or Ragan.  CXO is without sufficient
17
     information at this time to admit or deny the allegations in paragraph 143 of the
18
19   Complaint as they relate to the Plaintiffs or the other Defendants and therefore denies the
20   allegations pursuant to Fed. R. Civ. P. 8(b)(5).

21   144.    CXO hereby incorporates by reference the foregoing paragraphs as though
22
     fully set forth herein.
23
24   145.    CXO admits Vickery is not an employee of RCM but is without sufficient

DEFENDANT CXO MEDIA, INC.'S ANSWER TO
FIRST AMENDED COMPLAINT
PAGE 18

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

information at this time to admit or deny the remaining allegations in paragraph 145 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

146-148.    CXO is without sufficient information at this time to admit or deny the allegations in paragraphs 146-148 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

149.    Denied as to CXO and Ragan.  CXO is without sufficient information at this time to admit or deny the allegations in paragraph 149 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

150.    Denied as to CXO and Ragan.  CXO is without sufficient information at this time to admit or deny the allegations in paragraph 150 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

151.    Denied as to CXO and Ragan.  CXO is without sufficient information at this time to admit or deny the allegations in paragraph 151 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

152-153.    CXO is without sufficient information at this time to admit or deny the allegations in paragraphs 152-153 of the Complaint and therefore denies the

DEFENDANT CXO MEDIA, INC.'S ANSWER TO
FIRST AMENDED COMPLAINT
PAGE 19

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

1   allegations pursuant to Fed. R. Civ. P. 8(b)(5).

2        154.   CXO hereby incorporates by reference the foregoing paragraphs as though

3   fully set forth herein.

4

5        155-160.    Denied.

6

7                              **Jury Demand**

8

9        CXO demands a jury for all claims and admits that Plaintiffs demand a jury as

10  well.

11                      **Plaintiffs' Request for Relief**

12       CXO denies that Plaintiffs are entitled to any relief in the section of the Complaint

13  titled "XVI. REQUEST FOR RELIEF".

14

15                          **Affirmative Defenses**

16       Without assuming the burden of proof where it otherwise rests with Plaintiffs,

17  CXO asserts the following defenses:

18

19       1.    Plaintiffs fail to state a claim upon which relief can be granted.

20       2.    Plaintiff RCM is precluded from asserting its state-law claims because it is

21  not registered to do business with the Washington Secretary of State.    *See* RCW

22  § 23.95.505.

23

24       3.    Plaintiffs failed to mitigate their damages. On information and belief,

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

Plaintiffs could have used reasonable efforts to mitigate their damages, including without limitation by not engaging in the conduct that is the subject of the Ragan Article and Vickery Article.

4.    Plaintiffs' claims against CXO and Ragan are barred due to the privilege of fair comment on matters of public concern.   The statements in the Ragan Article constituted a fair comment on a matter of public concern, and the statements were not made maliciously or based on false statements of fact.

5.    In the event that the defendant bears the burden of proving the truth of the statements at issue, Plaintiffs' claims against CXO and Ragan are barred because the statements in the Ragan Article were true and, at a minimum, substantially true and the gist, or "sting," of the Ragan Article was true.

6.    In the unlikely event of liability on the part of CXO, punitive and exemplary damages are unavailable to Plaintiffs under Washington law.

7.    The statements in the Ragan Article are protected under the First Amendment to the U.S. Constitution and Article I Section 5 of the Washington Constitution.

DEFENDANT CXO MEDIA, INC.'S ANSWER TO
FIRST AMENDED COMPLAINT
PAGE 21

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## **Prayer**

For the foregoing reasons, Defendant CXO Media, Inc. respectfully requests that the Court dismiss Plaintiffs' suit against it, and grant it such other relief to which it may be justly entitled.

Respectfully submitted this 20th day of July, 2018.

s/Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)

Attorneys for Defendants CXO Media, Inc. and
Steve Ragan

DEFENDANT CXO MEDIA, INC.'S ANSWER TO
FIRST AMENDED COMPLAINT
PAGE 22



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

I hereby certify that on July 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Jason E. Bernstein - jake@newmanlaw.com
Leeor Neta *(admitted pro hac vice)* - leeor@newmanlaw.com

Attorneys for Plaintiffs


Christopher B. Durbin - cdurbin@cooley.com
Matthew D. Brown *(admitted pro hac vice)* - brownmd@cooley.com
Amy M. Smith *(admitted pro hac vice)* - amsmith@cooley.com

Attorneys for Defendant Kromtech Alliance Corporation

Edward C. Chung - Echung@cmmlawfirm.com
Attorney for Defendant Chris Vickery

> s/Kevin J. Curtis, WSBA No. 12085
> WINSTON & CASHATT, LAWYERS
> Attorneys for Defendants International Data
> Group, Inc., CXO Media, Inc. and Steve Ragan
> 601 W. Riverside, Ste. 1900
> Spokane, WA 99201
> (509) 838-6131
> Facsimile: (509) 838-1416
> E-mail Address: kjc@winstoncashatt.com

DEFENDANT CXO MEDIA, INC.'S ANSWER TO
FIRST AMENDED COMPLAINT
PAGE 23

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131