1  Kevin J. Curtis, WSBA No. 12085
2  WINSTON & CASHATT, LAWYERS, a
   Professional Service Corporation
3  601 W. Riverside, Ste. 1900
   Spokane, WA 99201
4  Telephone: (509) 838-6131

5
   Charles L. Babcock IV (*admitted pro hac vice*)
6  cbabcock@jw.com
   Texas Bar No. 01479500
7  William J. Stowe (*admitted pro hac vice*)
   wstowe@jw.com
8  Texas Bar No. 24075124
9  JACKSON WALKER L.L.P.
   1401 McKinney Street
10 Suite 1900
   Houston, Texas 77010
11 (713) 752-4360 (telephone)
12 (713) 308-4116 (facsimile)

13
   Attorneys for Defendants CXO Media, Inc. and Steve Ragan
14

15              UNITED STATES DISTRICT COURT
16              EASTERN DISTRICT OF WASHINGTON

17

18 RIVER CITY MEDIA, LLC, a Wyoming
   limited liability company, MARK
19 FERRIS, an individual, MATT FERRIS,       No. 2:17-cv-105-SAB
   an individual, and AMBER PAUL, an
20 individual,                               DEFENDANT STEVE RAGAN'S
                                             ANSWER TO FIRST AMENDED
21                           Plaintiffs,     COMPLAINT

22
23    vs.

24
DEFENDANT STEVE RAGAN'S ANSWER TO FIRST
AMENDED COMPLAINT
PAGE 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

1   KROMTECH ALLIANCE
    CORPORATION, a German corporation,
2   CHRIS VICKERY, an individual, CXO
    MEDIA, INC., a Massachusetts
3   corporation, INTERNATIONAL DATA
    GROUP, INC., a Massachusetts
4   corporation, and STEVE RAGAN, an
    individual, and DOES 1-50,
5
6
                                    Defendants.
7

8       Defendant Steve Ragan ("Ragan") respectfully submits this Answer to Plaintiffs'

9   First Amended Complaint ("Complaint") (ECF No. 110) as follows:

10
                                    I.
11
            RESPONSES TO PLAINTIFFS' ALLEGATIONS
12

13      1-2.   Ragan is without sufficient information at this time to admit or deny the

14
    allegations in paragraphs 1-2 of the Complaint and therefore denies the allegations
15
16  pursuant to Fed. R. Civ. P. 8(b)(5).

17      3.     Denied.

18
        4-5.   Ragan is without sufficient information at this time to admit or deny the
19
20  allegations in paragraphs 4-5 of the Complaint and therefore denies the allegations

21  pursuant to Fed. R. Civ. P. 8(b)(5).

22      6.     Denied.

23

24
    DEFENDANT STEVE RAGAN'S ANSWER TO FIRST
    AMENDED COMPLAINT
    PAGE 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

1    7.    Ragan denies that he engaged in any illegal actions causing any damage to

2    Plaintiffs' businesses, reputations, livelihoods, and physical or mental health.  Ragan is

3    without sufficient information at this time to admit or deny the remaining allegations in

4    paragraphs 7 of the Complaint and therefore denies the allegations pursuant to Fed. R.

5    6    Civ. P. 8(b)(5).

7    8.    Ragan is without sufficient information at this time to admit or deny the

8    9    allegations in paragraphs 8 of the Complaint and therefore denies the allegations pursuant

10    to Fed. R. Civ. P. 8(b)(5).  Ragan, however, denies any wrongdoing or that Plaintiffs are

11    entitled to any relief.

12    9.    Ragan admits that this Court has subject matter jurisdiction under 28 U.S.C.

13    14    § 1332.

15    10.    Ragan admits that this Court has subject matter jurisdiction under 28 U.S.C.

16    § 1331.

17    11.    Ragan admits that this Court has subject matter jurisdiction under 28 U.S.C.

18    19    § 1331.

20    12.    Ragan admits that this Court has subject matter jurisdiction under 28 U.S.C.

21    § 1331.

22    13.    Ragan admits that this Court has subject matter jurisdiction under 28 U.S.C.

23    24    § 1331.

DEFENDANT STEVE RAGAN'S ANSWER TO FIRST
AMENDED COMPLAINT
PAGE 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

14.    Ragan admits that this Court has supplemental jurisdiction under 28 U.S.C. § 1367.

15.    Ragan admits that the Court has personal jurisdiction over Ragan but otherwise denies the allegations in paragraph 15.

16.    Ragan admits that the Court has personal jurisdiction over CXO, that Ragan is an employee of CXO, and that CXO had the right to control Ragan but otherwise denies the allegations in paragraph 16.

17.    Ragan is without sufficient information at this time to admit or deny the allegations in paragraphs 17 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

18.    Ragan admits that venue is proper but denies any acts of illegal computer access.

19-24.    Ragan is without sufficient information at this time to admit or deny the allegations in paragraphs 19-24 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

25.    Admitted.

26.    Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 26 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).


Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

27.    Ragan admits that he is an employee of CXO but denies the remaining allegations of paragraph 27.

28-39.    Ragan is without sufficient information at this time to admit or deny the allegations in paragraphs 28-39 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

40.    Admitted.

41.    Admitted except that the actual quote was: "This is the story of how River City Media (RCM), Alvin Slocombe, and Matt Ferris, accidentally exposed their entire operation to the public after failing to properly configure their Rsync backups."

42.    Ragan admits that the article included the quote "This is the story of how River City Media (RCM), Alvin Slocombe, and Matt Ferris, accidentally exposed their entire operation to the public after failing to properly configure their Rsync backups." Ragan otherwise denies the allegations in paragraph 42.

43.    Ragan is without sufficient information at this time to admit or deny the allegation in paragraph 43 of the Complaint regarding what "River City's records show" and therefore denies the allegation pursuant to Fed. R. Civ. P. 8(b)(5).  The remaining allegations in paragraph 43 are denied.

44-50.    Ragan is without sufficient information at this time to admit or deny the allegations in paragraphs 44-50 of the Complaint and therefore denies the allegations

DEFENDANT STEVE RAGAN'S ANSWER TO FIRST
AMENDED COMPLAINT
PAGE 5

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

pursuant to Fed. R. Civ. P. 8(b)(5).

51.    Ragan denies ever publicly announcing an unlawful computer hacking by Ragan.    Ragan is without sufficient information at this time to admit or deny the remaining allegations in paragraph 51 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

52.    Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 52 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

53.    Ragan denies that he "purposefully attack[ed] and compromise[ed] River City's Zabbix server" and "effectively hamstrung River City's ability to detect and stop their cyberattack."    Ragan is without sufficient information at this time to admit or deny the remaining allegations in paragraph 53 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

54.    Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 54 of the Complaint as they relate to other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

55-58.    Ragan is without sufficient information at this time to admit or deny the allegations in paragraphs 55-58 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

59.    Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 59 of the Complaint as they relate to other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

60.    Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 60 of the Complaint as they relate to other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

61.    Ragan denies that he misappropriated or converted any funds and admits that he would have had no authority to do so.

62.    Denied.

63.    Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 63 of the Complaint as they relate to other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

64.    Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 64 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

65-66.    Denied.

67.    Ragan admits that he authored the article titled "Spammers expose their entire operation through bad backups" located at https://www.csoonline.com/article/3176433/security/spammers-expose-their-entire-

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

operation-through-bad-backups.html dated March 6, 2017 ("Ragan Article").    Ragan admits that there is an article titled "Spammergate: The Fall of an Empire" located at https://mackeeper.com/blog/post/339-spammergate-the-fall-of-an-empire dated June 3, 2017 ("Vickery Article").  Ragan denies the remaining allegations in paragraph 67.

68.    Ragan admits that the Vickery Article states that "RCM masquerades as a legitimate marketing firm while, per their own documentation, being responsible for up to a billion daily email sends."  Ragan admits that the Vickery Article includes the words "illegal hacking".  Ragan denies the remaining allegations of paragraph 68.

69.    Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 69 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).  Ragan denies wrongfully causing any harm to RCM.

70.    Ragan denies making any defamatory statements.    Ragan is without sufficient information at this time to admit or deny the remaining allegations in paragraph 70 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

71.    Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 71 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

72.    Ragan admits publishing the Ragan Article.  Ragan denies the remaining

DEFENDANT STEVE RAGAN'S ANSWER TO FIRST
AMENDED COMPLAINT
PAGE 8

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

allegations of paragraph 72.

73.    Ragan admits that the Vickery Article includes the quotes "RCM masquerades as a legitimate marketing firm while, per their own documentation, being responsible for up to a billion daily email sends" and "How can a group of about a dozen people be responsible for one billion emails sent in one day? The answer is a lot of automation, years of research, and fair bit of illegal hacking techniques". Ragan denies the remaining allegations of paragraph 73.

74.    Ragan admits that the Vickery Article includes the statement that "Purposely throttling your own machinery to amass open connections on someone else's server is a type of Slowloris attack [https://en.wikipedia.org/wiki/Slowloris_(computer_security)]." Ragan denies the remaining allegations of paragraph 74.

75.    Ragan admits that the Ragan Article includes the following statements:

- (quoting Vickery): "Once we concluded that this was indeed related to a criminal operation, it was decided that we should approach law enforcement and the affected companies (like Microsoft and Yahoo) before making any attempts at contacting the spammers directly.

- "In the RCM chat logs, McKeown is respected for his scripting work. His efforts enabled RCM to exploit a number of providers in order to inbox offers."

- "'Nobody would knowingly give their email address to spammers, so they have

DEFENDANT STEVE RAGAN'S ANSWER TO FIRST
AMENDED COMPLAINT
PAGE 9



A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

to be tricked into it. Usually, there is some kind of offer for a 'free gift' in exchange for giving up an email address and personal information. The fine print of these offers allows the company to share their address with their 'partners' which ends up also being their partner's partners, and their partner's partner's partners, until every spammer on the planet has their address,' explained Spamhaus' Mike Anderson. He goes on to explain such address lists are the lifeblood of the industry, and they're constantly being analyzed through tracking systems - examining which addresses are viewing spam ads, which ones are clicking on them, and which ones are buying. 'Meanwhile, the original contract for handing over the address is never fulfilled, since it turns out to be impossible to redeem the 'free gift' or only with extreme difficulty. And of course these addresses never go through a confirmation process, to ensure it's the real owner of the address doing the signup.'"

Ragan denies the remaining allegations of paragraph 75.

76.     Ragan admits that the Ragan Article included a link to the Vickery Article but denies the remaining allegations of paragraph 76.

77.     Denied that the statements above are false. Ragan is without sufficient information at this time to admit or deny the remaining allegations in paragraph 77 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

DEFENDANT STEVE RAGAN'S ANSWER TO FIRST
AMENDED COMPLAINT
PAGE 10



A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

78.    Denied.

79-80.        Admitted.

81-83.        Ragan is without sufficient information at this time to admit or deny the allegations in paragraphs 81-83 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

84.    Ragan hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

85.    Ragan admits Vickery is not an employee of RCM but is without sufficient information at this time to admit or deny the remaining allegations in paragraph 85 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

86-90.        Ragan is without sufficient information at this time to admit or deny the allegations in paragraphs 86-90 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

91.    Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 91 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

92.    Denied as to any conduct by Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 92 of the Complaint as they relate to Plaintiff RCM or the other Defendants and therefore denies the

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

allegations pursuant to Fed. R. Civ. P. 8(b)(5).

93. Ragan hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

94. Ragan admits Vickery is not an employee of RCM but is without sufficient information at this time to admit or deny the remaining allegations in paragraph 94 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

95-98. Ragan is without sufficient information at this time to admit or deny the allegations in paragraphs 95-98 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

99. Denied as to Ragan. Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 99 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

100. Denied as to any conduct by Ragan. Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 100 of the Complaint as they relate to Plaintiff RCM or the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

101. Ragan admits that RCM seeks punitive and exemplary damages but denies that RCM is entitled to recover them and denies the remaining allegations of paragraph 101.

DEFENDANT STEVE RAGAN'S ANSWER TO FIRST
AMENDED COMPLAINT
PAGE 12

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

102.   Ragan admits that RCM seeks attorney's fees but denies that RCM is entitled to recover them.

103.   Ragan hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

104.   Ragan admits Vickery is not an employee of RCM but is without sufficient information at this time to admit or deny the remaining allegations in paragraph 104 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

105-107.    Ragan is without sufficient information at this time to admit or deny the allegations in paragraphs 105-107 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

108.   Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 108 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

109.   Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 109 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

110.   Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 110 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

111.   Denied as to any conduct by Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 111 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

112.   Ragan hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

113.   Ragan admits Vickery is not an employee of RCM but is without sufficient information at this time to admit or deny the remaining allegations in paragraph 113 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

114-116.     Ragan is without sufficient information at this time to admit or deny the allegations in paragraphs 114-116 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

117.   Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 117 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

118.   Denied as to any conduct by Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 118 of the Complaint as they relate to Plaintiff RCM or the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

DEFENDANT STEVE RAGAN'S ANSWER TO FIRST
AMENDED COMPLAINT
PAGE 14



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

119.   Ragan admits that RCM seeks punitive and exemplary damages but denies that RCM is entitled to recover them and denies the remaining allegations of paragraph 119.

120.   Ragan hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

121-122.     Ragan is without sufficient information at this time to admit or deny the allegations in paragraphs 121-122 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

123.   Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 123 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

124.   Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 124 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

125.   Denied.

126.   Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 126 of the Complaint as they relate to Plaintiffs or the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

127.    Ragan hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

128-129.    Ragan is without sufficient information at this time to admit or deny the allegations in paragraphs 128-129 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

130.    Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 130 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

131.    Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 131 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

132.    Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 132 of the Complaint as they relate to Plaintiffs or the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

133.    Ragan hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

134.    Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 134 of the Complaint and therefore denies the allegations

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

pursuant to Fed. R. Civ. P. 8(b)(5).

135.   Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 135 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

136.   Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 136 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

137.   Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 137 of the Complaint as they relate to Plaintiffs or the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

138.   Ragan hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

139-140.   Ragan is without sufficient information at this time to admit or deny the allegations in paragraphs 139-140 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

141.   Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 141 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

142.   Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 142 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

143.   Denied as to any conversion by Ragan. Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 143 of the Complaint as they relate to the Plaintiffs or the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

144.   Ragan hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

145.   Ragan admits Vickery is not an employee of RCM but is without sufficient information at this time to admit or deny the remaining allegations in paragraph 145 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

146-148.     Ragan is without sufficient information at this time to admit or deny the allegations in paragraphs 146-148 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

149.   Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 149 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

150.   Denied as to Ragan.  Ragan is without sufficient information at this time to

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

admit or deny the allegations in paragraph 150 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

151.   Denied as to Ragan.  Ragan is without sufficient information at this time to admit or deny the allegations in paragraph 151 of the Complaint as they relate to the other Defendants and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

152-153.    Ragan is without sufficient information at this time to admit or deny the allegations in paragraphs 152-153 of the Complaint and therefore denies the allegations pursuant to Fed. R. Civ. P. 8(b)(5).

154.   Ragan hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

155-60.     Denied.

## Jury Demand

Ragan demands a jury for all claims and admits that Plaintiffs demand a jury as well.

## Plaintiffs' Request for Relief

Ragan denies that Plaintiffs are entitled to any relief in the section of the Complaint titled "XVI. REQUEST FOR RELIEF".

## Affirmative Defenses

Without assuming the burden of proof where it otherwise rests with Plaintiffs,

DEFENDANT STEVE RAGAN'S ANSWER TO FIRST
AMENDED COMPLAINT
PAGE 19

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

Ragan asserts the following defenses:

1. Plaintiffs fail to state a claim upon which relief can be granted.

2. Plaintiff RCM is precluded from asserting its state-law claims because it is not registered to do business with the Washington Secretary of State. *See* RCW § 23.95.505.

3. Plaintiffs failed to mitigate their damages. On information and belief, Plaintiffs could have used reasonable efforts to mitigate their damages, including without limitation by not engaging in the conduct that is the subject of the Ragan Article and Vickery Article.

4. Plaintiffs' claims against Ragan are barred due to the privilege of fair comment on matters of public concern. The statements in the Ragan Article constituted a fair comment on a matter of public concern, and Ragan did not make them maliciously or based on false statements of fact.

5. In the event that the defendant bears the burden of proving the truth of the statements at issue, Plaintiffs' claims against Ragan are barred because the statements in the Ragan Article were true and, at a minimum, substantially true and the gist, or "sting," of the Ragan Article was true.

6. In the unlikely event of liability on the part of Ragan, punitive and exemplary damages are unavailable to Plaintiffs under Washington law.

DEFENDANT STEVE RAGAN'S ANSWER TO FIRST
AMENDED COMPLAINT
PAGE 20



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

7.    The statements in the Ragan Article are protected under the First Amendment to the U.S. Constitution and Article I Section 5 of the Washington Constitution.

### Prayer

For the foregoing reasons, Defendant Steve Ragan respectfully requests that the Court dismiss Plaintiffs' suit against Ragan, and grant Ragan such other relief to which he may be justly entitled.

Respectfully submitted this 20th day of July, 2018.

s/Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com

Charles L. Babcock IV (*admitted pro hac vice*)
cbabcock@jw.com
Texas Bar No. 01479500
William J. Stowe (*admitted pro hac vice*)
wstowe@jw.com
Texas Bar No. 24075124
JACKSON WALKER L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 752-4360 (telephone)
(713) 308-4116 (facsimile)



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

1

2

Attorneys for Defendants CXO Media, Inc. and
Steve Ragan

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DEFENDANT STEVE RAGAN'S ANSWER TO FIRST
AMENDED COMPLAINT
PAGE 22


A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

1    I hereby certify that on July 20, 2018, I electronically filed the foregoing with the

2    Clerk of the Court using the CM/ECF System which will send notification of such filing

3    to the following:

4

5    Jason E. Bernstein - jake@newmanlaw.com
     Leeor Neta *(admitted pro hac vice)* - leeor@newmanlaw.com

6

7    Attorneys for Plaintiffs

8

9    Christopher B. Durbin - cdurbin@cooley.com
     Matthew D. Brown *(admitted pro hac vice)* - brownmd@cooley.com

10   Amy M. Smith *(admitted pro hac vice)* - amsmith@cooley.com

11   Attorneys for Defendant Kromtech Alliance Corporation

12   Edward C. Chung - Echung@cmmlawfirm.com

13   Attorney for Defendant Chris Vickery

14                              s/Kevin J. Curtis, WSBA No. 12085

15                              WINSTON & CASHATT, LAWYERS
                                Attorneys for Defendants International Data

16                              Group, Inc., CXO Media, Inc. and Steve Ragan
                                601 W. Riverside, Ste. 1900

17                              Spokane, WA 99201
                                (509) 838-6131

18                              Facsimile: (509) 838-1416
                                E-mail Address: kjc@winstoncashatt.com

19

20

21

22

23

24
     DEFENDANT STEVE RAGAN'S ANSWER TO FIRST
     AMENDED COMPLAINT
     PAGE 23

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131