Jason Bernstein, WSBA No. 39362
*jake@newmanlaw.com*
Newman Du Wors LLP
2101 Fourth Avenue, Suite 1500
Seattle WA  98121
Telephone:     (206) 274-2800
Facsimile:      (206) 274-2801

Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, et al., | Case No. 2:17-cv-00105-SAB |
| Plaintiffs, | **STIPULATION AND VOLUNTARY DISMISSAL** |
| v. | |
| KROMTECH ALLIANCE CORPORATION, et al., | |
| Defendants. | |

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby STIPULATED AND

2  AGREED among the parties, by and through their undersigned counsel, that all

3  claims asserted by Plaintiffs River City Media, LLC, Mark Ferris, Matt Ferris, and

4  Amber Paul against all Defendants in this action shall be, and are, voluntarily

5  DISMISSED WITH PREJUDICE, with each party to bear its own costs and

6  attorney's fees.

7    Respectfully Submitted this 31st day of August, 2018.

8

9  NEWMAN DU WORS LLP                    WINSTON & CASHATT - SPO

10

11  s/ Jason E. Bernstein                s/ Kevin James Curtis
    Jason E. Bernstein, WSBA No. 39362   Kevin James Curtis, WSBA No. 12085
12  jake@newmanlaw.com                   kjc@winstoncashatt.com

13
    Counsel for Plaintiffs               JACKSON WALKER LLP
14  River City Media, LLC, Mark Ferris,  Charles L. Babcock IV, pro hac vice
    Matt Ferris and Amber Paul           cbabcock@jw.com
15                                       William J. Stowe, pro hac vice
                                         wstowe@jw.com
16

17                                       Counsel for Defendants
18                                       CXO Media, Inc. and Steve Ragan

19
    COOLEY LLP                           CHUNG, MALHAS & MANTEL, PLLC
20

21  s/ Matthew D. Brown                  s/ Edward C. Chung
22  Matthew D. Brown, pro hac vice       Edward C. Chung
    brownmd@cooley.com                   echung@cmmlawfirm.com
23  Christopher B. Durbin                Litigation@cmmlawfirm.com
    cdurbin@cooley.com
24                                       Counsel for Defendant
25  Counsel for Defendant                Chris Vickery
    Kromtech Alliance Corporation
26

27

28

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the county of King, State of Washington, and not a party to the above-entitled cause; my business address is Newman Du Wors LLP, 2101 Fourth Avenue, Suite 1500, Seattle, Washington 98121.

On August 31, 2018, I served a true copy of foregoing by delivering it to the person(s) indicated below in the manner as provided in Fed. R. Civ. P. 5(b); by electronic transmittal using the CM/ECF system which will send a notification of such filing to the following:

Cooley LLP
Matthew D. Brown, *pro hac vice*
*brownmd@cooley.com*
Christopher B. Durbin
*cdurbin@cooley.com*

Counsel for Defendant
Kromtech Alliance Corporation

CHUNG, MALHAS & MANTEL, PLLC
Edward C. Chung
*echung@cmmlawfirm.com*
*Litigation@cmmlawfirm.com*

Counsel for Defendant
Chris Vickery

Winston & Cashatt - SPO
Kevin James Curtis
*kjc@winstoncashatt.com*

Jackson Walker LLP
Charles L. Babcock, *pro hac vice*
*cbabcock@jw.com*
William J. Stowe, *pro hac vice*
*wstowe@jw.com*

Counsel for Defendants
International Data Group Inc.,
CXO Media Inc. and Steven Ragan

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2018 at Seattle, Washington.

s/Arlyne Sorrells
Arlyne Sorrells, Paralegal

2
STIPULATION AND VOLUNTARY DISMISSAL