FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RIVER CITY MEDIA, LLC, a Wyoming limited liability company, MARK FERRIS, an individual, MATT FERRIS, an individual, and AMBER PAUL, an individual,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>KROMTECH ALLIANCE CORPORATION, a German corporation, CHRIS VICKERY, an individual, CXO MEDIA, INC., a Massachusetts corporation, INTERNATIONAL DATA GROUP, INC., a Massachusetts corporation, and STEVE RAGAN, an individual, and DOES 1-50,<br><br>　　Defendants. | NO.  2:17-cv-00105-SAB<br><br>**ORDER DISMISSING CASE; CLOSING FILE** |

　　Before the Court is the parties' Stipulation and Voluntary Dismissal, ECF No. 117. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

**ORDER DISMISSING CASE; CLOSING FILE ~** 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, ECF No. 117, is **ACCEPTED and ENTERED into the record**.

2. This matter is **DISMISSED with prejudice** and without costs to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 4th day of September 2018.



*Stanley A. Bastian*
United States District Judge

**ORDER DISMISSING CASE; CLOSING FILE ~** 2